# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **EASTON TECHNICAL PRODUCTS, Inc.** a Utah corporation and **JAS. D. EASTON, INC.** a Delaware Corporation;<br><br>　　　Plaintiff,<br><br>v.<br><br>**FERADYNE OUTDOORS, LLC,** a Delaware corporation,<br><br>　　　Defendant. | **Case No. 1:18-cv-01222 RGA**<br><br>**(Jury Trial Demanded)** |

## JOINT CLAIM CONSTRUCTION CHART

Pursuant to the Court's Scheduling Orders (Dkt. 14, 31), Plaintiffs Easton Technical Products, Inc. and Jas D. Easton (collectively "Easton") and Defendant FeraDyne Outdoors, LLC ("FeraDyne") respectfully submit this Joint Claim Construction Chart.

### Claim Chart
Attachment A is a joint claim chart identifying the disputed claim terms, each party's proposed construction of each disputed term, and the intrinsic evidence supporting each party's proposed construction.

### Asserted Patents
Attachment B is a copy of U.S. Patent No. 7,004,859.

Attachment C is a copy of U.S. Patent No. 7,374,504.

### Intrinsic Evidence
Attachment D is a copy of U.S. Patent No. 7,270,618.

Attachment E is a copy of U.S. Patent No. 7,115,055.

Attachment F contains excerpts from the relevant file history.

**ATTACHMENT A**

**U.S. Patent No. 7,004,859**

| Claim Term (claim 1) | Plaintiffs' Proposed Construction | Plaintiffs' Intrinsic Evidence | Defendant's Proposed Construction | Defendant's Intrinsic Evidence |
|---|---|---|---|---|
| "internal fit component" | A non-outsert arrow component, (such as nocks, points, or inserts) that does not extend beyond the outside diameter of the shaft | (Exhibit F) August 24, 2006 Response to Office Action (File History of U.S. Patent No. 7,270,618); (Exhibit F) December 20, 2006 Interview Summary (File History of U.S. Patent No. 7,270,618); (Exhibit F) April 5, 2007 Interview Summary (File History of U.S. Patent No. 7,270,618); (Exhibit F) April 27, 2007 Response to Office Action (File History of U.S. Patent No. 7,270,618); (Exhibit B) '859 patent at Figs. 5-6; 1:24-2:15; 2:65-3:18; 7:52-54; 14:31-40. | An internal insert component that is receptive of a point and fits inside the end of an arrow shaft, the insert being disposed completely within the end of the shaft. | (Exhibit B) '859 patent, Claim 1; 3:22-25; 3:27-30; 7:52-54; 8:54 – 9:18; Figs. 1, 5C, 5D, 5E; (Exhibit D) U.S. Patent No. 7,270,618, Claim 1; (Exhibit E) U.S. Patent No. 7,115,055, Claim 7. |

| "FRP" | Any combination of fiber or resin materials of which carbon is one, including without limitation fiber reinforced materials, advanced composites, and other material sets that include only carbon | (Exhibit B) '859 patent at 1:15-23; 2:16-31; 2:42-64; 7:41-44; 11:15-40; 12:35-58; 13:3-36; 14:31-39. | Any combination of materials of which carbon is one. | (Exhibit B) '859 patent at 7:41-44. |
|---|---|---|---|---|
| "FRP hunting arrow shaft" | An FRP (as defined above re: "FRP") arrow shaft that is intended specifically for hunting | (Exhibit B) '859 patent at 1:15-23; 2:16-31; 2:42-64; 7:38-44; 11:15-40; 12:35-58; 13:3-36; 14:31-39. | An FRP arrow shaft which has spine/weight relationships useful for hunting. | (Exhibit B) '859 patent at 14:34-36 |
| "hunting arrow shaft" | Plain meaning: An arrow shaft that is intended specifically for hunting | (Exhibit B) '859 patent at 7:38-40; 14:31-40. | An FRP arrow shaft which has spine/weight relationships useful for hunting. | (Exhibit B) '859 patent at 14:34-36. |

| "an arrow shaft to receive internal fit components" | Plain meaning: An arrow shaft designed to receive internal fit components | (Exhibit B) '859 patent at 7:1-18, 7:66-9:18, 15:18-17:2 | An arrow shaft with an internal opening, or non-zero inside diameter, at one or both ends of the shaft to receive internal insert components. | (Exhibit B) '859 patent at 3:22-25; 7:52-54. |
|---|---|---|---|---|
| "the spine or the outside diameter falling on a plot of spine versus outside diameter below and to the left of a straight line" | Plain language within the context of the invention comprising an "arrow shaft having a weight in proportion to twenty-nine inches of arrow shaft"<br><br>no construction needed | (Exhibit B) '859 patent at Fig. 12; 2:31-41; 3:33-47, 14:24-16:46. | The spine or the outside diameter falling on a plot of spine versus outside diameter below and to the left of a straight line that is defined by the equation $y = -10.66x + 3.46$. | (Exhibit B) '859 patent, Claim 1; 5:48-53. |
| "straight line that includes … a first point … and a second point" | Plain language within the context of the invention comprising an "arrow shaft having a weight in proportion to twenty-nine inches of arrow shaft"<br><br>no construction needed | (Exhibit B) '859 patent at Fig. 12; 2:31-41; 3:33-47, 14:24-16:46. | A straight line that extends in both directions and passes through the first and second points. | (Exhibit B) '859 patent, Claim 1. |

**U.S. Patent No. 7,374,504**

| Claim Term (claim 1) | Plaintiffs' Proposed Construction | Plaintiffs' Intrinsic Evidence | Defendant's Proposed Construction | Defendant's Intrinsic Evidence |
|---|---|---|---|---|
| "internal fit component" | A non-outsert arrow component, (such as nocks, points, or inserts) that does not extend beyond the outside diameter of the shaft | (Exhibit F) August 24, 2006 Response to Office Action (File History of U.S. Patent No. 7,270,618); <br><br>(Exhibit F) December 20, 2006 Interview Summary (File History of U.S. Patent No. 7,270,618); <br><br>(Exhibit F) April 5, 2007 Interview Summary (File History of U.S. Patent No. 7,270,618); <br><br>(Exhibit F) April 27, 2007 Response to Office Action (File History of U.S. Patent No. 7,270,618); <br><br>(Exhibit C) '504 patent at Figs. 5-6; 1:24-2:15; 2:65-3:18; 7:52-54; 15:18-27. | An internal insert component that is receptive of a point and fits inside the end of an arrow shaft, the insert being disposed completely within the end of the shaft. | (Exhibit C) '504 patent, Claim 1; 3:22-25; 3:27-30; 7:52-54; 8:54 – 9: 18; Figs. 1, 5C, 5D, 5E; <br><br>(Exhibit D) U.S. Patent No. 7,270,618, Claim 1; <br><br>(Exhibit E) U.S. Patent No. 7,115,055, Claim 7. |

| "FRP" | Any combination of materials of which carbon is one, including without limitation fiber reinforced materials, advanced composites, and other material sets that include only carbon, but not including aluminum | (Exhibit C) '504 patent at 1:15-23; 2:16-31; 2:42-64; 7:41-44; 11:15-43; 12:58-13:14; 13:26-61; 15:18-28. | Any combination of materials of which carbon is one. | (Exhibit C) '504 patent at 7:41-44. |
|---|---|---|---|---|
| "FRP hunting arrow shaft" | An FRP (as defined above re: "FRP") arrow shaft that is intended specifically for hunting | (Exhibit C) '504 patent at 1:15-23; 2:16-31; 2:42-64; 7:38-44; 11:15-43; 12:58-13:14; 13:26-61; 15:18-28. | An FRP arrow shaft which has spine/weight relationships useful for hunting. | (Exhibit B) '504 patent at 15:22-24. |
| "hunting arrow shaft" | Plain meaning: An arrow shaft that is intended specifically for hunting | (Exhibit C) '504 patent at 7:38-40; 15:18-28. | An FRP arrow shaft which has spine/weight relationships useful for hunting. | (Exhibit C) '504 patent at 15:22-24. |
| "an arrow shaft to receive internal fit components" | Plain meaning: An arrow shaft designed to receive internal fit components | (Exhibit C) '504 patent at 7:1-18; 7:66-9:18; 16:5-17:52. | An arrow shaft with an internal opening, or non-zero inside diameter, at one or both ends of the shaft to receive internal insert components. | (Exhibit C) '504 patent at 3:22-25; 7:52-54. |

| "the weight or the outside diameter falling on a plot of weight versus outside diameter below and to the left of a straight line" | Plain language within the context of the invention comprising "an arrow shaft … having an outside diameter and a weight in proportion to twenty-nine inches of arrow shaft"<br><br>no construction needed | (Exhibit C) '504 patent at Fig. 13; 2:31-41; 3:33-47, 15:11-17:30. | The weight or the outside diameter falling on a plot of weight versus outside diameter above and to the left of a straight line that is defined by the equation y = 4,333x − 1,001. | (Exhibit C) '504 patent, Claim 1; 5:47-53. |
| --- | --- | --- | --- | --- |
| "straight line that includes … a first point … and a second point" | Plain language within the context of the invention comprising "an arrow shaft … having an outside diameter and a weight in proportion to twenty-nine inches of arrow shaft"<br><br>no construction needed | (Exhibit C) '504 patent at Fig. 13; 2:31-41; 3:33-47, 15:11-17:30. | A straight line that extends in both directions and passes through the first and second points. | (Exhibit C) '504 patent, Claim 1. |

**ATTACHMENT B**

(12) **United States Patent**     (10) Patent No.:     **US 7,004,859 B2**

Palomaki et al.                    (45) Date of Patent:     **Feb. 28, 2006**

(54) **ARROW SYSTEM**

(75) Inventors: **Teddy D. Palomaki**, Park City, UT (US); **Jacob C. Smith**, Salt Lake City, UT (US)

(73) Assignee: **Jas. D. Easton, Inc.**, Van Nuys, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **11/012,740**

(22) Filed: **Dec. 15, 2004**

(65) **Prior Publication Data**

US 2005/0148414 A1     Jul. 7, 2005

**Related U.S. Application Data**

(62) Division of application No. 10/678,821, filed on Oct. 3, 2003.

(51) Int. Cl.
*F42B 6/04*     (2006.01)

(52) **U.S. Cl.** ..................................... **473/578**

(58) **Field of Classification Search** ............... 473/578, 473/582, 583
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 3,277,893 A | 10/1966 | Clark | ........................ 128/215 |
| 3,401,938 A | 9/1968 | Bear | .................... 273/106.5 |
| 4,203,601 A | 5/1980 | Simo | ........................ 273/421 |
| 4,533,146 A | 8/1985 | Schaar | ...................... 273/422 |
| 4,706,965 A | 11/1987 | Schaar | ...................... 273/416 |
| 4,943,067 A | 7/1990 | Saunders | .................. 273/416 |
| 5,035,764 A | 7/1991 | Blake | ........................ 156/327 |
| 5,090,149 A | 2/1992 | Muk Kim | .................... 43/18.1 |
| 5,242,720 A | 9/1993 | Blake | ........................ 428/34.5 |
| 5,273,293 A | 12/1993 | Lekavich | .................. 273/416 |
| 5,291,875 A | 3/1994 | Koziol | .................... 126/41 R |
| 5,465,979 A | 11/1995 | Buhler | ...................... 273/416 |
| 5,496,042 A | 3/1996 | Craft et al. | ................ 273/421 |
| 5,516,117 A | 5/1996 | Rangel | ...................... 273/416 |
| 5,902,199 A | 5/1999 | Adams, Jr. | ................. 473/578 |
| 5,921,875 A | 7/1999 | Bickel | ...................... 473/582 |
| 6,017,284 A | 1/2000 | Giles | ........................ 473/578 |
| 6,241,634 B1 | 6/2001 | Armer, Jr. | ................. 473/578 |
| 6,251,036 B1 | 6/2001 | Wu et al. | ................... 473/578 |
| 6,274,230 B1 | 8/2001 | Sarrelongue | ............ 428/293.7 |
| 6,520,876 B1 | 2/2003 | Eastman, II | ................ 473/578 |
| 6,554,726 B1 | 4/2003 | Thurber | ..................... 473/578 |
| 2003/0013565 A1 | 1/2003 | Song | ........................ 473/578 |
| 2003/0073524 A1 | 4/2003 | Song | ........................ 473/578 |
| 2003/0104884 A1 | 6/2003 | Eastman, II | ................ 473/578 |

OTHER PUBLICATIONS

Bernan Products Catalog, 1999.
Game Tracker Catalog, 1998.
Advertisement for Easton P/C All-Carbon Hunting Shaft, date unknown.

*Primary Examiner*—John A. Ricci
(74) *Attorney, Agent, or Firm*—Holland & Hart

(57)     **ABSTRACT**

The invention involves an arrow system having a shaft having a first end and an insert receptive of a standard point, the insert being disposed completely within the first end of the shaft. An insert installation tool may be used as part of the invention to facilitate insertion of the insert into the first end of the shaft. The invention further includes a reduced diameter hunting arrow shaft that maintains sufficient spine and weight characteristics. The reduced diameter hunting arrow shaft is receptive of standard or non-standard internal components for increasing arrow penetration and shot accuracy. Still further, the invention includes an arrow tip assembly including a male insert and a female point to assist in aligning points with arrow shafts.

**7 Claims, 14 Drawing Sheets**



**Fig. 1**
*(Prior Art)*

**Fig. 2**
*(Prior Art)*



**Fig. 3**
*(Prior Art)*



**Fig. 4A**
*(Prior Art)*



**Fig. 4B**
*(Prior Art)*



*Fig. 5A*



*Fig. 5B*



**Fig. 5C**



**Fig. 5D**



**Fig. 5E**



**Fig. 5F**



**Fig. 5G**



**Fig. 6A**



**Fig. 6B**



**Fig. 6C**



**Fig. 6D**



**Fig. 6E**



**Fig. 7**



**Fig. 8**



**Fig. 9**



*Fig. 10*



Fig. 11



*Fig. 12*



Fig. 13



**Fig. 14A**



**Fig. 14B**



**Fig. 14C**

US 7,004,859 B2

**1**

## ARROW SYSTEM

### RELATED APPLICATION

This is a divisional of U.S. patent application Ser. No. 10/678,821, filed 3 Oct. 2003.

### TECHNICAL FIELD

This invention relates to arrow systems, including in particular hunting arrow systems.

### BACKGROUND OF THE INVENTION

Many different types of arrows and arrow shafts are known for use in hunting and sport archery. One arrow type of relatively recent design is the fiber reinforced polymer (FRP) arrow. FRP is a generic term including, but not limited to, fiberglass composites and carbon fiber composites. Traditional FRP arrow shafts have been typically produced by a number of different manufacturing processes. The first FRP arrow shafts were constructed with unidirectional reinforcing fibers aligned parallel to the axis of the shaft.

Prior designs and processes for constructing FRP shafts resulted in a low circumferential or hoop strength. The hoop strength of these arrow shafts was so low that the arrows could not withstand even small internal loads applied in a direction radially outwardly from the center of the shaft. For example, internal loads generated from inserting standard components into the inside of these types of shafts would have resulted in failure of the arrow shaft. Standard arrow components, such as those shown in FIG. 1, include inserts **100**, points **116** ("point" as used herein means any structure formed at or secured to the forward or distal end of the arrow, including without limitation field points, broadheads, etc.), and nocks **102**, all of which are mounted to an arrow shaft **104**. It should be noted that fletching, required for proper arrow flight, is not shown in the drawings, but is well understood by those skilled in the art.

Because insert components have not been practical for use with the relatively small diameter FRP prior art shafts of types discussed above, externally attached components have been developed and used. FIG. 2 illustrates two such external components, known as "outserts" in the industry. The term "outsert," as it suggests, refers to an arrow component that is inserted or installed over the outside diameter of the arrow. The two outserts shown in FIG. 2 include an outsert receptacle **200** to receive a point **116** and an outsert nock **202**. Outserts were, at the time, the only viable way to attach the various other arrow components to these prior FRP shafts because of their low hoop stress. Arrow shaft outserts have, however, at least three key disadvantages. First, outsert nocks **202** have a feel that is objectionable to most archers. Generally, archers prefer a smooth outer surface of the shaft without any projections (other than the fletching). This smooth outside diameter preference correlates with the general understanding that an arrow will have better aerodynamic efficiency with fewer structural projections outside of the arrow shaft.

Second, outsert nocks **202** frequently result in mechanical interference with many types of arrow rests when launching the arrow. Most arrow rests hold the arrow in a particular position when the archery bow is drawn and the arrow is released. With many arrow rests, the arrow continues to contact the arrow rest as the arrow passes the location of the arrow rest. Contact between the nock outsert and the arrow

**2**

rest can result in unpredictable disturbances during launch of the arrow, and therefore will affect the accuracy of the shot.

Third, the point outsert **200** has a larger diameter relative to the diameter of the shaft, which makes the arrows containing the point outsert **200** more difficult to extract from various targets as compared to arrows with insert components only. Use of the point outsert **200** often results in damaged points and outserts **200**, and further causes points and outserts **200** to detach from the arrow shaft and remain inside the target after the arrow is pulled from the target. Points and/or outserts **200** lost inside a target may cause damage to subsequent arrows that happen to impact the target at the same location as the lost points or outserts. As a result, some commercial archery ranges have banned outsert-equipped arrow shafts.

In an apparent attempt to address the limitations described above, modern FRP arrows with new types of construction have been developed. The typical modern FRP arrows include glass and/or carbon fibers arranged in multiple directions, as opposed to the unidirectional fiber arrangement of the earlier FRP arrows. The multi-directional fiber arrangement (e.g., fibers that run perpendicularly or at an angle relative to each other) increases the hoop strength of the shafts, which allows the shafts to support greater internal loads, including internal loads generated by insert components. Such modern FRP arrows have, however, been traditionally made having an outside diameter and wall thickness of a size sufficient to accommodate standard-sized inserts. These carbon-composite arrows were generally lighter than aluminum shafts, but were generally of the same spine. "Spine" is an industry-standard measurement of arrow shaft stiffness. Spine is measured according the parameters shown in FIG. 3. As shown, a shaft **304** is supported at two points **306** and **308**, which are separated by a distance of 28 inches. A 1.94 pound weight is applied at a mid point **310** of the shaft **304**. The deflection **312** of the shaft **304** relative to the horizontal is defined as the "spine." An arrow must have certain spine characteristics, depending on its length and the draw weight of the archery bow, to achieve proper flight. Generally, the heavier the draw weight the stiffer the spine (i.e., less deflection) must be.

As a major portion of the archery market has moved toward lighter weight shafts, the modern FRP arrow has gained widespread acceptance. Lighter arrow shafts have the principal advantage of higher velocities when launched from the same bow. Such higher velocities result in a flatter arrow trajectory. The practical advantage of flatter trajectory is that a misjudgment by an archer of the range to a target has less effect on the point of impact.

Due to material and structural considerations, however, in designing internal-component FRP arrow shafts for reduced weight, it became necessary to both increase shaft outside diameter and reduce wall thickness relative to the prior art FRP outsert shafts in order to provide desirable spine/weight combinations. For aluminum arrow shafts, for example, to provide lighter weight arrows, the wall thickness must be reduced and the diameter of the arrow, both the inside diameter and the outside diameter, must be increased to maintain adequate spine. This process of thinning the wall and increasing shaft diameter has, however, practical limitations. At some point, if taken to an illogical extreme, the arrow would have mechanical properties similar to an aluminum beverage can with no practical resistance to side loads or crushing.

With some arrows, inserts, such as "half-out" inserts, were introduced to the market some time ago. A typical half-out insert assembly is shown in FIG. 4A. A half-out

US 7,004,859 B2

3

insert **400** includes a first insert portion **412** with a diameter smaller than the standard insert **100** shown in FIG. 1 such that the first insert portion **412** may be inserted into a reduced diameter shaft **404**. A second portion **414** of the half-out insert **400** has a larger outside diameter that is receptive of a standard point **416**, yet its outside diameter corresponds to the outside diameter of shaft **404**. Therefore, half-out inserts facilitate use of standard field points with arrow shafts having inside diameters smaller than standard arrow shafts.

Half-out assemblies have, however, several disadvantages and have not been well accepted. Half-out assemblies are cantilevered at the front of the arrow shaft **404**. The cantilever results in a system that tends to deform more readily on impact as compared to other arrow assemblies. The half-out assemblies also make it more difficult to precisely align points **416** with the shaft **404**, as will be discussed below in greater detail.

SUMMARY OF THE INVENTION

The present invention comprises an arrow including a shaft with a first end and an insert receptive of a point, the insert being disposed completely within the first end of the shaft. Hunters commonly use field points for practice and broadheads (either expandable or fixed-blade) for hunting. Although this aspect of the present invention (i.e., an internal component small outside diameter arrow shaft and a novel insert installation system) is advantageous when field points are used, the invention is particularly advantageous when using broadheads because broadheads exacerbate many shaft/insert/point alignment problems.

According to one embodiment, the point may include a shoulder and the shaft may include an end wall. The insert is seated at a depth within the shaft such that the shoulder of the point bears directly against the end wall of the shaft when the point is engaged with the insert. In one embodiment, the shaft may have an inside diameter of approximately 0.204 inches, a spine of approximately 0.500 inches or less, and an outside diameter less than 0.275 inches. When spine is discussed herein, "stiffer" spine means less arrow deflection (i.e., a smaller numeric value), and "weaker" spine means greater arrow deflection (i.e., a larger numeric value). Thus, the terms "less spine" and "stiffer spine" have the same meaning throughout. In a similar manner, the terms "more spine" and "weaker spine" have the same meaning throughout.

Another embodiment comprises an arrow including a shaft having an inside diameter, a first end, and a first end wall, and a point having a head, a shoulder, and a shank, where the shoulder of the point bears directly against the first end wall and the shank fits snugly inside the arrow shaft and bears against the inside surface of the arrow shaft. The direct contact between the point and arrow shaft improves alignment between these two components. In this embodiment, the insert is disposed completely inside the shaft and the point is threadedly received by the insert.

Still another embodiment comprises a reduced diameter carbon-composite hunting arrow shaft including an inside diameter of approximately 0.204 inches, a spine of approximately 0.500 inches or less, and an outside diameter less than approximately 0.275 inches. In this embodiment, an insert may be disposed completely within the shaft and a point coupled to the insert.

Yet another embodiment comprises a hunting arrow including a hollow shaft having an inside diameter sized to accept standard points, an outside diameter of less than

4

0.275 inches, and a spine of 0.500 inches or less. This embodiment may include an insert embedded completely within the shaft and a point coupled to the insert.

Another embodiment comprises a reduced diameter FRP hunting arrow shaft including an inside diameter of approximately 0.204 inches, a spine of approximately 0.500 inches or less, and an outside diameter of 0.275 inches or less. The inside diameter of about 0.204 is receptive of standard point inserts.

Another embodiment of the invention comprises an arrow including a shaft with a first end, a male insert disposed partially within the first end and extending beyond the first end, and a female point having a flange or skirt that extends over the arrow shaft in a tight-fitting manner to assist in alignment of the point with the arrow shaft.

Still another embodiment comprises a reduced diameter FRP hunting arrow shaft including an inside diameter of approximately 0.200 inches, a spine of approximately 0.500 inches or less. The outside diameter may range between approximately 0.255 and 0.271 inches. The inside diameter of about 0.200 is receptive of standard half-out inserts.

Another embodiment comprises a reduced diameter FRP hunting arrow shaft, including an inside diameter less than 0.200 inches, a spine of 0.500 inches or less, and an outside diameter of 0.275 inches or less. The inside diameter may be approximately 0.187 inches.

Another embodiment comprises a point assembly including a male insert having a first end configured to engage an arrow shaft and a second end, and a female point configured to mate with the second end of the male insert. The male insert may include a tapered head between the first and second ends, and the female point may include an interior tapered surface shaped to mate with the tapered head of the male insert.

Yet another embodiment of the invention comprises an arrow including a shaft with a first end, a male insert disposed partially within the first end and extending beyond the first end, and a female point engaged with the male insert.

Still another embodiment comprises an insert installation tool including a positioning rod, where the rod includes a first end, a second end, a first diameter at the first end sized smaller than an inside diameter of an insert, one or more lips disposed between the first and second ends, the one or more lips having a diameter sized to provide an interference fit with an inside diameter of an arrow shaft, and a shoulder disposed between the first end and the one or more lips sized larger than the inside diameter of the insert; where the first end of the rod is configured to engage the point insert. The installation tool is designed to position the insert at a desired depth inside the arrow shaft.

Another aspect of the invention involves a method of coupling a point to an arrow shaft including inserting an entire point insert into the arrow shaft and fastening the point to the point insert. According to this method, the point includes a shoulder and a shank, where the shoulder directly engages an end wall of the arrow shaft and the shank directly engages the inside surface of the arrow shaft, all of which assists with point alignment.

Another aspect of the invention involves a method of coupling a point to an arrow shaft including installing a point insert onto the installation tool and pressing the point insert into the shaft with the tool to a predetermined depth such that a first end of the point inserted is flush with or interior to a first end of the shaft. The insert installation tool may include a grip with a diameter larger than an outside diam-

US 7,004,859 B2

5

eter the arrow shaft or another similar end wall that limits the extent to which the point insert can be pushed inside of the arrow shaft.

Yet another aspect of the invention involves a method of improving alignment between an arrow point and an arrow shaft by embedding an insert completely within the shaft and coupling the arrow point to the insert, where the arrow point and the shaft directly interface between each other at a first location where a shoulder of the point and an end surface of the shaft contact each other and at a second location where the shank of the point and the inside diameter of the shaft contact each other. Embedding the insert may include extending the insert to a predetermined depth within the shaft.

Still another embodiment of the invention comprises an arrow including a shaft with a first end defining a first end wall, an insert with a first end defining a first end wall, the insert being disposed inside the shaft such that the first end wall of the insert is flush with or interior to the first end wall of the shaft.

In another embodiment, an arrow system includes an insert of substantially constant outside diameter such that the insert is fully insertable into an arrow shaft, the insert including a threaded portion, and a point including a threaded portion engagable with the threaded portion of the insert.

Another aspect of the invention involves an arrow preparation tool comprising an abrasive material to engage an end wall of an arrow shaft and a protuberance extending from the abrasive material, where the protuberance is sized to interface with an inside surface of the arrow shaft such that rotation of the arrow shaft relative to the abrasive material will cause a chamfer to form between the inside surface of the arrow shaft and the end wall of the arrow shaft.

Still another aspect of the present invention involves an internal fit component FRP hunting arrow shaft comprising an arrow shaft to receive internal fit components, where the arrow shaft has a weight in proportion to twenty-nine inches of arrow shaft, and wherein the weight or the spine falls on a plot of weight versus spine above and to the left of a straight line that includes a first point having a weight of 190 grains and an outside diameter of 0.275 inches, and a second point having a weight of 320 grains and an outside diameter of 0.305 inches.

Another aspect of the present invention involves an internal fit component FRP hunting arrow shaft comprising an arrow shaft to receive internal fit components, wherein the arrow shaft spine or the outside diameter of the arrow shaft falls on a plot of spine versus outside diameter below and to the left of a straight line that includes a first point having a spine of 0.320 inches and an outside diameter of 0.295 inches, and a second point having a spine of 0.480 inches and an outside diameter of 0.280 inches.

### BRIEF DESCRIPTION OF THE DRAWINGS

The accompanying drawings illustrate various embodiments of the present invention and are a part of the specification. The illustrated embodiments are merely examples of the present invention and do not limit the scope of the invention.

FIG. **1** is a side view of an FRP arrow utilizing inserts according to the prior art;

FIG. **2** is a side view of an FRP arrow utilizing outserts according to the prior art;

FIG. **3** is a diagram illustrating spine measurement parameters;

6

FIG. **4A** is a side view of an FRP arrow utilizing half-out inserts according to the prior art;

FIG. **4B** is a partial sectional side elevation view of a PIN nock system according to the prior art;

FIG. **5A** is an exploded perspective assembly view of an arrow according to one embodiment of the present invention;

FIG. **5B** is an assembled perspective view of the arrow shown in FIG. **5A**;

FIG. **5C** is an exploded partial sectional side elevation view of an end of the arrow shown in FIG. **5A**;

FIG. **5D** is a partial sectional side elevation view of the end of the arrow as shown in FIG. **5B**;

FIG. **5E** is an enlarged view of the area **5E—5E** of FIG. **5D**, according to one embodiment of the present invention;

FIG. **5F** is a perspective view of an arrow being prepared for receipt of an arrow insert system according to the present invention;

FIG. **5G** is a side elevation view, partly in section, of the arrow preparation process shown in FIG. G;

FIG. **6A** is a perspective view of an arrow insert installation tool according to one embodiment of the present invention;

FIG. **6B** is a side elevation view of the arrow insert installation tool of FIG. **6A** with an insert secured thereto;

FIG. **6C** is a side elevation view, partly in section, of the arrow insert installation tool of FIG. **6A** showing the insert being installed inside an arrow shaft;

FIG. **6D** is a perspective view of an alternative embodiment of an arrow insert installation tool according to the present invention;

FIG. **6E** is a perspective view of another alternative embodiment of an arrow insert installation tool according to the present invention;

FIG. **7** is a graph illustrating a constant kinetic energy curve plotted on a mass versus velocity chart;

FIG. **8** is a graph illustrating penetration depth of various arrows into a gelatin material, each arrow having substantially the same kinetic energy;

FIG. **9** is a graph illustrating penetration depth of various arrows into a gelatin material as a function of kinetic energy for various arrows;

FIG. **10** is a graph illustrating penetration depth of different FRP arrow shafts into a gelatin material where kinetic energy has been maintained constant and the shaft outside diameter has changed;

FIG. **11** is a graph illustrating spine vs. weight characteristics of various prior art shafts as well as shafts according to the present invention;

FIG. **12** is a graph illustrating various spine vs. outside diameter characteristics of various prior art arrow shafts as compared to arrow shafts according to the present invention;

FIG. **13** is a graph illustrating weight vs. outside diameter characteristics of various prior art arrow shafts compared to arrow shafts according to the present invention;

FIG. **14A** is an exploded sectional side elevational assembly view of an arrow system according to an alternative embodiment of the present invention; and

FIG. **14B** is a sectional side elevational assembly view of an arrow system according to yet another alternative embodiment of the present invention; and

FIG. **14C** is an exploded sectional side elevational assembly view of an arrow system according to still another alternative embodiment of the present invention.

Throughout the drawings, identical reference numbers designate similar, but not necessarily identical, elements.

US 7,004,859 B2

DETAILED DESCRIPTION

The present specification describes a novel arrow system that may be used for archery, and particularly for bowhunting. One aspect of the novel arrow system relates to a reduced diameter hunting arrow. The reduction in diameter of a hunting arrow facilitates more accurate shooting and better penetration than previous arrows. The reduced diameter hunting arrow may be sized to accommodate standard arrow point assemblies, half-out arrow point assemblies, or smaller diameter arrow point assemblies. The reduced diameter hunting arrow may also be used to accommodate a new point insert system and a new arrow point assembly, both of which are further described below. The novel arrow system also involves an insert installation tool to facilitate placement of the novel insert into an arrow shaft and an arrow shaft preparation tool to ensure the shaft will properly accommodate a point.

Accordingly, the specification describes various aspects of the invention according to the following order. First, embodiments of an arrow utilizing the new point inserts are shown and described, along with the arrow point assembly tool. Second, experimental data illustrating the advantages of a reduced diameter arrow is discussed. Third, various embodiments of reduced diameter arrow shafts are described. Fourth, various embodiments relative to the new arrow system and assembly method for reduced diameter arrows are shown and described.

As used in this specification and the appended claims, the phrases "completely within" or "completely inside" mean that an item is located interior to an object and does not protrude or extend from the object. "Completely within" and "completely inside" also include arrangements in which the item is located interior to and flush with the object.

The term "insert" is used broadly to encompass any apparatus that is or may be at least partially introduced into or inside an arrow shaft.

"Hunting arrow" is also used broadly to include any arrows, parts of arrows, or arrow assemblies that are intended specifically for hunting.

"Fiber reinforced polymer (FRP)" refers to any combination of materials of which carbon is one, including without limitation fiber reinforced materials, advanced composites, and other material sets that include only carbon.

"Spine" is used to indicate a stiffness measurement according to the standard parameters described above, as understood by those skilled in the art.

"Point" as used to describe the present invention shall mean, for purposes of simplifying the description, any type of arrow point, including without limitation field points and broadheads.

"Internal insert components" means inserts that fit inside of an arrow shaft as well as any type of arrow point received by such inserts.

As mentioned above, a number of developments in arrow technology, and particularly hunting arrow technology, have recently occurred. While there are many different types of arrows available, conventional arrows have traditionally not provided the combination of accuracy, flat trajectory, short travel time, penetration and internal fit components offered by a reduced diameter hunting arrow shaft according to the present invention. The methods and devices described herein include various reduced diameter arrow shafts and other associated devices. The particular implementations, however, are exemplary in nature, and not limiting.

Turning now to the figures, and in particular to FIGS. 5A–E, a hunting arrow 520 according to one embodiment of

the present invention is shown. According to FIGS. 5A–E, the hunting arrow 520 includes a shaft 504 and an insert 500. The insert 500 is receptive of a point 516. The insert 500 is advantageously sized to fit snugly completely within the shaft 504 as shown in FIGS. 5B and 5D. Previous inserts, for example the insert 100 shown in FIG. 1, include a lip 118 that prevents disposing the insert 100 completely with the shaft 104. The insert 500 of the embodiment shown in FIGS. 5A–E, however, may be fully embedded within the shaft 504. Accordingly, the insert 500 may have a substantially constant outside diameter (without regard to conventional glue grooves) sized to fit within an inside diameter of the shaft 504.

The insert 500 may include one or more ridges 526 about its outer diameter, as shown in FIGS. 5A and 5B. The ridges 526 do not, however, extend beyond the substantially constant outside diameter of the insert 500 and thus do not prevent full insertion of the insert 500 into the shaft 504. The insert may include a through hole, as shown in FIGS. 5C and 5D, or may have a so-called blind hole in the back wall of the insert (not shown).

The shaft 504 is preferably constructed of a carbon-composite material and includes a first end 522 and a first end wall 524. The first end wall 524 corresponds to the terminating end of shaft 504. The shaft 504 also includes a second end 534 that is receptive of a nock 536. A nock adapting insert 538 may be included between the shaft 504 and the nock 536. Although FIGS. 5A and 5B show such an insert, it is to be understood that any nock system, such as without limitation, direct fit nock systems (e.g., as shown in FIG. 1), UNI™ bushings with g-nock systems (e.g., as shown in FIG. 5B), and PIN nock systems with PIN nocks (e.g., as shown in FIG. 4B), may be used without departing from the scope of the present invention. In addition, a plurality of vanes or other fletching (not shown in the drawings) may be secured to the second end 534 of the shaft.

As mentioned above, the insert 500 is receptive of the point 516. The point 516 is preferably a standard size, commercially available point. The point 516 includes a head 529 and a shoulder 530 where a relatively greater outside diameter of the point 516 transitions to a shank 531. According to principles described herein, the insert 500 has no lip (e.g., element 118 in FIG. 1) and is inserted to be at least flush with or below the end wall 524 of shaft 504. Therefore, the shoulder 530 of the point 516 advantageously bears directly against the end surface 524 of the shaft 504 as shown in FIGS. 5B, 5D, and 5E. The direct engagement between the shoulder 530 and the end surface 524 according to FIGS. 5A–D provides a first direct interface location 532 (FIGS. 5D and 5E) between the end wall 524 of the shaft 504 and the shoulder 530 of point 516 which facilitates a simpler, more precise alignment between the point and the arrow shaft.

The novel arrow system also provides a second interface location 537 (FIGS. 5D and 5E) between the arrow 504 and the point 516. Specifically, the outside surface of the shank 531 of point 516 bears directly against and the inside surface 533 of the arrow shaft 504.

In contrast, prior art arrow systems, as shown in FIG. 1, provided an extra structural element (i.e., the insert) between the arrow shaft and the point at all locations. Thus, prior art arrow systems provided at least four (4) different sets of interfacing surfaces, all of which have the potential to affect alignment of the respective parts. One set is located between the shoulder 117 of the point 116 and the outer, flat surface of lip 118 extending from insert 100. Another is located between the bottom surface 119 of lip 118 and the end

9

surface **124** of the arrow shaft **104**. Still another set of interfacing surfaces is between the cylindrical outer surface of the insert **100** and the inside surface **111** of the arrow shaft **104**. A final set of interfacing surfaces is between the shank **115** on the point **116** and the corresponding inside cylindrical surface **113** of the insert **100**.

Thus, arrow system of the present invention eliminates two of these sets of interfacing surfaces to improve greatly the alignment between the point and the arrow shaft. Specifically, as shown in FIGS. 5C, 5D, and 5E, the present invention provides two sets of direct interfacing surfaces (interfaces **532** and **537** as shown in detail in FIG. 5E) between the arrow shaft **504** and the point **516** to greatly improve alignment. It is to be understood that while some aspects of the present invention are directed to hunting arrows only, this particular aspect of the present invention applies to all types of arrows, both hunting arrows and target arrows.

As shown in FIGS. 5F and 5G, an arrow preparation tool **550** is provided to appropriately place a chamfer on the distal end **522** of shaft **504**. The arrow preparation tool **550** comprises a frusto-conically shaped protuberance **552** over which an end of arrow shaft **504** is inserted. After the arrow shaft is inserted over protuberance **552**, a downward force $F_1$ is applied to the arrow shaft as the shaft is rotated $R_1$ (FIG. 5G) back and forth until the end wall **524** abuts the top surface of preparation tool **550**. At that point, a proper chamfer **539** has been created on the distal end **522** of shaft **504** between the end wall **524** and the inside surface **537** of shaft **504**. In addition, a portion of end wall **524** will also remain. As shown in FIG. 5E, the purpose for preparing the arrow shaft with a chamfered surface **539** is to accommodate points that may have a radius R (FIG. 5E) between the shoulder **530** and the shank **531**. It is to be understood that the arrow preparation tool **550** may be made of any appropriately abrasive material, such as bonded aluminum oxide. As shown in FIGS. 5F and 5G, the arrow preparation tool **550** may be placed on top of a flat surface so that as the arrow is rotated back and forth $R_1$ as shown in FIG. 5G, there is no need to hold the porous, abrasive arrow preparation tool **550**. Alternatively, the arrow preparation tool **550** may be held by the person performing the chamfering process. Those skilled in the art will understand that other arrow preparation tools may be utilized without departing from the scope of the present invention. Still further, preprepared arrow shafts with appropriate chamfers may be provided to accommodate points with radii, without departing from the scope of the present invention.

After the shaft **504** has been properly conditioned, perhaps by arrow preparation tool **550**, the insert **500** of FIGS. 5A–E may be installed completely within the shaft **504** in a number of ways. One way might be for a user to couple the insert **500** to the point **516** and install both together as a unit. Another way, however, may be to use an insert installation tool **640**, as shown in FIGS. 6A–C. The tool **640** allows the interface **532** between point **516** and shaft **504** to be more precisely controlled. The tool, as discussed below, provides the advantage of precise depth control of the insert **500** and prevents adhesive contamination on the portion of the inside of the shaft corresponding to the area of interface **537** (FIGS. 5D and 5E) between shank **531** of point **516** and the inside surface **533** of shaft **504**.

According to the embodiment of FIGS. 6A–C, the insert installation tool **640** includes a rod **642** which extends toward and terminates at a tip or first end **644**. The rod **642** attaches to a handle or second end **646**, which may be made of any suitable size or shape. The outside diameter of the

10

first end **644** is sized to fit within the threaded section of insert **500**. FIG. 6B shows an insert positioned on the first end **644** of the installation tool **640**. FIG. 6C shows the insert **500** being positioned inside the arrow shaft **504** using the installation tool **640**. The outside diameter of the rod **642** is different than the outside diameter of the tip **644** such that a first shoulder **652** is formed. Therefore, the first shoulder **652** is sized to abut the insert **500**, as shown in FIG. 6B, which will allow an operator to push the insert **500** into the arrow shaft **504** to a predetermined, precise depth.

The rod **642** may also include one or more wipers. The embodiment of FIG. 6A-6C comprises a first peripheral ring or lip **648** and a second peripheral ring or lip **650** disposed between the first shoulder **652** and second shoulder **654** of the insert installation tool **640**. The first and second wipers **648** and **650** may have equal diameters and may be sized to provide an interference fit with an inside diameter of the arrow shaft **504**. The first and second wipers **648** and **650** are intended to remove any excess adhesive from the inside surface of the shaft. According to one embodiment, the diameter of the first and second wipers **648** and **650** is approximately 0.206 inches. Such diameters are not, however, limited to any particular measurement, nor are the first and second wipers **648** and **650** necessarily of equal diameter.

Another embodiment of an insert installation tool **740** is shown in FIG. 6D. Each end of the insert installation tool **740** includes a rod **742** which extends toward and terminates at a tip or first end **744**. Each rod **742** attaches to a handle or second end **746**, which may be made of any suitable size or shape. The handle **746** incorporates an ergonomic design to facilitate grasping by a person doing the insert installation. Any suitable design may be incorporated into the handle **746**. The outside diameter of each tip or first end **744** is sized to fit within the threaded section of the inside diameter of the insert **500** (FIG. 6C). Each rod end **744** terminates at a first shoulder **752** and transitions to a second section **742**, which terminates, in turn, at the handle portion **746**. Each first shoulder **752** is designed to abut an insert **500**, in a manner similar to what is shown in FIG. 6B, to allow an operator to push the insert **500** into the arrow shaft **504** to a predetermined, precise depth.

Each rod **742** also includes one or more wipers in the form of a first peripheral ring or lip **748** and an optional second peripheral ring or lip **750** disposed between the first shoulder **752** and wall **754** of handle portion **746**. The first and second wipers **748** and **750** may be of equal diameters and may be sized to provide an interference fit with an inside diameter of the arrow shaft **504**. The first and second wipers **748** and **750** are intended to remove excess adhesive from the inside surface of the shaft. According to one embodiment, the diameter of the first and second wipers **748** and **750** is approximately 0.206 inches. Such diameters are not, however, limited to any particular measurement, nor are the first and second wipers **748** and **750** necessarily of equal diameter. When tool **740** is used to install insert **500** into shaft **504**, the wall **754** of handle **746** abuts the end **524** of the shaft.

In order to facilitate the interference fit between the wipers and the inside diameter of the arrow shaft **504**, the insert installation tools **640**, **740** may be made of multiple grades and "pliabilities" of plastic or another suitable material that can flex and provide an appropriate interference fit. Still further, the tool **640**, **740** could be made of any other material, such as metal, where, for example and without limitation, rubber O-rings are used for the wipers.

US 7,004,859 B2

11

12

Alternatively, as shown in FIG. 6E, tool **740** may include a specialized depth gauge **759** (FIG. 6D) on one end of tool **740** to ensure that chamfer **539** has been properly instilled into shaft **504**.

As described in the background, the phenomenon of increased penetration for reduced shaft diameter was generally felt by archers and bowhunters to be true, but was not well addressed in a scientific manner in the past.

Therefore, a number of experiments were performed according the present invention to better understand and evaluate arrow penetration. The tests were performed shooting arrows into industry-standard ballistic gelatin that has heretofore been used for analysis of firearms and ammunition.

According to one test measuring arrow penetration (Test 1), arrow mass and impact velocity were varied according to the graph shown in FIG. **7** to provide a constant kinetic energy

$$(\text{kinetic energy} = \frac{1}{2}m \cdot v^2.$$

where m=total arrow mass and v=impact velocity) of 65 foot-pounds. The arrows tested were aluminum shafts with a nominal outside diameter of 0.344 inches. Table 1 (below) lists the four specific shafts tested.

TABLE 1

Penetration Test Shaft Description

| Arrow Size Designation (Aluminum Shafts) | Shaft Outside Diameter (in.) | Arrow Mass (grain) (total flight weight of shaft, point, nock, vanes, bushing and adhesives) |
|---|---|---|
| 2212 | 0.3452 | 424.9 |
| 2216 | 0.3460 | 508.3 |
| 2219 Standard | 0.3440 | 567.8 |
| 2219 Heavy (plastic weight tube added to shaft ID) | 0.3440 | 653.8 |

Each arrow included an identical arrow point, which was a fixed-blade broadhead known as a New Archery Products Thunderhead®. Each arrow point had a mass of 85 grains. As shown in Table 1, the variation in shaft outside diameter for each arrow was relatively small such that the interface between arrow and target was substantially the same. However, the difference in mass between the arrows was substantial. Therefore, the bow draw weight was adjusted for each arrow to provide an impact velocity yielding an approximately constant level of kinetic energy at impact. The bow draw weights used for each arrow are shown in Table 2 below.

TABLE 2

Bow Draw Weights and Kinetic Energy at Impact in Test 1

| Arrow Size Designation (Aluminum Shafts) | Bow Peak Draw Weight (lb) | Impact Velocity (fps) | Kinetic Energy at Impact (ft-lb) |
|---|---|---|---|
| 2212 | 64.0 | 263.6 | 65.5 |
| 2216 | 60.0 | 241.0 | 65.5 |
| 2219 Standard | 59.5 | 228.9 | 66.0 |
| 2219 Heavy (plastic weight tube added to shaft ID) | 59.0 | 213.3 | 66.0 |

The penetration results from shooting the four arrows according to the test parameters are shown in FIG. **8**. The results show that the penetration for all four arrow shafts was the same, approximately 12.5 inches. Such results indicate that for a constant arrow shaft OD, penetration performance is a strong function of kinetic energy, and separate from the independent parameters of mass and velocity. That is, within the range of arrow masses and impact velocities tested, penetration depth was constant if impact kinetic energy was constant, regardless of whether the kinetic energy was achieved by a low mass arrow traveling at high velocity, or a high mass arrow traveling at a low velocity.

To confirm the hypothesis that penetration is only a strong function of kinetic energy, Test 2 was conducted whereby the bow draw weight and resultant impact velocity were varied. The specific test parameters are shown in Table 3 below.

TABLE 3

Bow Draw Weights and Kinetic Energy at Impact in Test 2.

| Arrow Size Designation (Aluminum Shafts) | Bow Peak Draw Weight (lb) | Kinetic Energy at Impact (ft-lb) |
|---|---|---|
| 2212 | 50 | 47 |
| 2216 | 60 | 69 |
| 2219 Standard | 70 | 77 |
| 2219 Heavy (plastic weight tube added to shaft ID) | 70 | 80 |

The results of Test 2 are shown in FIG. **9**. Again, penetration is shown to be a strong linear function of impact kinetic energy.

Another test, designated as Test 3, then investigated the effect of shaft outside diameter on penetration performance. For Test 3, two arrows with different outside diameters were used. The first arrow was an ICSHunter® 400 Heavy, and is an internal component carbon-composite shaft. The second was a 2413 aluminum alloy arrow. Again, both were tested with New Archery Products 85 grain Thunderhead® fixed broadheads. Table 4 (below) lists the parameters and results of Test 3.

TABLE 4

Shaft Diameter and Kinetic Energy at Impact in Test 3

| Arrow Size Designation | Shaft Outside Diameter (in.) | Arrow Mass (grain) (total flight weight of shaft, point, nock, vanes, bushing and adhesives) | Impact Kinetic Energy (ft-lb) | Penetration Depth (in.) |
|---|---|---|---|---|
| ICSHunter ® 400 Heavy (FRP) (plastic weight tube added to shaft ID) | 0.2935 | 464.4 | 50.8 | 12.2 |
| 2413 (aluminum) | 0.3719 | 464.1 | 50.6 | 10.0 |

Based on the results of Tests 1 and 2, it was anticipated that the two arrows shot according to the parameters of Test 3 would have nearly identical penetration depths, given the approximately identical impact kinetic energy. Instead, the unexpected result was 22% greater penetration for the smaller diameter ICSHunter® 400 Heavy than for the larger diameter 2413. Test 3 shows that the effective outer dimensions is another key factor in improving penetration perfor-

US 7,004,859 B2

13

mance, and that as the outside diameter of the shaft is reduced, the penetration increases.

Another test (Test **4**) was conducted to isolate one other variable and confirm the unexpected results of Test 3. According to the parameters of Test 3, there was room for speculation as to whether the improved penetration depth of the ICSHunter® 400 Heavy was due to its smaller diameter, or to some other factor given FRP construction (as opposed to the aluminum construction of the 2413) of the shaft. Therefore, in Test 4 an aluminum shaft and FRP shaft having substantially the same outside diameters were tested for penetration performance. Table 5 (below) shows the parameters and results of Test 4.

TABLE 5

| | Shaft Material and Kinetic Energy at Impact in Test 4 | | | |
| --- | --- | --- | --- | --- |
| Arrow Size Designation | Shaft Outside Diameter (in.) | Arrow Mass (grain) (total flight weight of shaft, point, nock, vane, bushing and adhesives) | Impact Kinetic Energy (ft-lb) | Penetration Depth (in.) |
| 1816 (aluminum) | 0.2840 | 409.7 | 50.0 | 11.4 |
| Evolution ™ 500 (FRP) | 0.3003 | 411.2 | 50.3 | 11.3 |

The results of Test 4 indicate that shaft material had no appreciable affect on penetration depth. Thus, the unexpected results achieved pursuant to the results of Test 3 (shown in Table 4) were not attributable to differences in shaft material.

Another penetration test, Test 5, was performed to assess the effect of shaft diameter on penetration performance. In Test 5, three different arrow shafts were constructed according to the parameters of Table 6, set forth below. All shafts were constructed from FRP material. Additionally, the overall length of each shaft was adjusted such that the total arrow mass would be substantially identical. As in the other penetration tests, NAP Thunderhead™ 85 grain broadheads were used. The only difference among the various shafts was the outside diameters. The ICSHunter® and Fat Boy™ models and other similar large diameter shafts represent shafts available on the market today. The bow parameters utilized in Test 5 were selected and adjusted during the test so that the impact velocities, and thus the kinetic energies at impact, for all arrows into the ballistic gelatin targets were substantially identical. Prior tests, specifically Test 1, established that penetration depth into the gelatin target was identical if the kinetic energy at impact was held constant and the outside "envelope" (i.e., the shaft diameter and point interfacing with the target material) were unchanged. As with the prior test, the kinetic energy for Test 5 was maintained constant.

In Test 5, the kinetic energy at impact was constant because both arrow masses and impact velocities were held constant. Therefore, one might expect that the penetration depth would be the same for all arrows tested, unless another variable had a significant effect on the penetration result. In Test 5, the variable of shaft outside diameter was well isolated, and would be the only factor which could have an effect on depth of penetration. The present invention demonstrates that shaft outside diameter is a variable that directly and linearly affects depth of penetration.

Table 6 shows the results of Test 5, particularly relative to penetration depth. Unlike the results in Test 1, the penetration depths are not the same. Rather, the smaller outside diameter shaft had improved penetration relative to the

14

larger outside diameter shafts of the prior art. FIG. **10** plots depth of penetration as a function of shaft outside diameter for the arrow shafts evaluated in Test 5. As can be appreciated, penetration depth turns out to be a very strong linear function of shaft outside diameter. In FIG. **10**, the solid line connecting the three data points represents the actual physical testing conducted. The dashed line extrapolates this data to even smaller shaft outside diameters that have not been tested, but would reasonably be expected to exhibit the same improved penetration performance. Accordingly, these ranges of outside diameters shall be considered part of the present invention.

TABLE 6

| | Arrow Parameters and Penetration Parameters of Test 5 | | | |
| --- | --- | --- | --- | --- |
| Model | OD (in) | Avg Wt (gr) | Avg Impact Vel (fps) | Avg KE (ft-lb) | Penetration Depth (in) |
| Invention | 0.264 | 304.0 | 258.2 | 44.7 | 13.4 |
| ICSHunter ® | 0.296 | 304.2 | 257.1 | 44.6 | 13.0 |
| FatBoy ™ | 0.353 | 304.1 | 257.9 | 44.9 | 12.1 |

Therefore, according to embodiments of the present invention, the arrow shaft outside diameter is reduced relative to standard sizes to increase arrow penetration performance. The embodiments described below include shaft diameters of reduced size relative to conventional hunting arrows to better optimize accuracy, time-of-flight, trajectory, and penetration.

The arrow shaft invention is unique in that it provides a certain combination of spine and weight with a smaller outside diameter (OD) than the prior art hunting arrows on the market today. The present invention pertains to FRP shafts which use internal fit components and have spine/weight relationships useful for hunting, and further pertains to all types of aluminum-carbon arrow shafts. It does not include other external fit (outsert) components, nor does it include the general class of target arrows, which have a spine from 0.450 inches to greater than 1.000 inches.

FIG. **11** shows a typical plot of spine vs. weight for various internal fit component, FRP arrow shafts. According to FIG. **11**, the spine-weight relationship of the arrow shaft of the present invention is well within the range of other, common spine-weights that have been established for hunting arrows. FIG. **11** does not, however, distinguish among the outside diameters of the shafts.

FIG. **12** shows a plot of the same arrow shafts in FIG. **11**, but FIG. **12** plots the spine vs. outside diameter of the arrows represented. FIG. **12** shows that prior art arrow shaft designs are all tightly grouped together. The stiffest shafts (those with spine values of 0.340 inches or less) fall in an OD range of 0.294 inches to 0.303 inches. The weakest prior art shafts (those with spine values of 0.480 inches or greater) in FIG. **12** fall in an OD range of 0.280 inches to 0.293 inches. In contrast, the arrow shaft of the present invention has, in one embodiment, an OD of 0.275 inches for a spine of 0.300 inches. In another embodiment, the arrow shaft of the present invention has an OD of 0.258 inches for a spine of 0.500 inches.

FIG. **13** shows a plot of the weights vs. ODs for the same family of arrow shafts as FIGS. **11** and **12**. Again, prior art designs are tightly grouped together. The heaviest shafts (those weighing 255 grains and up) from the prior art group have ODs ranging from 0.296 inches to 0.303 inches. The lightest shafts (those weighing 211 grains or less) from the prior art group have ODs ranging from 0.280 inches to 0.293

US 7,004,859 B2

15

inches. This is a significant difference from the arrow shaft of the present invention, which has an OD of 0.275 inches for the heaviest design of one embodiment (310 grains) and an OD of 0.258 inches for its lightest design of 235 grains.

Thus, FIGS. **12** and **13** are clear illustrations that the shaft of this invention is new and unique in its combination of spine/weight/outside diameters. None of the prior art hunting shafts recognize the utility of this combination, and in fact are all grouped together in a significantly larger OD regime.

The accuracy of reduced diameter arrows made according to principles described herein is increased because the propensity of an arrow to be influenced during flight by external factors (e.g., cross winds) is reduced by a smaller diameter shaft. A smaller diameter shaft has a smaller surface area for a cross wind or other external force to act upon. Because of the many point and nock components of standard sizes currently available, however, it may also be desirable to combine reduced outside diameter shafts for the purposes described above, with inside diameters receptive of standard arrow components.

Therefore, hunting arrow shafts may, according to principles described herein, include shafts that have an inside diameter of 0.204 inches to accommodate all standard hunting points currently available. The hunting arrows according to principles described herein may therefore include the advantages of a smaller shaft diameter and the convenience of compatibility with standard hunting points. For example, according to some embodiments of the present invention there may be arrow shafts having an inside diameter of 0.204 inches, a spine of 0.500 inches or less, and an outside diameter of less than 0.275 inches. The outside diameter may range, according to some embodiments, between 0.248 and 0.275 inches, depending upon spine. According to another embodiment the inside diameter is 0.204 inches, the spine is 0.500 inches or less, and the outside diameter is less than approximately 0.275 inches. Other exemplary embodiments may include arrow shafts having the following combinations of parameters (see Table 7 below).

TABLE 7

| | Reduced diameter arrow parameters according to some embodiments | | | |
|---|---|---|---|---|
| Spine (in.) | OD (in.) | Wall Thickness (in.) | ID (in.) | Weight (grains/in., optional parameter) |
| 0.300 | 0.275 | 0.035 | 0.204 | 10.7 |
| 0.340 | 0.267 | 0.031 | 0.204 | 9.5 |
| 0.400 | 0.264 | 0.030 | 0.204 | 9.0 |
| 0.500 | 0.258 | 0.027 | 0.204 | 8.1 |

The reduced diameter arrow shafts may also be used with the insert **500** and the insert installation tool **640** described above.

Arrow shaft diameters may be even further reduced, although they may no longer be compatible with standard points. Instead, the arrow shaft diameters may be sized for half-out inserts. For example, according to embodiments of the present invention there may be arrow shafts having an inside diameter of 0.200 inches, a spine of 0.500 inches or less, and an outside diameter of 0.271 inches or less. Other exemplary embodiments may include arrow shafts having the following combinations of parameters (see Table 8 below).

16

TABLE 8

| | Reduced diameter arrow parameters according to some embodiments | | | |
|---|---|---|---|---|
| Spine (in.) | OD (in.) | Wall Thickness (in.) | ID (in.) | Weight (grains/in., optional parameter) |
| 0.300 | 0.271 | 0.037 | 0.200 | 10.8 |
| 0.340 | 0.267 | 0.035 | 0.200 | 10.2 |
| 0.400 | 0.263 | 0.033 | 0.200 | 9.2 |
| 0.500 | 0.255 | 0.029 | 0.200 | 8.2 |

In addition to using half-out inserts, the insert **500** of FIGS. **5A–D** may be specially sized to fit within the 0.200 inch inside diameter shafts. New, specially sized points of a diameter and thread different than standard points currently in use may be needed to engage such a specially sized insert.

Arrow shaft diameters may be even further reduced, although they may not be compatible with standard points or half-out inserts. Instead, the arrow shaft diameters may necessitate insert components (including inserts shaped according to principles described above) sized to fit the further reduced diameter shaft. For example, according to embodiments of the present invention there may be arrow shafts having an inside diameter of less than 0.200 inches, a spine of 0.500 inches or less, and an outside diameter of less than 0.275 inches. The inside diameter may be, for example, 0.187 inches and the outside diameter may range between 0.230 and 0.270 inches. Other exemplary embodiments may include arrow shafts having the following combinations of parameters (see Table 9 below).

TABLE 9

| | Reduced diameter arrow parameters according to some embodiments | | | |
|---|---|---|---|---|
| Spine (in.) | OD (in.) | Wall Thickness (in.) | ID (in.) | Weight (grains/in., optional parameter) |
| 0.300 | 0.266 | 0.040 | 0.187 | 11.5 |
| 0.340 | 0.263 | 0.038 | 0.187 | 10.7 |
| 0.400 | 0.254 | 0.034 | 0.187 | 9.5 |
| 0.500 | 0.248 | 0.031 | 0.187 | 8.5 |

The outside diameters shown in Table 9 may be even further reduced, if desired.

Although it may be convenient to use readily available standard points for the shafts and inserts described above, a new arrow point assembly according to various embodiments of the present invention are shown with reference to FIGS. **14A–14C**. Typical arrow point assemblies (e.g. FIG. **1**) include the female insert **100**, FIG. **1** and the male point **116**, FIG. **1**. However, according to the embodiment of FIGS. **14A–14C**, there is a male insert **1000** and a female point **1016**. The male insert **1000** includes a first end **1060** sized for insertion into a standard or non-standard arrow shaft **1004**. The first end **1060** may include one or more ridges **1026** disposed about its outside diameter. The male insert includes a second end **1064** externally threaded to engage internal threading **1062** of the female field point **1016**. Between the first and second ends **1060** and **1064** is a tapered head **1066** that includes a shoulder **1068** sized to approximately the same outside diameter of the shaft **1004**. Shoulder **1068** bears against the shaft **1004** when the first end **1060** of the male insert **1000** is inserted into the shaft **1004**. The head **1066** also includes a tapered surface **1070** opposite of the shoulder **1068**. A mating internal taper **1072**

US 7,004,859 B2

17

is disposed in the point **1016** and facilitates alignment between the field point **1016** and the insert **1000**.

As shown in FIG. **14**B, the point **1016** may include an extension or flange in the form of a skirt **1073** that extends over shaft **1004** so that the skirt **1073** in essence envelops the shaft **1004** to aid in alignment.

An alternative embodiment is shown in FIG. **14**C. The point **1016** may include a pilot aperture or female pocket **1032** which interfaces with a pilot extension or male end **1034** of the male insert **1000**. The pilot aperture **1032** and pilot extension **1034** are circular in cross section, which allows point **1016** to be rotated relative to insert **1000**. The pilot members **1032**, **1034** further aid in alignment of the point **1016** and shaft **1004**.

Although the arrow point assembly of FIGS. **14A–14**C may be used with the reduced diameter shafts described above, it should not be so limited. The arrow point assembly of FIGS. **14A–14**C may also be used with any other type of suitable arrow shafts.

While this invention has been described with reference to certain specific embodiments and examples, it will be recognized by those skilled in the art that many variations are possible without departing from the scope and spirit of this invention. The invention, as defined by the claims, is intended to cover all changes and modifications of the invention which do not depart from the spirit of the invention. The words "including" and "having," as used in the specification, including the claims, shall have the same meaning as the word "comprising."

The invention claimed is:

**1**. An internal fit component FRP hunting arrow shaft comprising:

18

an arrow shaft to receive internal fit components, the arrow shaft having a weight in proportion to twenty-nine inches of arrow shaft, the arrow shaft having a spine and an outside diameter, the spine or the outside diameter falling on a plot of spine versus outside diameter below and to the left of a straight line that includes a first point having a spine of 0.320 inches and an outside diameter of 0.295 inches, and a second point having a spine of 0.480 inches and an outside diameter of 0.280 inches.

**2**. An internal fit component FRP hunting arrow shaft according to claim **1** wherein the spine is 0.300 inches and the outside diameter is 0.275 inches.

**3**. An internal fit component FRP hunting arrow shaft according to claim **1** wherein the spine is 0.500 inches and the outside diameter is 0.258 inches.

**4**. An internal fit component FRP hunting arrow shaft according to claim **1** wherein the spine is 0.300 inches and the outside diameter is 0.271 inches.

**5**. An internal fit component FRP hunting arrow shaft according to claim **1** wherein the spine is 0.500 inches and the outside diameter is 0.255 inches.

**6**. An internal fit component FRP hunting arrow shaft according to claim **1** wherein the spine is 0.300 inches and the outside diameter is 0.266 inches.

**7**. An internal fit component FRP hunting arrow shaft according to claim **1** wherein the spine is 0.500 inches and the outside diameter is 0.248 inches.

\*   \*   \*   \*   \*

**ATTACHMENT C**

(12) **United States Patent**
Palomaki et al.

(10) Patent No.: **US 7,374,504 B2**
(45) **Date of Patent:** **May 20, 2008**

(54) **ARROW SYSTEM**

(75) Inventors: **Teddy D. Palomaki**, Park City, UT (US); **Jacob C. Smith**, Salt Lake City, UT (US)

(73) Assignee: **Jas. D. Easton, Inc.**, Van Nuys, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **11/541,589**

(22) Filed: **Oct. 2, 2006**

(65) **Prior Publication Data**

US 2007/0026979 A1     Feb. 1, 2007

**Related U.S. Application Data**

(62) Division of application No. 10/678,821, filed on Oct. 3, 2003, now Pat. No. 7,115,055.

(51) **Int. Cl.**
*F42B 6/04*        (2006.01)

(52) **U.S. Cl.** ..................................................... **473/578**

(58) **Field of Classification Search** ................ 473/578, 473/582, 583
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,277,893 A | 10/1966 | Clark | |
| 3,401,938 A | 9/1968 | Bear | |
| 4,203,601 A | 5/1980 | Simo | |
| 4,533,146 A | 8/1985 | Schaar | |
| 4,534,568 A | 8/1985 | Tone | |
| 4,671,517 A | 6/1987 | Winters | |
| 4,706,965 A | 11/1987 | Schaar | |
| 4,943,067 A | 7/1990 | Saunders | |
| 5,035,764 A | 7/1991 | Blake | |
| 5,090,149 A | 2/1992 | Muk Kim | |
| 5,242,720 A | 9/1993 | Blake | |
| 5,273,293 A | 12/1993 | Lekavich | |
| 5,291,875 A | 3/1994 | Koziol | |
| 5,465,979 A | 11/1995 | Buhler | |
| 5,496,042 A | 3/1996 | Craft et al. | |
| 5,516,117 A | 5/1996 | Rangel | |
| 5,902,199 A | 5/1999 | Adams, Jr. | |
| 5,921,875 A | 7/1999 | Bickel | |
| 6,017,284 A | 1/2000 | Giles | |
| 6,217,467 B1 | 4/2001 | Maleski | |
| 6,241,634 B1 | 6/2001 | Armer, Jr. | |

(Continued)

OTHER PUBLICATIONS

Beman Products Catalog, 1999.

(Continued)

*Primary Examiner*—John Ricci
(74) *Attorney, Agent, or Firm*—Holland & Hart

(57)        **ABSTRACT**

The invention involves an arrow system having a shaft having a first end and an insert receptive of a standard point, the insert being disposed completely within the first end of the shaft. An insert installation tool may be used as part of the invention to facilitate insertion of the insert into the first end of the shaft. The invention further includes a reduced diameter hunting arrow shaft that maintains sufficient spine and weight characteristics. The reduced diameter hunting arrow shaft is receptive of standard or non-standard internal components for increasing arrow penetration and shot accuracy. Still further, the invention includes an arrow tip assembly including a male insert and a female point to assist in aligning points with arrow shafts.

**7 Claims, 14 Drawing Sheets**



**US 7,374,504 B2**

Page 2

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 6,251,036 | B1 | 6/2001 | Wu et al. | | |
| 6,274,230 | B1 | 8/2001 | Sarrelongue | | |
| 6,520,876 | B1 | 2/2003 | Eastman, II | | |
| 6,554,726 | B2 | 4/2003 | Thurber | | |
| 6,887,172 | B2 | 5/2005 | Arasmith | | |
| 6,932,728 | B2 | 8/2005 | Palomaki | | |
| 7,004,859 | B2 * | 2/2006 | Palomaki et al. | ........... | 473/578 |
| 7,270,618 | B2 * | 9/2007 | Palomaki et al. | ........... | 473/578 |
| 2003/0013565 | A1 | 1/2003 | Song | | |
| 2003/0073524 | A1 | 4/2003 | Song | | |
| 2003/0104884 | A1 | 6/2003 | Eastman, II | | |

OTHER PUBLICATIONS

Game Tracker Catalog, 1998.
Advertisement for Easton P/C All-Carbon Hunting Shaft, date unknown.
Easton Bowhunting and Target Archery Guide, 4-9, 1-13.

* cited by examiner



**Fig. 1**
*(Prior Art)*

**Fig. 2**
*(Prior Art)*



**Fig. 3**
*(Prior Art)*



**Fig. 4A**
*(Prior Art)*



**Fig. 4B**
*(Prior Art)*



**Fig. 5A**



**Fig. 5B**



**Fig. 5C**



**Fig. 5D**



**Fig. 5E**



**Fig. 5F**



**Fig. 5G**



**Fig. 6A**



**Fig. 6B**



**Fig. 6C**



**Fig. 6D**



**Fig. 6E**



**Fig. 7**



Fig. 8



Fig. 9



*Fig. 10*



Fig. 11



*Fig. 12*



*Fig. 13*



**Fig. 14A**



**Fig. 14B**



**Fig. 14C**

US 7,374,504 B2

1

## ARROW SYSTEM

### RELATED APPLICATION

This is a divisional of U.S. patent application Ser. No. 10/678,821 filed 3 Oct. 2003, now U.S. Pat. No. 7,115,055.

### TECHNICAL FIELD

This invention relates to arrow systems, including in particular hunting arrow systems.

### BACKGROUND OF THE INVENTION

Many different types of arrows and arrow shafts are known for use in hunting and sport archery. One arrow type of relatively recent design is the fiber reinforced polymer (FRP) arrow. FRP is a generic term including, but not limited to, fiberglass composites and carbon fiber composites. Traditional FRP arrow shafts have been typically produced by a number of different manufacturing processes. The first FRP arrow shafts were constructed with unidirectional reinforcing fibers aligned parallel to the axis of the shaft.

Prior designs and processes for constructing FRP shafts resulted in a low circumferential or hoop strength. The hoop strength of these arrow shafts was so low that the arrows could not withstand even small internal loads applied in a direction radially outwardly from the center of the shaft. For example, internal loads generated from inserting standard components into the inside of these types of shafts would have resulted in failure of the arrow shaft. Standard arrow components, such as those shown in FIG. 1, include inserts **100**, points **116** ("point" as used herein means any structure formed at or secured to the forward or distal end of the arrow, including without limitation field points, broadheads, etc.), and nocks **102**, all of which are mounted to an arrow shaft **104**. It should be noted that fletching, required for proper arrow flight, is not shown in the drawings, but is well understood by those skilled in the art.

Because insert components have not been practical for use with the relatively small diameter FRP prior art shafts of types discussed above, externally attached components have been developed and used. FIG. 2 illustrates two such external components, known as "outserts" in the industry. The term "outsert," as it suggests, refers to an arrow component that is inserted or installed over the outside diameter of the arrow. The two outserts shown in FIG. 2 include an outsert receptacle **200** to receive a point **116** and an outsert nock **202**. Outserts were, at the time, the only viable way to attach the various other arrow components to these prior FRP shafts because of their low hoop stress. Arrow shaft outserts have, however, at least three key disadvantages. First, outsert nocks **202** have a feel that is objectionable to most archers. Generally, archers prefer a smooth outer surface of the shaft without any projections (other than the fletching). This smooth outside diameter preference correlates with the general understanding that an arrow will have better aerodynamic efficiency with fewer structural projections outside of the arrow shaft.

Second, outsert nocks **202** frequently result in mechanical interference with many types of arrow rests when launching the arrow. Most arrow rests hold the arrow in a particular position when the archery bow is drawn and the arrow is released. With many arrow rests, the arrow continues to contact the arrow rest as the arrow passes the location of the arrow rest. Contact between the nock outsert and the arrow

2

rest can result in unpredictable disturbances during launch of the arrow, and therefore will affect the accuracy of the shot.

Third, the point outsert **200** has a larger diameter relative to the diameter of the shaft, which makes the arrows containing the point outsert **200** more difficult to extract from various targets as compared to arrows with insert components only. Use of the point outsert **200** often results in damaged points and outserts **202**, and further causes points and outserts **200** to detach from the arrow shaft and remain inside the target after the arrow is pulled from the target. Points and/or outserts **200** lost inside a target may cause damage to subsequent arrows that happen to impact the target at the same location as the lost points or outserts. As a result, some commercial archery ranges have banned outsert-equipped arrow shafts.

In an apparent attempt to address the limitations described above, modern FRP arrows with new types of construction have been developed. The typical modern FRP arrows include glass and/or carbon fibers arranged in multiple directions, as opposed to the unidirectional fiber arrangement of the earlier FRP arrows. The multi-directional fiber arrangement (e.g., fibers that run perpendicularly or at an angle relative to each other) increases the hoop strength of the shafts, which allows the shafts to support greater internal loads, including internal loads generated by insert components. Such modern FRP arrows have, however, been traditionally made having an outside diameter and wall thickness of a size sufficient to accommodate standard-sized inserts. These carbon-composite arrows were generally lighter than aluminum shafts, but were generally of the same spine. "Spine" is an industry-standard measurement of arrow shaft, stiffness. Spine is measured according the parameters shown in FIG. 3. As shown, a shaft **304** is supported at two points **306** and **308**, which are separated by a distance of 28 inches. A 1.94 pound weight is applied at a mid point **310** of the shaft **304**. The deflection **312** of the shaft **304** relative to the horizontal is defined as the "spine." An arrow must have certain spine characteristics, depending on its length and the draw weight of the archery bow, to achieve proper flight. Generally, the heavier the draw weight the stiffer the spine (i.e., less deflection) must be.

As a major portion of the archery market has moved toward lighter weight shafts, the modern FRP arrow has gained widespread acceptance. Lighter arrow shafts have the principal advantage of higher velocities when launched from the same bow. Such higher velocities result in a flatter arrow trajectory. The practical advantage of flatter trajectory is that a misjudgment by an archer of the range to a target has less effect on the point of impact.

Due to material and structural considerations, however, in designing internal-component FRP arrow shafts for reduced weight, it became necessary to both increase shaft outside diameter and reduce wall thickness relative to the prior art FRP outsert shafts in order to provide desirable spine/weight combinations. For aluminum arrow shafts, for example, to provide lighter weight arrows, the wall thickness must be reduced and the diameter of the arrow, both the inside diameter and the outside diameter, must be increased to maintain adequate spine. This process of thinning the wall and increasing shaft diameter has, however, practical limitations. At some point, if taken to an illogical extreme, the arrow would have mechanical properties similar to an aluminum beverage can with no practical resistance to side loads or crushing.

With some arrows, inserts, such as "half-out" inserts, were introduced to the market some time ago. A typical half-out insert assembly is shown in FIG. 4A. A half-out

US 7,374,504 B2

**3**

insert **400** includes a first insert portion **412** with a diameter smaller than the standard insert **100** shown in FIG. **1** such that the first insert portion **412** may be inserted into a reduced diameter shaft **404**. A second portion **414** of the half-out insert **400** has a larger outside diameter that is receptive of a standard point **416**, yet its outside diameter corresponds to the outside diameter of shaft **404**. Therefore, half-out inserts facilitate use of standard field points with arrow shafts having inside diameters smaller than standard arrow shafts.

Half-out assemblies have, however, several disadvantages and have not been well accepted. Half-out assemblies are cantilevered at the front of the arrow shaft **404**. The cantilever results in a system that tends to deform more readily on impact as compared to other arrow assemblies. The half-out assemblies also make it more difficult to precisely align points **416** with the shaft **404**, as will be discussed below in greater detail.

SUMMARY OF THE INVENTION

The present invention comprises an arrow including a shaft with a first end and an insert receptive of a point, the insert being disposed completely within the first end of the shaft. Hunters commonly use field points for practice and broadheads (either expandable or fixed-blade) for hunting. Although this aspect of the present invention (i.e., an internal component small outside diameter arrow shaft and a novel insert installation system) is advantageous when field points are used, the invention is particularly advantageous when using broadheads because broadheads exacerbate many shaft/insert/point alignment problems.

According to one embodiment, the point may include a shoulder and the shaft may include an end wall. The insert is seated at a depth within the shaft such that the shoulder of the point bears directly against the end wall of the shaft when the point is engaged with the insert. In one embodiment, the shaft may have an inside diameter of approximately 0.204 inches, a spine of approximately 0.500 inches or less, and an outside diameter less than 0.275 inches. When spine is discussed herein, "stiffer" spine means less arrow deflection (i.e., a smaller numeric value), and "weaker" spine means greater arrow deflection (i.e., a larger numeric value). Thus, the terms "less spine" and "stiffer spine" have the same meaning throughout. In a similar manner, the terms "more spine" and "weaker spine" have the same meaning throughout.

Another embodiment comprises an arrow including a shaft having an inside diameter, a first end, and a first wall, and a point having a head, a shoulder, and a shank, where the shoulder of the point bears directly against the first end wall and the shank fits snugly inside the arrow shaft and bears against the inside surface of the arrow shaft. The direct contact between the point and arrow shaft improves alignment between these two components. In this embodiment, the insert is disposed completely inside the shaft and the point is threadedly received by the insert.

Still another embodiment comprises a reduced diameter carbon-composite hunting arrow shaft including an inside diameter of approximately 0.204 inches, a spine of approximately 0.500 inches or less, and an outside diameter less than approximately 0.275 inches. In this embodiment, an insert may be disposed completely inside the shaft and a point coupled to the insert.

Yet another embodiment comprises a hunting arrow including a hollow shaft having an inside diameter sized to accept standard points, an outside diameter of less than

**4**

0.275 inches, and a spine of 0.500 inches or less. This embodiment may include an insert embedded completely within the shaft and a point coupled to the insert.

Another embodiment comprises a reduced diameter FRP hunting arrow shaft including an inside diameter of approximately 0.204 inches, a spine of approximately 0.500 inches or less, and an outside diameter of 0.275 inches or less. The inside diameter of about 0.204 is receptive of standard point inserts.

Another embodiment of the invention comprises an arrow including a shaft with a first end, a male insert disposed partially within the first end and extending beyond the first end, and a female point having a flange or skirt that extends over the arrow shaft in a tight-fitting manner to assist in alignment of the point with the arrow shaft.

Still another embodiment comprises a reduced diameter FRP hunting arrow shaft including an inside diameter of approximately 0.200 inches, a spine of approximately 0.500 inches or less. The outside diameter may range between approximately 0.255 and 0.271 inches. The inside diameter of about 0.200 is receptive of standard half-out inserts.

Another embodiment comprises a reduced diameter FRP hunting arrow shaft, including an inside diameter less than 0.200 inches, a spine of 0.500 inches or less, and an outside diameter of 0.275 inches or less. The inside diameter may be approximately 0.187 inches.

Another embodiment comprises a point assembly including a male insert having a first end configured to engage an arrow shaft and a second end, and a female point configured to mate with the second end of the male insert. The male insert may include a tapered head between the first and second ends, and the female point may include an interior tapered surface shaped to mate with the tapered head of the male insert.

Yet another embodiment of the invention comprises an arrow including a shaft with a first end, a male insert disposed partially within the first end and extending beyond the first end, and a female point engaged with the male insert.

Still another embodiment comprises an insert installation tool including a positioning rod, where the rod includes a first end, a second end, a first diameter at the first end sized smaller than an inside diameter of an insert, one or more lips disposed between the first and second ends, the one or more lips having a diameter sized to provide an interference fit with an inside diameter of an arrow shaft, and a shoulder disposed between the first end and the one or more lips sized larger than the inside diameter of the insert; where the first end of the rod is configured to engage the point insert. The installation tool is designed to position the insert at a desired depth inside the arrow shaft.

Another aspect of the invention involves a method of coupling a point to an arrow shaft including inserting an entire point insert into the arrow shaft and fastening the point to the point insert. According to this method, the point includes a shoulder and a shank, where the shoulder directly engages an end wall of the arrow shaft and the shank directly engages the inside surface of the arrow shaft, all of which assists with point alignment.

Another aspect of the invention involves a method of coupling a point to an arrow shaft including installing a point insert onto the installation tool and pressing the point insert into the shaft with the tool to a predetermined depth such that a first end of the point inserted is flush with or interior to a first end of the shaft. The insert installation tool may include a grip with a diameter larger than an outside diam-

US 7,374,504 B2

5       6

eter the arrow shaft or another similar end wall that limits the extent to which the point insert can be pushed inside of the arrow shaft.

Yet another aspect of the invention involves a method of improving alignment between an arrow point and an arrow shaft by embedding an insert completely within the shaft and coupling the arrow point to the insert, where the arrow point and the shaft directly interface between each other at a first location where a shoulder of the point and an end surface of the shaft contact each other and at a second location where the shank of the point and the inside diameter of the shaft contact each other. Embedding the insert may include extending the insert to a predetermined depth within the shaft.

Still another embodiment of the invention comprises an arrow including a shaft with a first end defining a first end wall, an insert with a first end defining a first end wall, the insert being disposed inside the shaft such that the first end wall of the insert is flush with or interior to the first end wall of the shaft.

In another embodiment, an arrow system includes an insert of substantially constant outside diameter such that the insert is fully insertable into an arrow shaft, the insert including a threaded portion, and a point including a threaded portion engagable with the threaded portion of the insert.

Another aspect of the invention involves an arrow preparation tool comprising an abrasive material to engage an end wall of an arrow shaft and a protuberance extending from the abrasive material, where the protuberance is sized to interface with an inside surface of the arrow shaft such that rotation of the arrow shaft relative to the abrasive material will cause a chamfer to form between the inside surface of the arrow shaft and the end wall of the arrow shaft.

Still another aspect of the present invention involves an internal fit component FRP hunting arrow shaft comprising an arrow shaft to receive internal fit components, where the arrow shaft has a weight in proportion to twenty-nine inches of arrow shaft, and wherein the weight or the spine falls on a plot of weight versus spine above and to the left of a straight line that includes a first point having a weight of 190 grains and an outside diameter of 0.275 inches, and a second point having a weight of 320 grains and an outside diameter of 0.305 inches.

Another aspect of the present invention involves an internal fit component FRP hunting arrow shaft comprising an arrow shaft to receive internal fit components, wherein the arrow shaft spine or the outside diameter of the arrow shaft falls on a plot of spine versus outside diameter below and to the left of a straight line that includes a first point having a spine of 0.320 inches and an outside diameter of 0.295 inches, and a second point having a spine of 0.480 inches and an outside diameter of 0.280 inches.

BRIEF DESCRIPTION OF THE DRAWINGS

The accompanying drawings illustrate various embodiments of the present invention and are a part of the specification. The illustrated embodiments are merely examples of the present invention and do not limit the scope of the invention.

FIG. 1 is a side view of an FRP arrow utilizing inserts according to the prior art;

FIG. 2 is a side view of an FRP arrow utilizing outserts according to the prior art;

FIG. 3 is a diagram illustrating spine measurement parameters;

FIG. 4A is a side view of an FRP arrow utilizing half-out inserts according to the prior art;

FIG. 4B is a partial sectional side elevation view of a PIN nock system according to the prior art;

FIG. 5A is an exploded perspective assembly view of an arrow according to one embodiment of the present invention;

FIG. 5B is an assembled perspective view of the arrow shown in FIG. 5A;

FIG. 5C is an exploded partial sectional side elevation view of an end of the arrow shown in FIG. 5A;

FIG. 5D is a partial sectional side elevation view of the end of the arrow as shown in FIG. 5B;

FIG. 5E is an enlarged view of the area 5E-5E of FIG. 5D, according to one embodiment of the present invention;

FIG. 5F is a perspective view of an arrow being prepared for receipt of an arrow insert system according to the present invention;

FIG. 5G is a side elevation view, partly in section, of the arrow preparation process shown in FIG. G;

FIG. 6A is a perspective view of an arrow insert installation tool according to one embodiment of the present invention;

FIG. 6B is a side elevation view of the arrow insert installation tool of FIG. 6A with an insert secured thereto;

FIG. 6C is a side elevation view, partly in section, of the arrow insert installation tool of FIG. 6A showing the insert being installed inside an arrow shaft;

FIG. 6D is a perspective view of an alternative embodiment of an arrow insert installation tool according to the present invention;

FIG. 6E is a perspective view of another alternative embodiment of an arrow insert installation tool according to the present invention;

FIG. 7 is a graph illustrating a constant kinetic energy curve plotted on a mass versus velocity chart;

FIG. 8 is a graph illustrating penetration depth of various arrows into a gelatin material, each arrow having substantially the same kinetic energy;

FIG. 9 is a graph illustrating penetration depth of various arrows into a gelatin material as a function of kinetic energy for various arrows;

FIG. 10 is a graph illustrating penetration depth of different FRP arrow shafts into a gelatin material where kinetic energy has been maintained constant and the shaft outside diameter has changed;

FIG. 11 is a graph illustrating spine vs. weight characteristics of various prior art shafts as well as shafts according to the present invention;

FIG. 12 is a graph illustrating various spine vs. outside diameter characteristics of various prior art arrow shafts as compared to arrow shafts according to the present invention;

FIG. 13 is a graph illustrating weight vs. outside diameter characteristics of various prior art arrow shafts compared to arrow shafts according to the present invention;

FIG. 14A is an exploded sectional side elevational assembly view of an arrow system according to an alternative embodiment of the present invention; and

FIG. 14B is a sectional side elevational assembly view of an arrow system according to yet another alternative embodiment of the present invention; and

FIG. 14C is an exploded sectional side elevational assembly view of an arrow system according to still another alternative embodiment of the present invention.

Throughout the drawings, identical reference numbers designate similar, but not necessarily identical, elements.

US 7,374,504 B2

7

DETAILED DESCRIPTION

The present specification describes a novel arrow system that may be used for archery, and particularly for bowhunting. One aspect of the novel arrow system relates to a reduced diameter hunting arrow. The reduction in diameter of a hunting arrow facilitates more accurate shooting and better penetration than previous arrows. The reduced diameter hunting arrow may be sized to accommodate standard arrow point assemblies, half-out arrow point assemblies, or smaller diameter arrow point assemblies. The reduced diameter hunting arrow may also be used to accommodate a new point insert system and a new arrow point assembly, both of which are further described below. The novel arrow system also involves an insert installation tool to facilitate placement of the novel insert into an arrow shaft and an arrow shaft preparation tool to ensure the shaft will properly accommodate a point.

Accordingly, the specification describes various aspects of the invention according to the following order. First, embodiments of an arrow utilizing the new point inserts are shown and described, along with the arrow point assembly tool. Second, experimental data illustrating the advantages of a reduced diameter arrow is discussed. Third, various embodiments of reduced diameter arrow shafts are described. Fourth, various embodiments relative to the new arrow system and assembly method for reduced diameter arrows are shown and described.

As used in this specification and the appended claims, the phrases "completely within" or "completely inside" mean that an item is located interior to an object and does not protrude or extend from the object. "Completely within" and "completely inside" also include arrangements in which the item is located interior to and flush with the object.

The term "insert" is used broadly to encompass any apparatus that is or may be at least partially introduced into or inside an arrow shaft.

"Hunting arrow" is also used broadly to include any arrows, parts of arrows, or arrow assemblies that are intended specifically for hunting.

"Fiber reinforced polymer (FRP)" refers to any combination of materials of which carbon is one, including without limitation fiber reinforced materials, advanced composites, and other material sets that include only carbon.

"Spine" is used to indicate a stiffness measurement according to the standard parameters described above, as understood by those skilled in the art.

"Point" as used to describe the present invention shall mean, for purposes of simplifying the description, any type of arrow point, including without limitation field points and broadheads.

"Internal insert components" means inserts that fit inside of an arrow shaft as well as any type of arrow point received by such inserts.

As mentioned above, a number of developments in arrow technology, and particularly arrow technology, have recently occurred. While there are many different types of arrows available, conventional arrows have traditionally not provided the combination of accuracy, flat trajectory, short travel time, penetration and internal fit components offered by a reduced diameter hunting arrow shaft according to the present invention. The methods and devices described herein include various reduced diameter arrow shafts and other associated devices. The particular implementations, however, are exemplary in nature, and not limiting.

Turning now to the figures, and in particular to FIGS. 5A-E, a hunting arrow 520 according to one embodiment of

8

the present invention is shown. According to FIGS. 5A-E, the hunting arrow 520 includes a shaft 504 and an insert 500. The insert 500 is receptive of a point 516. The insert 500 is advantageously sized to fit snugly completely within the shaft 504 as shown in FIGS. 5B and 5D. Previous inserts, for example the insert 100 shown in FIG. 1, include a lip 118 that prevents disposing the insert 100 completely with the shaft 104. The insert 500 of the embodiment shown in FIGS. 5A-E, however, may be fully embedded within the shaft 504. Accordingly, the insert 500 may have a substantially constant outside diameter (without regard to conventional glue grooves) sized to fit within an inside diameter of the shaft 504.

The insert 500 may include one or more ridges 526 about its outer diameter, as shown in FIGS. 5A and 5B. The ridges 526 do not, however, extend beyond the substantially constant outside diameter of the insert 500 and thus do not prevent full insertion of the insert 500 into the shaft 504. The insert may include a through hole, as shown in FIGS. 5C and 5D, or may have a so-called blind hole in the back wall of the insert (not shown).

The shaft 504 is preferably constructed of a carbon-composite material and includes a first end 522 and a first end wall 524. The first end wall 524 corresponds to the terminating end of shaft 504. The shaft 504 also includes a second end 534 that is receptive of a nock 536. A nock adapting insert 538 may be included between the shaft 504 and the nock 536. Although FIGS. 5A and 5B show such an insert, it is to be understood that any nock system; such as without limitation, direct fit nock systems (e.g., as shown in FIG. 1), UNI™ bushings with g-nock systems (e.g., as shown in FIG. 5B), and PIN nock systems with PIN nocks (e.g., as shown in FIG. 4B), may be used without departing from the scope of the present invention. In addition, a plurality of vanes or other fletching (not shown in the drawings) may be secured to the second end 534 of the shaft.

As mentioned above, the insert 500 is receptive of the point 516. The point 516 is preferably a standard size, commercially available point. The point 516 includes a head 529 and a shoulder 530 where a relatively greater outside diameter of the point 516 transitions to a shank 531. According to principles described herein, the insert 500 has no lip (e.g., element 118 in FIG. 1) and is inserted to be at least flush with or below the end wall 524 of shaft 504. Therefore, the shoulder 530 of the point 516 advantageously bears directly against the end surface 524 of the shaft 504 as shown in FIGS. 5B, 5D, and 5E. The direct engagement between the shoulder 530 and the end surface 524 according to FIGS. 5A-D provides a first direct interface location 532 (FIGS. 5D and 5E) between the end wall 524 of the shaft 504 and the shoulder 530 of point 516 which facilitates a simpler, more precise alignment between the point and the arrow shaft.

The novel arrow system also provides a second interface location 537 (FIGS. 5D and 5E) between the arrow 504 and the point 516. Specifically, the outside surface of the shank 531 of point 516 bears directly against and the inside surface 533 of the arrow shaft 504.

In contrast, prior art arrow systems, as shown in FIG. 1, provided an extra structural element (i. e., the insert) between the arrow shaft and the point at all locations. Thus, prior art arrow systems provided at least four (4) different sets of interfacing surfaces, all of which have the potential to affect alignment of the respective parts. One set is located between the shoulder 117 of the point 116 and the outer, flat surface of lip 118 extending from insert 100. Another is located between the bottom surface 119 of lip 118 and the

9

end surface **124** of the arrow shaft **104**. Still another set of interfacing surfaces is between the cylindrical outer surface of the insert **100** and the inside surface **111** of the arrow shaft **104**. A final set of interfacing surfaces is between the shank **115** on the point **116** and the corresponding inside cylindrical surface **113** of the insert **100**.

Thus, arrow system of the present invention eliminates two of these sets of interfacing surfaces to improve greatly the alignment between the point and the arrow shaft. Specifically, as shown in FIGS. **5**C, **5**D, and **5**E, the present invention provides two sets of direct interfacing surfaces (interfaces **532** and **537** as shown in detail in FIG. **5**E) between the arrow shaft **504** and the point **516** to greatly improve alignment. It is to be understood that while some aspects of the present invention are directed to hunting arrows only, this particular aspect of the present invention applies to all types of arrows, both hunting arrows and target arrows.

As shown in FIGS. **5**F and **5**G, an arrow preparation tool **550** is provided to appropriately place a chamfer on the distal end **522** of shaft **504**. The arrow preparation tool **550** comprises a frusto-conically shaped protuberance **552** over which an end of arrow shaft **504** is inserted. After the arrow shaft is inserted over protuberance **552**, a downward force F$_1$ is applied to the arrow shaft as the shaft is rotated R$_1$ (FIG. **5**G) back and forth until the end wall **524** abuts the top surface of preparation tool **550**. At that point, a proper chamfer **539** has been created on the distal end **522** of shaft **504** between the end wall **524** and the inside surface **537** of shaft **504**. In addition, a portion of end wall **524** will also remain. As shown in FIG. **5**E, the purpose for preparing the arrow shaft with a chamfered surface **539** is to accommodate points that may have a radius R (FIG. **5**E) between the shoulder **530** and the shank **531**. It is to be understood that the arrow preparation tool **550** may be made of any appropriately abrasive material, such as bonded aluminum oxide. As shown in FIGS. **5**F and **5**G, the arrow preparation tool **550** may be placed on top of a flat surface so that as the arrow is rotated back and forth R$_1$ as shown in FIG. **5**G, there is no need to hold the porous, abrasive arrow preparation toot **550**. Alternatively, the arrow preparation tool **550** may be held by the person performing the chamfering process. Those skilled in the art will understand that other arrow preparation tools may be utilized without departing from the scope of the present invention. Still further, pre-prepared arrow shafts with appropriate chamfers may be provided to accommodate points with radii, without departing from the scope of the present invention.

After the shaft **504** has been properly conditioned, perhaps by arrow preparation tool **550**, the insert **500** of FIGS. **5**A-E may be installed completely within the shaft **504** in a number of ways. One way might be for a user to couple the insert **500** to the point **516** and install both together as a unit. Another way, however, may be to use an insert installation tool **640**, as shown in FIGS. **6**A-C. The tool **640** allows the interface **532** between point **516** and shaft **504** to be more precisely controlled. The tool, as discussed below, provides the advantage of precise depth control of the insert **500** and prevents adhesive contamination on the portion of the inside of the shaft corresponding to the area of interface **537** (FIGS. **5**D and **5**E) between shank **531** of point **516** and the inside surface **533** of shaft **504**.

According to the embodiment of FIGS. **6**A-C, the insert installation tool **640** includes a rod **642** which extends toward and terminates at a tip or first end **644**. The rod **642** attaches to a handle or second end **646**, which may be made of any suitable size or shape. The outside diameter of the

10

first end **644** is sized to fit within the threaded section of insert **500**. FIG. **6**B shows an insert positioned on the first end **644** of the installation tool **640**. FIG. **6**C shows the insert **500** being positioned inside the arrow shaft **504** using the installation tool **640**. The outside diameter of the rod **642** is different than the outside diameter of the tip **644** such that a first shoulder **652** is formed. Therefore, the first shoulder **652** is sized to abut the insert **500**, as shown in FIG. **6**B, which will allow an operator to push the insert **500** into the arrow shaft **504** to a predetermined, precise depth.

The rod **642** may also include one or more wipers. The embodiment of FIG. **6**A-**6**C comprises a first peripheral ring or lip **648** and a second peripheral ring or lip **650** disposed between the first shoulder **652** and second shoulder **654** of the insert installation tool **640**. The first and second wipers **648** and **650** may have equal diameters and may be sized to provide an interference fit with an inside diameter of the arrow shaft **504**. The first and second wipers **648** and **650** are intended to remove any excess adhesive from the inside surface of the shaft. According to one embodiment, the diameter of the first and second wipers **648** and **650** is approximately 0.206 inches. Such diameters are not, however, limited to any particular measurement, nor are the first and second wipers **648** and **650** necessarily of equal diameter.

Another embodiment of an insert installation tool **740** is shown in FIG. **6**D. Each end of the insert installation tool **740** includes a rod **742** which extends toward and terminates at a tip or first end **744**. Each rod **742** attaches to a handle or second end **746**, which may be made of any suitable size or shape. The handle **746** incorporates an ergonomic design to facilitate grasping by a person doing the insert installation. Any suitable design may be incorporated into the handle **746**. The outside diameter of each tip or first end **744** is sized to fit within the threaded section of the inside diameter of the insert **500** (FIG. **6**C). Each rod end **744** terminates at a first shoulder **752** and transitions to a second section **742**, which terminates, in turn, at the handle portion **746**. Each first shoulder **752** is designed to abut an insert **500**, in a manner similar to what is shown in FIG. **6**B, to allow an operator to push the insert **500** into the arrow shaft **504** to a predetermined, precise depth.

Each rod **742** also includes one or more wipers in the form of a first peripheral ring or lip **748** and an optional second peripheral ring or lip **750** disposed between the first shoulder **752** and wall **754** of handle portion **746**. The first and second wipers **748** and **750** may be of equal diameters and may-be sized to provide an interference fit with an inside diameter of the arrow shaft **504**. The first and second wipers **748** and **750** are intended to remove excess adhesive from the inside surface of the shaft. According to one embodiment, the diameter of the first and second wipers **748** and **750** is approximately 0.206 inches. Such diameters are not, however, limited to any particular measurement, nor are the first and second wipers **748** and **750** necessarily of equal diameter. When tool **740** is used to install insert **500** into shaft **504**, the wall **754** of handle **746** abuts the end **524** of the shaft.

In order to facilitate the interference fit between the wipers and the inside diameter of the arrow shaft **504**, the insert installation tools **640**, **740** may be made of multiple grades and "pliabilities" of plastic or another suitable material that can flex and provide an appropriate interference fit. Still further, the tool **640**, **740** could be made of any other material, such as metal, where, for example and without limitation, rubber O-rings are used for the wipers.

US 7,374,504 B2

<table>
<tr><td>11</td><td>12</td></tr>
</table>

Alternatively, as shown in FIG. **6**E, tool **740** may include a specialized depth gauge **759** (FIG. **6**D) on one end of tool **740** to ensure that chamfer **539** has been properly instilled into shaft **504**.

As described in the background, the phenomenon of increased penetration for reduced shaft diameter was generally felt by archers and bowhunters to be true, but was not well addressed in a scientific manner in the past.

Therefore, a number of experiments were performed according the present invention to better understand and evaluate arrow penetration. The tests were performed shooting arrows into industry-standard ballistic gelatin that has heretofore been used for analysis of firearms and ammunition.

According to one test measuring arrow penetration (Test 1), arrow mass and impact velocity were varied according to the graph shown in FIG. **7** to provide a constant kinetic energy

$$\left(\text{kinetic energy} = \frac{1}{2}m \cdot v^2,\right.$$

where m=total arrow mass and v=impact velocity) of 65 foot-pounds. The arrows tested were aluminum shafts with a nominal outside diameter of 0.344 inches. Table 1 (below) lists the four specific shafts tested.

TABLE 1

| Penetration Test Shaft Description | | |
|---|---|---|
| Arrow Size Designation (Aluminum Shafts) | Shaft Outside Diameter (in.) | Arrow Mass (grain) (total flight weight of shaft, point, nock, vanes, bushing and adhesives) |
| 2212 | 0.3452 | 424.9 |
| 2216 | 0.3460 | 508.3 |
| 2219 | 0.3440 | 567.8 |
| Standard 2219 Heavy (plastic weight tube added to shaft ID) | 0.3440 | 653.8 |

Each arrow included an identical arrow point, which was a fixed-blade broadhead known as a New Archery Products Thunderhead®. Each arrow point had a mass of 85 grains. As shown in Table 1, the variation in shaft outside diameter for each arrow was relatively small such that the interface between arrow and target was substantially the same. However, the difference in mass between the arrows was substantial. Therefore, the bow draw weight was adjusted for each arrow to provide an impact velocity yielding an approximately constant level of kinetic energy at impact. The bow draw weights used for each arrow are shown in Table 2 below.

TABLE 2

| Bow Draw Weights and Kinetic Energy at Impact in Test 1 | | | |
|---|---|---|---|
| Arrow Size Designation (Aluminum Shafts) | Bow Peak Draw Weight (lb) | Impact Velocity (fps) | Kinetic Energy at Impact (ft-lb) |
| 2212 | 64.0 | 263.6 | 65.5 |
| 2216 | 60.0 | 241.0 | 65.5 |
| 2219 | 59.5 | 228.9 | 66.0 |

TABLE 2-continued

| Bow Draw Weights and Kinetic Energy at Impact in Test 1 | | | |
|---|---|---|---|
| Arrow Size Designation (Aluminum Shafts) | Bow Peak Draw Weight (lb) | Impact Velocity (fps) | Kinetic Energy at Impact (ft-lb) |
| Standard 2219 Heavy (plastic weight tube added to shaft ID) | 59.0 | 213.3 | 66.0 |

The penetration results from shooting the four arrows according to the test parameters are shown in FIG. **8**. The results show that the penetration for all four arrow shafts was the same, approximately 12.5 inches. Such results indicate that for a constant arrow shaft OD, penetration performance is a strong function of kinetic energy, and separate from the independent parameters of mass and velocity. That is, within the range of arrow masses and impact velocities tested, penetration depth was constant if impact kinetic energy was constant, regardless of whether the kinetic energy was achieved by a low mass arrow traveling at high velocity, or a high mass arrow traveling at a low velocity.

To confirm the hypothesis that penetration is only a strong function of kinetic energy, Test 2 was conducted whereby the bow draw weight and resultant impact velocity were varied. The specific test parameters are shown in Table 3 below.

TABLE 3

| Bow Draw Weights and Kinetic Energy at Impact in Test 2. | | |
|---|---|---|
| Arrow Size Designation (Aluminum Shafts) | Bow Peak Draw Weight (lb) | Kinetic Energy at Impact (ft-lb) |
| 2212 | 50 | 47 |
| 2216 | 60 | 69 |
| 2219 | 70 | 77 |
| Standard 2219 Heavy (plastic weight tube added to shaft ID) | 70 | 80 |

The results of Test 2 are shown in FIG. **9**. Again, penetration is shown to be a strong linear function of impact kinetic energy.

Another test, designated as Test 3, then investigated the effect of shaft outside diameter on penetration performance. For Test 3, two arrows with different outside diameters were used. The first arrow was an ICSHunter® 400 Heavy, and is an internal component carbon-composite shaft. The second was a 2413 aluminum alloy arrow. Again, both were tested with New Archery Products 85 grain Thunderhead® fixed broadheads. Table 4 (below) lists the parameters and results of Test 3.

US 7,374,504 B2

**13**

TABLE 4

| | | Shaft Diameter and Kinetic Energy at Impact in Test 3 | | |
|---|---|---|---|---|
| Arrow Size Designation | Shaft Outside Diameter (in.) | Arrow Mass (grain) (total flight weight of shaft, point, nock, vanes, bushing and adhesives) | Impact Kinetic Energy (ft-lb) | Penetration Depth(in.) |
| ICSHunter ® 400 Heavy (FRP) (plastic weight tube added to shaft ID) | 0.2935 | 464.4 | 50.8 | 12.2 |
| 2413 (aluminum) | 0.3719 | 464.1 | 50.6 | 10.0 |

Based on the results of Tests 1 and 2, it was anticipated that the two arrows shot according to the parameters of Test 3 would have nearly identical penetration depths, given the approximately identical impact kinetic energy. Instead, the unexpected result was 22% greater penetration for the smaller diameter ICSHunter® 400 Heavy than for the larger diameter 2413. Test 3 shows that the effective outer dimensions is another key factor in improving penetration performance, and that as the outside diameter of the shaft is reduced, the penetration increases.

Another test (Test 4) was conducted to isolate one other variable and confirm the unexpected results of Test 3. According to the parameters of Test.3, there was room for speculation as to whether the improved penetration depth of the ICSHunter® 400 Heavy was due to its smaller diameter, or to some other factor given FRP construction (as opposed to the aluminum construction of the 2413) of the shaft. Therefore, in Test 4 an aluminum shaft and FRP shaft having substantially the same outside diameters were tested for penetration performance. Table 5 (below) shows the parameters and results of Test 4.

**14**

shafts available on the market today. The bow parameters utilized in Test 5 were selected and adjusted during the test so that the impact velocities, and thus the kinetic energies at impact, for all arrows into the ballistic gelatin targets were substantially identical. Prior, tests, specifically Test 1, established that penetration depth into the gelatin target was identical if the kinetic energy at impact was held constant and the outside "envelope" (i. e., the shaft diameter and point interfacing with the target material) were unchanged. As with the prior test, the kinetic energy for Test 5 was maintained constant.

In Test 5, the kinetic energy at impact was constant because both arrow masses and impact velocities were held constant. Therefore, one might expect that the penetration depth would be the same for all arrows tested, unless another variable had a significant effect on the penetration result.

In Test 5, the variable of shaft outside diameter was well isolated, and would be the only factor which could have an effect on depth of penetration. The present invention demonstrates that shaft outside diameter is a variable that directly and linearly affects depth of penetration.

TABLE 5

| | | Shaft Material and Kinetic Energy at Impact in Test 4 | | |
|---|---|---|---|---|
| Arrow Size Designation | Shaft Outside Diameter (in.) | Arrow Mass (grain) (total flight weight of shaft, point, nock, vanes, bushing and adhesives) | Impact Kinetic Energy (ft-lb) | Penetration Depth(in.) |
| 1816 (aluminum) | 0.2840 | 409.7 | 50.0 | 11.4 |
| Evolution ™ 500 (FRP) | 0.3003 | 411.2 | 50.3 | 11.3 |

The results of Test 4 indicate that shaft material had no appreciable affect on penetration depth. Thus, the unexpected results achieved pursuant to the results of Test 3 (shown in Table 4) were not attributable to differences in shaft material.

Another penetration test, Test 5, was performed to assess the effect of shaft diameter on penetration performance. In Test 5, three different arrow shafts were constructed according to the parameters of Table 6, set forth below. All shafts were constructed from FRP material. Additionally, the overall length of each shaft was adjusted such that the total arrow mass would be substantially identical. As in the other penetration tests, NAP Thunderhead™ 85 grain broadheads were used. The only difference among the various shafts was the outside diameters. The ICSHunter® and Fat Boy™ models and other similar large diameter shafts represent

Table 6 shows the results of Test 5, particularly relative to penetration depth. Unlike the results in Test 1, the penetration depths are not the same. Rather, the smaller outside diameter shaft had improved penetration relative to the larger outside diameter shafts of the prior art. FIG. **10** plots depth of penetration as a function of shaft outside diameter for the arrow shafts evaluated in Test 5. As can be appreciated, penetration depth turns out to be a very strong linear function of shaft outside diameter. In FIG. **10**, the solid line connecting the three data points represents the actual physical testing conducted. The dashed line extrapolates this data to even smaller shaft outside diameters that have not been tested, but would reasonably be expected to exhibit the same improved penetration performance. Accordingly, these ranges of outside diameters shall be considered part of the present invention.

US 7,374,504 B2

15

16

TABLE 6

Arrow Parameters and Penetration Parameters of Test 5

| Model | OD (in) | Avg Wt (gr) | Avg Impact Vel (fps) | Avg KE (ft–lb) | Penetration Depth (in) |
|---|---|---|---|---|---|
| Invention | 0.264 | 304.0 | 258.2 | 44.7 | 13.4 |
| ICSHunter ® | 0.296 | 304.2 | 257.1 | 44.6 | 13.0 |
| FatBoy ™ | 0.353 | 304.1 | 257.9 | 44.9 | 12.1 |

Therefore, according to embodiments of the present invention, the arrow shaft outside diameter is reduced relative to standard sizes to increase arrow penetration performance. The embodiments described below include shaft diameters of reduced size relative to conventional hunting arrows to better optimize accuracy, time-of-flight, trajectory, and penetration.

The arrow shaft invention is unique in that it provides a certain combination of spine and weight with a smaller outside diameter (OD) than the prior art hunting arrows on the market today. The present invention pertains to FRP shafts which use internal fit components and have spine/weight relationships useful for hunting, and further pertains to all types of aluminum-carbon arrow shafts. It does not include other external fit (outsert) components, nor does it include the general class of target arrows, which have a spine from 0.450 inches to greater than 1.000 inches.

FIG. 11 shows a typical plot of spine vs. weight for various internal fit component, FRP arrow shafts. According to FIG. 11, the spine-weight relationship of the arrow shaft of the present invention is well within the range of other, common spine-weights that have been established for hunting arrows. FIG. 11 does not, however, distinguish among the outside diameters of the shafts.

FIG. 12 shows a plot of the same arrow shafts in FIG. 11, but FIG. 12 plots the spine vs. outside diameter of the arrows represented. FIG. 12 shows that prior art arrow shaft designs are all tightly grouped together. The stiffest shafts (those with spine values of 0.340 inches or less) fall in an OD range of 0.294 inches to 0.303 inches. The weakest prior art shafts (those with spine values of 0.480 inches or greater) in FIG. 12 fall in an OD range of 0.280 inches to 0.293 inches. In contrast, the arrow shaft of the present invention has, in one embodiment, an OD of 0.275 inches for a spine of 0.300 inches. In another embodiment, the arrow shaft of the present invention has an OD of 0.258 inches for a spine of 0.500 inches.

FIG. 13 shows a plot of the weights vs. ODs for the same family of arrow shafts as FIGS. 11 and 12. Again, prior art designs are tightly grouped together. The heaviest shafts (those weighing 255 grains and up) from the prior art group have ODs ranging from 0.296 inches to 0.303 inches. The lightest shafts (those weighing 211 grains or less) from the prior art group have ODs ranging from 0.280 inches to 0.293 inches. This is a significant difference from the arrow shaft of the present invention, which has an OD of 0.275 inches for the heaviest design of one embodiment (310 grains) and an OD of 0.258 inches for its lightest design of 235 grains.

Thus, FIGS. 12 and 13 are clear illustrations that the shaft of this invention is new and unique in its combination of spine/weight/outside diameters. None of the prior art hunting shafts recognize the utility of this combination, and in fact are all grouped together in a significantly larger OD regime.

The accuracy of reduced diameter arrows made according to principles described herein is increased because the propensity of an arrow to be influenced during flight by external factors (e.g., cross winds) is reduced by a smaller diameter shaft. A smaller diameter shaft has a smaller surface area for a cross wind or other external force to act upon. Because of the many point and nock components of standard sizes currently available, however, it may also be desirable to combine reduced outside diameter shafts for the purposes described above, with inside diameters receptive of standard arrow components.

Therefore, hunting arrow shafts may, according to principles described herein, include shafts that have an inside diameter of 0.204 inches to accommodate all standard hunting points currently available. The hunting arrows according to principles described herein may therefore include the advantages of a smaller shaft diameter and the convenience of compatibility with standard hunting points. For example, according to some embodiments of the present invention there may be arrow shafts having an inside diameter of 0.204 inches, a spine of 0.500 inches or less, and an outside diameter of less than 0.275 inches. The outside diameter may range, according to some embodiments, between 0.248 and 0.275 inches, depending upon spine. According to another embodiment the inside diameter is 0.204 inches, the spine is 0.500 inches or less, and the outside diameter is less than approximately 0.275 inches. Other exemplary embodiments may include arrow shafts having the following combinations of parameters (see Table 7 below).

TABLE 7

Reduced diameter arrow parameters according to some embodiments

| Spine (in.) | OD (in.) | Wall Thickness (in.) | ID (in.) | Weight (grains/in., optional parameter) |
|---|---|---|---|---|
| 0.300 | 0.275 | 0.035 | 0.204 | 10.7 |
| 0.340 | 0.267 | 0.031 | 0.204 | 9.5 |
| 0.400 | 0.264 | 0.030 | 0.204 | 9.0 |
| 0.500 | 0.258 | 0.027 | 0.204 | 8.1 |

The reduced diameter arrow shafts may also be used with the insert 500 and the insert installation tool 640 described above.

Arrow shaft diameters may be even further reduced, although they may no longer be compatible with standard points. Instead, the arrow shaft diameters may be sized for half-out inserts. For example, according to embodiments of the present invention there may be arrow shafts having an inside diameter of 0.200 inches, a spine of 0.500 inches or less, and an outside diameter of 0.271 inches or less. Other exemplary embodiments may include arrow shafts having the following combinations of parameters (see Table 8 below).

TABLE 8

Reduced diameter arrow parameters according to some embodiments

| Spine (in.) | OD (in.) | Wall Thickness (in.) | ID (in.) | Weight (grains/in., optional parameter) |
|---|---|---|---|---|
| 0.300 | 0.271 | 0.037 | 0.200 | 10.8 |
| 0.340 | 0.267 | 0.035 | 0.200 | 10.2 |
| 0.400 | 0.263 | 0.033 | 0.200 | 9.2 |
| 0.500 | 0.255 | 0.029 | 0.200 | 8.2 |

In addition to using half-out inserts, the insert 500 of FIGS. 5A-D may be specially sized to fit within the 0.200 inch inside diameter shafts. New, specially sized points of a

US 7,374,504 B2

**17**

diameter and thread different than standard points currently in use may be needed to engage such a specially sized insert.

Arrow shaft diameters may be even further reduced, although they may not be compatible with standard points or half-out inserts. Instead, the arrow shaft diameters may necessitate insert components (including inserts shaped according to principles described above) sized to fit the further reduced diameter shafts. For example, according to embodiments of the present invention there may be arrow shafts having an inside diameter of less than 0.200 inches, a spine of 0.500 inches or less, and an outside diameter of less than 0.275 inches. The inside diameter may be, for example, 0.187 inches and the outside diameter may range between 0.230 and 0.270 inches. Other exemplary embodiments may include arrow shafts having the following combinations of parameters (see Table 9 below).

TABLE 9

Reduced diameter arrow parameters according to some embodiments

| Spine (in.) | OD (in.) | Wall Thickness (in.) | ID (in.) | Weight (grains/in., optional parameter) |
|---|---|---|---|---|
| 0.300 | 0.266 | 0.040 | 0.187 | 11.5 |
| 0.340 | 0.263 | 0.038 | 0.187 | 10.7 |
| 0.400 | 0.254 | 0.034 | 0.187 | 9.5 |
| 0.500 | 0.248 | 0.031 | 0.187 | 8.5 |

The outside diameters shown in Table 9 may be even further reduced, if desired.

Although it may be convenient to use readily available standard points for the shafts and inserts described above, a new arrow point assembly according to various embodiments of the present invention are shown with reference to FIGS. **14A-14**C. Typical arrow point assemblies (e.g. FIG. **1**) include the female insert **100**, FIG. **1** and the male point **116**, FIG. **1**. However, according to the embodiment of FIGS. **14A-14**C, there is a male insert **1000** and a female point **1016**. The male insert **1000** includes a first end **1060** sized for insertion into a standard or non-standard arrow shaft **1004**. The first end **1060** may include one or more ridges **1026** disposed about its outside diameter. The male insert includes a second end **1064** externally threaded to engage internal threading **1062** of the female field point **1016**. Between the first and second ends **1060** and **1064** is a tapered head **1066** that includes a shoulder **1068** sized to approximately the same outside diameter of the shaft **1004**. Shoulder **1068** bears against the shaft **1004** when the first end **1060** of the male insert **1000** is inserted into the shaft **1004**. The head **1066** also includes a tapered surface **1070** opposite the shoulder **1068**. A mating internal taper **1072** is disposed in the point **1016** and facilitates alignment between the field point **1016** and the insert **1000**.

As shown in FIG. **14**B, the point **1016** may include an extension or flange in the form of a skirt **1073** that extends over shaft **1004** so that the skirt **1073** in essence envelops the shaft **1004** to aid in alignment.

**18**

An alternative embodiment is shown in FIG. **14**C. The point **1016** may include a pilot aperture or female pocket **1032** which interfaces with a pilot extension or male end **1034** of the male insert **1000**. The pilot aperture **1032** and pilot extension **1034** are circular in cross section, which allows point **1016** to be rotated relative to insert **1000**. The pilot members **1032**, **1034** further aid in alignment of the point **1016** and shaft **1004**.

Although the arrow point assembly of FIGS. **14A-14**C may be used with the reduced diameter shafts described above, it should not be so limited. The arrow point assembly of FIGS. **14A-14**C may also be used with any other type of suitable arrow shafts.

While this invention has been described with reference to certain specific embodiments and examples, it will be recognized by those skilled in the art that many variations are possible without departing from the scope and spirit of this invention. The invention, as defined by the claims, is intended to cover all changes and modifications of the invention which do not depart from the spirit of the invention. The words "including" and "having," as used in the specification, including the claims, shall have the same meaning as the word "comprising."

What is claimed is:

**1**. An internal fit component FRP hunting arrow shaft, comprising:

an arrow shaft to receive internal fit components, the arrow shaft having an outside diameter and a weight in proportion to twenty-nine inches of arrow shaft, the weight or the outside diameter falling on a plot of weight versus outside diameter above and to the left of a straight line that includes a first point having a weight of 190 grains and an outside diameter of 0.275 inches, and a second point having a weight of 320 grains, and an outside diameter of 0.305 inches.

**2**. An internal fit component FRP hunting arrow according to claim **1** wherein the weight is 10.7 grains per inch and the outside diameter is 0.275 inches.

**3**. An internal fit component FRP hunting arrow according to claim **1** wherein the weight is 8.1 grains per inch and the outside diameter is 0.258 inches.

**4**. An internal fit component FRP hunting arrow according to claim **1** wherein the weight is 10.8 grains per inch and the outside diameter is 0.271 inches.

**5**. An internal fit component FRP hunting arrow according to claim **1** wherein the weight is 8.2 grains per inch and the outside diameter is 0.255 inches.

**6**. An internal fit component FRP hunting arrow according to claim **1** wherein the weight is 11.5 grains per inch and the outside diameter is 0.266 inches.

**7**. An internal fit component FRP hunting arrow according to claim **1** wherein the weight is 8.5 grains per inch and the outside diameter is 0.248 inches.

*   *   *   *   *

**ATTACHMENT D**

(12) **United States Patent**　　(10) Patent No.:　　**US 7,270,618 B2**

Palomaki et al.　　(45) Date of Patent:　　**Sep. 18, 2007**

(54) **ARROW SYSTEM**

(75) Inventors: **Teddy D. Palomaki**, Park City, UT (US); **Jacob C. Smith**, Salt Lake City, UT (US)

(73) Assignee: **Jas. D. Easton, Inc.**, Van Nuys, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **11/269,480**

(22) Filed: **Nov. 8, 2005**

(65) **Prior Publication Data**

US 2006/0052190 A1　　Mar. 9, 2006

**Related U.S. Application Data**

(63) Continuation of application No. 10/678,821, filed on Oct. 3, 2003.

(51) **Int. Cl.**
**F42B 6/04**　　(2006.01)

(52) **U.S. Cl.** .................................................... **473/578**

(58) **Field of Classification Search** ................ 473/578, 473/582, 583
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,277,893 | A | 10/1966 | Clark |
| 3,401,938 | A | 9/1968 | Bear |
| 4,203,601 | A | 5/1980 | Simo |
| 4,533,146 | A | 8/1985 | Schaar |
| 4,706,965 | A | 11/1987 | Schaar |
| 4,943,067 | A | 7/1990 | Saunders |
| 5,035,764 | A | 7/1991 | Blake |
| 5,090,149 | A | 2/1992 | Muk Kim |
| 5,242,720 | A | 9/1993 | Blake |
| 5,273,293 | A | 12/1993 | Lekavich |
| 5,291,875 | A | 3/1994 | Koziol |

| | | | |
|---|---|---|---|
| 5,465,979 | A | 11/1995 | Buhler |
| 5,496,042 | A | 3/1996 | Craft et al. |
| 5,516,117 | A | 5/1996 | Rangel |
| 5,902,199 | A | 5/1999 | Adams, Jr. |
| 5,921,875 | A | 7/1999 | Bickel |
| 6,017,284 | A | 1/2000 | Giles |
| 6,241,634 | B1 | 6/2001 | Armer, Jr. |
| 6,251,036 | B1 | 6/2001 | Wu et al. |
| 6,274,230 | B1 | 8/2001 | Sarrelongue et al. |
| 6,520,876 | B1 | 2/2003 | Eastman, II |
| 6,554,726 | B2 | 4/2003 | Thurber |
| 6,932,728 | B2 | 8/2005 | Palomaki et al. |
| 2003/0013565 | A1 | 1/2003 | Song |
| 2003/0073524 | A1 | 4/2003 | Song |
| 2003/0104884 | A1 | 6/2003 | Eastman, II |

OTHER PUBLICATIONS

Beman Products Catalog, 1999.
Game Tracker Catalog, 1998.
Advertisement for Easton P/C All-Carbon Hunting Shaft, date unknown.
Easton Bowhunting and Target Archery Guide, 2004, pp. 4-9, 11-13.

*Primary Examiner*—John A. Ricci
(74) *Attorney, Agent, or Firm*—Holland & Hart

(57) **ABSTRACT**

The invention involves an arrow system having a shaft having a first end and an insert receptive of a standard point, the insert being disposed completely within the first end of the shaft. An insert installation tool may be used as part of the invention to facilitate insertion of the insert into the first end of the shaft. The invention further includes a reduced diameter hunting arrow shaft that maintains sufficient spine and weight characteristics. The reduced diameter hunting arrow shaft is receptive of standard or non-standard internal components for increasing arrow penetration and shot accuracy. Still further, the invention includes an arrow tip assembly including a male insert and a female point to assist in aligning points with arrow shafts.

**63 Claims, 14 Drawing Sheets**





*Fig. 1*
*(Prior Art)*

*Fig. 2*
*(Prior Art)*



**Fig. 3**
*(Prior Art)*



**Fig. 4A**
*(Prior Art)*



**Fig. 4B**
*(Prior Art)*



**Fig. 5A**



**Fig. 5B**



**Fig. 5C**



**Fig. 5D**



**Fig. 5E**



**Fig. 5F**



**Fig. 5G**



**Fig. 6A**



**Fig. 6B**



*Fig. 6C*



*Fig. 6D*



*Fig. 6E*



*Fig. 7*





**Fig. 8**



**Fig. 9**



*Fig. 10*



*Fig. 11*



*Fig. 12*



*Fig. 13*



**Fig. 14A**



**Fig. 14B**



**Fig. 14C**

US 7,270,618 B2

1

# ARROW SYSTEM

## RELATED APPLICATION

This is a continuation of U.S. patent application Ser. No. 10/678,821 filed 3 Oct. 2003.

## TECHNICAL FIELD

This invention relates to arrow systems, including in particular hunting arrow systems.

## BACKGROUND OF THE INVENTION

Many different types of arrows and arrow shafts are known for use in hunting and sport archery. One arrow type of relatively recent design is the fiber reinforced polymer (FRP) arrow. FRP is a generic term including, but not limited to, fiberglass composites and carbon fiber composites. Traditional FRP arrow shafts have been typically produced by a number of different manufacturing processes. The first FRP arrow shafts were constructed with unidirectional reinforcing fibers aligned parallel to the axis of the shaft.

Prior designs and processes for constructing FRP shafts resulted in a low circumferential or hoop strength. The hoop strength of these arrow shafts was so low that the arrows could not withstand even small internal loads applied in a direction radially outwardly from the center of the shaft. For example, internal loads generated from inserting standard components into the inside of these types of shafts would have resulted in failure of the arrow shaft. Standard arrow components, such as those shown in FIG. 1, include inserts 100, points 116 ("point" as used herein means any structure formed at or secured to the forward or distal end of the arrow, including without limitation field points, broadheads, etc.), and nocks 102, all of which are mounted to an arrow shaft 104. It should be noted that fletching, required for proper arrow flight, is not shown in the drawings, but is well understood by those skilled in the art.

Because insert components have not been practical for use with the relatively small diameter FRP prior art shafts of types discussed above, externally attached components have been developed and used. FIG. 2 illustrates two such external components, known as "outserts" in the industry. The term "outsert," as it suggests, refers to an arrow component that is inserted or installed over the outside diameter of the arrow. The two outserts shown in FIG. 2 include an outsert receptacle 200 to receive a point 116 and an outsert nock 202. Outserts were, at the time, the only viable way to attach the various other arrow components to these prior FRP shafts because of their low hoop stress. Arrow shaft outserts have, however, at least three key disadvantages. First, outsert nocks 202 have a feel that is objectionable to most archers. Generally, archers prefer a smooth outer surface of the shaft without any projections (other than the fletching). This smooth outside diameter preference correlates with the general understanding that an arrow will have better aerodynamic efficiency with fewer structural projections outside of the arrow shaft.

Second, outsert nocks 202 frequently result in mechanical interference with many types of arrow rests when launching the arrow. Most arrow rests hold the arrow in a particular position when the archery bow is drawn and the arrow is released. With many arrow rests, the arrow continues to contact the arrow rest as the arrow passes the location of the arrow rest. Contact between the nock outsert and the arrow

2

rest can result in unpredictable disturbances during launch of the arrow, and therefore will affect the accuracy of the shot.

Third, the point outsert 200 has a larger diameter relative to the diameter of the shaft, which makes the arrows containing the point outsert 200 more difficult to extract from various targets as compared to arrows with insert components only. Use of the point outsert 200 often results in damaged points and outserts 200, and further causes points and outserts 200 to detach from the arrow shaft and remain inside the target after the arrow is pulled from the target. Points and/or outserts 200 lost inside a target may cause damage to subsequent arrows that happen to impact the target at the same location as the lost points or outserts. As a result, some commercial archery ranges have banned outsert-equipped arrow shafts.

In an apparent attempt to address the limitations described above, modern FRP arrows with new types of construction have been developed. The typical modern FRP arrows include glass and/or carbon fibers arranged in multiple directions, as opposed to the unidirectional fiber arrangement of the earlier FRP arrows. The multi-directional fiber arrangement (e.g., fibers that run perpendicularly or at an angle relative to each other) increases the hoop strength of the shafts, which allows the shafts to support greater internal loads, including internal loads generated by insert components. Such modern FRP arrows have, however, been traditionally made having an outside diameter and wall thickness of a size sufficient to accommodate standard-sized inserts. These carbon-composite arrows were generally lighter than aluminum shafts, but were generally of the same spine. "Spine" is an industry-standard measurement of arrow shaft stiffness. Spine is measured according the parameters shown in FIG. 3. As shown, a shaft 304 is supported at two points 306 and 308, which are separated by a distance of 28 inches. A 1.94 pound weight is applied at a mid point 310 of the shaft 304. The deflection 312 of the shaft 304 relative to the horizontal is defined as the "spine." An arrow must have certain spine characteristics, depending on its length and the draw weight of the archery bow, to achieve proper flight. Generally, the heavier the draw weight the stiffer the spine (i.e., less deflection) must be.

As a major portion of the archery market has moved toward lighter weight shafts, the modern FRP arrow has gained widespread acceptance. Lighter arrow shafts have the principal advantage of higher velocities when launched from the same bow. Such higher velocities result in a flatter arrow trajectory. The practical advantage of flatter trajectory is that a misjudgment by an archer of the range to a target has less effect on the point of impact.

Due to material and structural considerations, however, in designing internal-component FRP arrow shafts for reduced weight, it became necessary to both increase shaft outside diameter and reduce wall thickness relative to the prior art FRP outsert shafts in order to provide desirable spine/weight combinations. For aluminum arrow shafts, for example, to provide lighter weight arrows, the wall thickness must be reduced and the diameter of the arrow, both the inside diameter and the outside diameter, must be increased to maintain adequate spine. This process of thinning the wall and increasing shaft diameter has, however, practical limitations. At some point, if taken to an illogical extreme, the arrow would have mechanical properties similar to an aluminum beverage can with no practical resistance to side loads or crushing.

With some arrows, inserts, such as "half-out" inserts, were introduced to the market some time ago. A typical half-out insert assembly is shown in FIG. 4A. A half-out

US 7,270,618 B2

**3**

insert **400** includes a first insert portion **412** with a diameter smaller than the standard insert **100** shown in FIG. **1** such that the first insert portion **412** may be inserted into a reduced diameter shaft **404**. A second portion **414** of the half-out insert **400** has a larger outside diameter that is receptive of a standard point **416**, yet its outside diameter corresponds to the outside diameter of shaft **404**. Therefore, half-out inserts facilitate use of standard field points with arrow shafts having inside diameters smaller than standard arrow shafts.

Half-out assemblies have, however, several disadvantages and have not been well accepted. Half-out assemblies are cantilevered at the front of the arrow shaft **404**. The cantilever results in a system that tends to deform more readily on impact as compared to other arrow assemblies. The half-out assemblies also make it more difficult to precisely align points **416** with the shaft **404**, as will be discussed below in greater detail.

SUMMARY OF THE INVENTION

The present invention comprises an arrow including a shaft with a first end and an insert receptive of a point, the insert being disposed completely within the first end of the shaft. Hunters commonly use field points for practice and broadheads (either expandable or fixed-blade) for hunting. Although this aspect of the present invention (i.e., an internal component small outside diameter arrow shaft and a novel insert installation system) is advantageous when field points are used, the invention is particularly advantageous when using broadheads because broadheads exacerbate many shaft/insert/point alignment problems.

According to one embodiment, the point may include a shoulder and the shaft may include an end wall. The insert is seated at a depth within the shaft such that the shoulder of the point bears directly against the end wall of the shaft when the point is engaged with the insert. In one embodiment, the shaft may have an inside diameter of approximately 0.204 inches, a spine of approximately 0.500 inches or less, and an outside diameter less than 0.275 inches. When spine is discussed herein, "stiffer" spine means less arrow deflection (i.e., a smaller numeric value), and "weaker" spine means greater arrow deflection (i.e., a larger numeric value). Thus, the terms "less spine" and "stiffer spine" have the same meaning throughout. In a similar manner, the terms "more spine" and "weaker spine" have the same meaning throughout.

Another embodiment comprises an arrow including a shaft having an inside diameter, a first end, and a first end wall, and a point having a head, a shoulder, and a shank, where the shoulder of the point bears directly against the first end wall and the shank fits snugly inside the arrow shaft and bears against the inside surface of the arrow shaft. The direct contact between the point and arrow shaft improves alignment between these two components. In this embodiment, the insert is disposed completely inside the shaft and the point is threadedly received by the insert.

Still another embodiment comprises a reduced diameter carbon-composite hunting arrow shaft including an inside diameter of approximately 0.204 inches, a spine of approximately 0.500 inches or less, and an outside diameter less than approximately 0.275 inches. In this embodiment, an insert may be disposed completely inside the shaft and a point coupled to the insert.

Yet another embodiment comprises a hunting arrow including a hollow shaft having an inside diameter sized to accept standard points, an outside diameter of less than

**4**

0.275 inches, and a spine of 0.500 inches or less. This embodiment may include an insert embedded completely within the shaft and a point coupled to the insert.

Another embodiment comprises a reduced diameter FRP hunting arrow shaft including an inside diameter of approximately 0.204 inches, a spine of approximately 0.500 inches or less, and an outside diameter of 0.275 inches or less. The inside diameter of about 0.204 is receptive of standard point inserts.

Another embodiment of the invention comprises an arrow including a shaft with a first end, a male insert disposed partially within the first end and extending beyond the first end, and a female point having a flange or skirt that extends over the arrow shaft in a tight-fitting manner to assist in alignment of the point with the arrow shaft.

Still another embodiment comprises a reduced diameter FRP hunting arrow shaft including an inside diameter of approximately 0.200 inches, a spine of approximately 0.500 inches or less. The outside diameter may range between approximately 0.255 and 0.271 inches. The inside diameter of about 0.200 is receptive of standard half-out inserts.

Another embodiment comprises a reduced diameter FRP hunting arrow shaft, including an inside diameter less than 0.200 inches, a spine of 0.500 inches or less, and an outside diameter of 0.275 inches or less. The inside diameter may be approximately 0.187 inches.

Another embodiment comprises a point assembly including a male insert having a first end configured to engage an arrow shaft and a second end, and a female point configured to mate with the second end of the male insert. The male insert may include a tapered head between the first and second ends, and the female point may include an interior tapered surface shaped to mate with the tapered head of the male insert.

Yet another embodiment of the invention comprises an arrow including a shaft with a first end, a male insert disposed partially within the first end and extending beyond the first end, and a female point engaged with the male insert.

Still another embodiment comprises an insert installation tool including a positioning rod, where the rod includes a first end, a second end, a first diameter at the first end sized smaller than an inside diameter of an insert, one or more lips disposed between the first and second ends, the one or more lips having a diameter sized to provide an interference fit with an inside diameter of an arrow shaft, and a shoulder disposed between the first end and the one or more lips sized larger than the inside diameter of the insert; where the first end of the rod is configured to engage the point insert. The installation tool is designed to position the insert at a desired depth inside the arrow shaft.

Another aspect of the invention involves a method of coupling a point to an arrow shaft including inserting an entire point insert into the arrow shaft and fastening the point to the point insert. According to this method, the point includes a shoulder and a shank, where the shoulder directly engages an end wall of the arrow shaft and the shank directly engages the inside surface of the arrow shaft, all of which assists with point alignment.

Another aspect of the invention involves a method of coupling a point to an arrow shaft including installing a point insert onto the installation tool and pressing the point insert into the shaft with the tool to a predetermined depth such that a first end of the point inserted is flush with or interior to a first end of the shaft. The insert installation tool may include a grip with a diameter larger than an outside diam-

US 7,270,618 B2

5

eter the arrow shaft or another similar end wall that limits the extent to which the point insert can be pushed inside of the arrow shaft.

Yet another aspect of the invention involves a method of improving alignment between an arrow point and an arrow shaft by embedding an insert completely within the shaft and coupling the arrow point to the insert, where the arrow point and the shaft directly interface between each other at a first location where a shoulder of the point and an end surface of the shaft contact each other and at a second location where the shank of the point and the inside diameter of the shaft contact each other. Embedding the insert may include extending the insert to a predetermined depth within the shaft.

Still another embodiment of the invention comprises an arrow including a shaft with a first end defining a first end wall, an insert with a first end defining a first end wall, the insert being disposed inside the shaft such that the first end wall of the insert is flush with or interior to the first end wall of the shaft.

In another embodiment, an arrow system includes an insert of substantially constant outside diameter such that the insert is fully insertable into an arrow shaft, the insert including a threaded portion, and a point including a threaded portion engagable with the threaded portion of the insert.

Another aspect of the invention involves an arrow preparation tool comprising an abrasive material to engage an end wall of an arrow shaft and a protuberance extending from the abrasive material, where the protuberance is sized to interface with an inside surface of the arrow shaft such that rotation of the arrow shaft relative to the abrasive material will cause a chamfer to form between the inside surface of the arrow shaft and the end wall of the arrow shaft.

Still another aspect of the present invention involves an internal fit component FRP hunting arrow shaft comprising an arrow shaft to receive internal fit components, where the arrow shaft has a weight in proportion to twenty-nine inches of arrow shaft, and wherein the weight or the spine falls on a plot of weight versus spine above and to the left of a straight line that includes a first point having a weight of 190 grains and an outside diameter of 0.275 inches, and a second point having a weight of 320 grains and an outside diameter of 0.305 inches.

Another aspect of the present invention involves an internal fit component FRP hunting arrow shaft comprising an arrow shaft to receive internal fit components, wherein the arrow shaft spine or the outside diameter of the arrow shaft falls on a plot of spine versus outside diameter below and to the left of a straight line that includes a first point having a spine of 0.320 inches and an outside diameter of 0.295 inches, and a second point having a spine of 0.480 inches and an outside diameter of 0.280 inches.

BRIEF DESCRIPTION OF THE DRAWINGS

The accompanying drawings illustrate various embodiments of the present invention and are a part of the specification. The illustrated embodiments are merely examples of the present invention and do not limit the scope of the invention.

FIG. 1 is a side view of an FRP arrow utilizing inserts according to the prior art;

FIG. 2 is a side view of an FRP arrow utilizing outserts according to the prior art;

FIG. 3 is a diagram illustrating spine measurement parameters;

6

FIG. 4A is a side view of an FRP arrow utilizing half-out inserts according to the prior art;

FIG. 4B is a partial sectional side elevation view of a PIN nock system according to the prior art;

FIG. 5A is an exploded perspective assembly view of an arrow according to one embodiment of the present invention;

FIG. 5B is an assembled perspective view of the arrow shown in FIG. 5A;

FIG. 5C is an exploded partial sectional side elevation view of an end of the arrow shown in FIG. 5A;

FIG. 5D is a partial sectional side elevation view of the end of the arrow as shown in FIG. 5B;

FIG. 5E is an enlarged view of the area 5E-5E of FIG. 5D, according to one embodiment of the present invention;

FIG. 5F is a perspective view of an arrow being prepared for receipt of an arrow insert system according to the present invention;

FIG. 5G is a side elevation view, partly in section, of the arrow preparation process shown in FIG. G;

FIG. 6A is a perspective view of an arrow insert installation tool according to one embodiment of the present invention;

FIG. 6B is a side elevation view of the arrow insert installation tool of FIG. 6A with an insert secured thereto;

FIG. 6C is a side elevation view, partly in section, of the arrow insert installation tool of FIG. 6A showing the insert being installed inside an arrow shaft;

FIG. 6D is a perspective view of an alternative embodiment of an arrow insert installation tool according to the present invention;

FIG. 6E is a perspective view of another alternative embodiment of an arrow insert installation tool according to the present invention;

FIG. 7 is a graph illustrating a constant kinetic energy curve plotted on a mass versus velocity chart;

FIG. 8 is a graph illustrating penetration depth of various arrows into a gelatin material, each arrow having substantially the same kinetic energy;

FIG. 9 is a graph illustrating penetration depth of various arrows into a gelatin material as a function of kinetic energy for various arrows;

FIG. 10 is a graph illustrating penetration depth of different FRP arrow shafts into a gelatin material where kinetic energy has been maintained constant and the shaft outside diameter has changed;

FIG. 11 is a graph illustrating spine vs. weight characteristics of various prior art shafts as well as shafts according to the present invention;

FIG. 12 is a graph illustrating various spine vs. outside diameter characteristics of various prior art arrow shafts as compared to arrow shafts according to the present invention;

FIG. 13 is a graph illustrating weight vs. outside diameter characteristics of various prior art arrow shafts compared to arrow shafts according to the present invention;

FIG. 14A is an exploded sectional side elevational assembly view of an arrow system according to an alternative embodiment of the present invention; and

FIG. 14B is a sectional side elevational assembly view of an arrow system according to yet another alternative embodiment of the present invention; and

FIG. 14C is an exploded sectional side elevational assembly view of an arrow system according to still another alternative embodiment of the present invention.

Throughout the drawings, identical reference numbers designate similar, but not necessarily identical, elements.

US 7,270,618 B2

7

## DETAILED DESCRIPTION

The present specification describes a novel arrow system that may be used for archery, and particularly for bowhunting. One aspect of the novel arrow system relates to a reduced diameter hunting arrow. The reduction in diameter of a hunting arrow facilitates more accurate shooting and better penetration than previous arrows. The reduced diameter hunting arrow may be sized to accommodate standard arrow point assemblies, half-out arrow point assemblies, or smaller diameter arrow point assemblies. The reduced diameter hunting arrow may also be used to accommodate a new point insert system and a new arrow point assembly, both of which are further described below. The novel arrow system also involves an insert installation tool to facilitate placement of the novel insert into an arrow shaft and an arrow shaft preparation tool to ensure the shaft will properly accommodate a point.

Accordingly, the specification describes various aspects of the invention according to the following order. First, embodiments of an arrow utilizing the new point inserts are shown and described, along with the arrow point assembly tool. Second, experimental data illustrating the advantages of a reduced diameter arrow is discussed. Third, various embodiments of reduced diameter arrow shafts are described. Fourth, various embodiments relative to the new arrow system and assembly method for reduced diameter arrows are shown and described.

As used in this specification and the appended claims, the phrases "completely within" or "completely inside" mean that an item is located interior to an object and does not protrude or extend from the object. "Completely within" and "completely inside" also include arrangements in which the item is located interior to and flush with the object.

The term "insert" is used broadly to encompass any apparatus that is or may be at least partially introduced into or inside an arrow shaft.

"Hunting arrow" is also used broadly to include any arrows, parts of arrows, or arrow assemblies that are intended specifically for hunting.

"Fiber reinforced polymer (FRP)" refers to any combination of materials of which carbon is one, including without limitation fiber reinforced materials, advanced composites, and other material sets that include only carbon.

"Spine" is used to indicate a stiffness measurement according to the standard parameters described above, as understood by those skilled in the art.

"Point" as used to describe the present invention shall mean, for purposes of simplifying the description, any type of arrow point, including without limitation field points and broadheads.

"Internal insert components" means inserts that fit inside of an arrow shaft as well as any type of arrow point received by such inserts.

As mentioned above, a number of developments in arrow technology, and particularly hunting arrow technology, have recently occurred. While there are many different types of arrows available, conventional arrows have traditionally not provided the combination of accuracy, flat trajectory, short travel time, penetration and internal fit components offered by a reduced diameter hunting arrow shaft according to the present invention. The methods and devices described herein include various reduced diameter arrow shafts and other associated devices. The particular implementations, however, are exemplary in nature, and not limiting.

Turning now to the figures, and in particular to FIGS. 5A-E, a hunting arrow **520** according to one embodiment of

8

the present invention is shown. According to FIGS. **5A**-E, the hunting arrow **520** includes a shaft **504** and an insert **500**. The insert **500** is receptive of a point **516**. The insert **500** is advantageously sized to fit snugly completely within the shaft **504** as shown in FIGS. **5**B and **5**D. Previous inserts, for example the insert **100** shown in FIG. **1**, include a lip **118** that prevents disposing the insert **100** completely with the shaft **104**. The insert **500** of the embodiment shown in FIGS. **5**A-E, however, may be fully embedded within the shaft **504**. Accordingly, the insert **500** may have a substantially constant outside diameter (without regard to conventional glue grooves) sized to fit within an inside diameter of the shaft **504**.

The insert **500** may include one or more ridges **526** about its outer diameter, as shown in FIGS. **5**A and **5**B. The ridges **526** do not, however, extend beyond the substantially constant outside diameter of the insert **500** and thus do not prevent full insertion of the insert **500** into the shaft **504**. The insert may include a through hole, as shown in FIGS. **5**C and **5**D, or may have a so-called blind hole in the back wall of the insert (not shown).

The shaft **504** is preferably constructed of a carbon-composite material and includes a first end **522** and a first end wall **524**. The first end wall **524** corresponds to the terminating end of shaft **504**. The shaft **504** also includes a second end **534** that is receptive of a nock **536**. A nock adapting insert **538** may be included between the shaft **504** and the nock **536**. Although FIGS. **5**A and **5**B show such an insert, it is to be understood that any nock system, such as without limitation, direct fit nock systems (e.g., as shown in FIG. **1**), UNI™ bushings with g-nock systems (e.g., as shown in FIG. **5**B), and PIN nock systems with PIN nocks (e.g., as shown in FIG. **4**B), may be used without departing from the scope of the present invention. In addition, a plurality of vanes or other fletching (not shown in the drawings) may be secured to the second end **534** of the shaft.

As mentioned above, the insert **500** is receptive of the point **516**. The point **516** is preferably a standard size, commercially available point. The point **516** includes a head **529** and a shoulder **530** where a relatively greater outside diameter of the point **516** transitions to a shank **531**. According to principles described herein, the insert **500** has no lip (e.g., element **118** in FIG. **1**) and is inserted to be at least flush with or below the end wall **524** of shaft **504**. Therefore, the shoulder **530** of the point **516** advantageously bears directly against the end surface **524** of the shaft **504** as shown in FIGS. **5**B, **5**D, and **5**E. The direct engagement between the shoulder **530** and the end surface **524** according to FIGS. **5**A-D provides a first direct interface location **532** (FIGS. **5**D and **5**E) between the end wall **524** of the shaft **504** and the shoulder **530** of point **516** which facilitates a simpler, more precise alignment between the point and the arrow shaft.

The novel arrow system also provides a second interface location **537** (FIGS. **5**D and **5**E) between the arrow **504** and the point **516**. Specifically, the outside surface of the shank **531** of point **516** bears directly against and the inside surface **533** of the arrow shaft **504**.

In contrast, prior art arrow systems, as shown in FIG. **1**, provided an extra structural element (i.e., the insert) between the arrow shaft and the point at all locations. Thus, prior art arrow systems provided at least four (4) different sets of interfacing surfaces, all of which have the potential to affect alignment of the respective parts. One set is located between

US 7,270,618 B2

9

the shoulder **117** of the point **116** and the outer, flat surface of lip **118** extending from insert **100**. Another is located between the bottom surface **119** of lip **118** and the end surface **124** of the arrow shaft **104**. Still another set of interfacing surfaces is between the cylindrical outer surface of the insert **100** and the inside surface **111** of the arrow shaft **104**. A final set of interfacing surfaces is between the shank **115** on the point **116** and the corresponding inside cylindrical surface **113** of the insert **100**.

Thus, arrow system of the present invention eliminates two of these sets of interfacing surfaces to improve greatly the alignment between the point and the arrow shaft. Specifically, as shown in FIGS. **5**C, **5**D, and **5**E, the present invention provides two sets of direct interfacing surfaces (interfaces **532** and **537** as shown in detail in FIG. **5**E) between the arrow shaft **504** and the point **516** to greatly improve alignment. It is to be understood that while some aspects of the present invention are directed to hunting arrows only, this particular aspect of the present invention applies to all types of arrows, both hunting arrows and target arrows.

As shown in FIGS. **5**F and **5**G, an arrow preparation tool **550** is provided to appropriately place a chamfer on the distal end **522** of shaft **504**. The arrow preparation tool **550** comprises a frusto-conically shaped protuberance **552** over which an end of arrow shaft **504** is inserted. After the arrow shaft is inserted over protuberance **552**, a downward force $F_1$ is applied to the arrow shaft as the shaft is rotated $R_1$ (FIG. **5**G) back and forth until the end wall **524** abuts the top surface of preparation tool **550**. At that point, a proper chamfer **539** has been created on the distal end **522** of shaft **504** between the end wall **524** and the inside surface **537** of shaft **504**. In addition, a portion of end wall **524** will also remain. As shown in FIG. **5**E, the purpose for preparing the arrow shaft with a chamfered surface **539** is to accommodate points that may have a radius R (FIG. **5**E) between the shoulder **530** and the shank **531**. It is to be understood that the arrow preparation tool **550** may be made of any appropriately abrasive material, such as bonded aluminum oxide. As shown in FIGS. **5**F and **5**G, the arrow preparation tool **550** may be placed on top of a flat surface so that as the arrow is rotated back and forth $R_1$ as shown in FIG. **5**G, there is no need to hold the porous, abrasive arrow preparation tool **550**. Alternatively, the arrow preparation tool **550** may be held by the person performing the chamfering process. Those skilled in the art will understand that other arrow preparation tools may be utilized without departing from the scope of the present invention. Still further, preprepared arrow shafts with appropriate chamfers may be provided to accommodate points with radii, without departing from the scope of the present invention.

After the shaft **504** has been properly conditioned, perhaps by arrow preparation tool **550**, the insert **500** of FIGS. **5**A-E may be installed completely within the shaft **504** in a number of ways. One way might be for a user to couple the insert **500** to the point **516** and install both together as a unit. Another way, however, may be to use an insert installation tool **640**, as shown in FIGS. **6**A-C. The tool **640** allows the interface **532** between point **516** and shaft **504** to be more precisely controlled. The tool, as discussed below, provides the advantage of precise depth control of the insert **500** and prevents adhesive contamination on the portion of the inside of the shaft corresponding to the area of interface **537** (FIGS. **5**D and **5**E) between shank **531** of point **516** and the inside surface **533** of shaft **504**.

According to the embodiment of FIGS. **6**A-C, the insert installation tool **640** includes a rod **642** which extends

10

toward and terminates at a tip or first end **644**. The rod **642** attaches to a handle or second end **646**, which may be made of any suitable size or shape. The outside diameter of the first end **644** is sized to fit within the threaded section of insert **500**. FIG. **6**B shows an insert positioned on the first end **644** of the installation tool **640**. FIG. **6**C shows the insert **500** being positioned inside the arrow shaft **504** using the installation tool **640**. The outside diameter of the rod **642** is different than the outside diameter of the tip **644** such that a first shoulder **652** is formed. Therefore, the first shoulder **652** is sized to abut the insert **500**, as shown in FIG. **6**B, which will allow an operator to push the insert **500** into the arrow shaft **504** to a predetermined, precise depth.

The rod **642** may also include one or more wipers. The embodiment of FIG. **6**A-**6**C comprises a first peripheral ring or lip **648** and a second peripheral ring or lip **650** disposed between the first shoulder **652** and second shoulder **654** of the insert installation tool **640**. The first and second wipers **648** and **650** may have equal diameters and may be sized to provide an interference fit with an inside diameter of the arrow shaft **504**. The first and second wipers **648** and **650** are intended to remove any excess adhesive from the inside surface of the shaft. According to one embodiment, the diameter of the first and second wipers **648** and **650** is approximately 0.206 inches. Such diameters are not, however, limited to any particular measurement, nor are the first and second wipers **648** and **650** necessarily of equal diameter.

Another embodiment of an insert installation tool **740** is shown in FIG. **6**D. Each end of the insert installation tool **740** includes a rod **742** which extends toward and terminates at a tip or first end **744**. Each rod **742** attaches to a handle or second end **746**, which may be made of any suitable size or shape. The handle **746** incorporates an ergonomic design to facilitate grasping by a person doing the insert installation. Any suitable design may be incorporated into the handle **746**. The outside diameter of each tip or first end **744** is sized to fit within the threaded section of the inside diameter of the insert **500** (FIG. **6**C). Each rod end **744** terminates at a first shoulder **752** and transitions to a second section **742**, which terminates, in turn, at the handle portion **746**. Each first shoulder **752** is designed to abut an insert **500**, in a manner similar to what is shown in FIG. **6**B, to allow an operator to push the insert **500** into the arrow shaft **504** to a predetermined, precise depth.

Each rod **742** also includes one or more wipers in the form of a first peripheral ring or lip **748** and an optional second peripheral ring or lip **750** disposed between the first shoulder **752** and wall **754** of handle portion **746**. The first and second wipers **748** and **750** may be of equal diameters and may be sized to provide an interference fit with an inside diameter of the arrow shaft **504**. The first and second wipers **748** and **750** are intended to remove excess adhesive from the inside surface of the shaft. According to one embodiment, the diameter of the first and second wipers **748** and **750** is approximately 0.206 inches. Such diameters are not, however, limited to any particular measurement, nor are the first and second wipers **748** and **750** necessarily of equal diameter. When tool **740** is used to install insert **500** into shaft **504**, the wall **754** of handle **746** abuts the end **524** of the shaft.

In order to facilitate the interference fit between the wipers and the inside diameter of the arrow shaft **504**, the insert installation tools **640**, **740** may be made of multiple

US 7,270,618 B2

**11**

grades and "pliabilities" of plastic or another suitable material that can flex and provide an appropriate interference fit. Still further, the tool **640**, **740** could be made of any other material, such as metal, where, for example and without limitation, rubber O-rings are used for the wipers.

Alternatively, as shown in FIG. **6**E, tool **740** may include a specialized depth gauge **759** (FIG. **6**D) on one end of tool **740** to ensure that chamfer **539** has been properly instilled into shaft **504**.

As described in the background, the phenomenon of increased penetration for reduced shaft diameter was generally felt by archers and bowhunters to be true, but was not well addressed in a scientific manner in the past.

Therefore, a number of experiments were performed according the present invention to better understand and evaluate arrow penetration. The tests were performed shooting arrows into industry-standard ballistic gelatin that has heretofore been used for analysis of firearms and ammunition.

According to one test measuring arrow penetration (Test 1), arrow mass and impact velocity were varied according to the graph shown in FIG. **7** to provide a constant kinetic energy

$$\left(\text{kinetic energy} = \frac{1}{2} m \cdot v^2,\right.$$

$$\left.\text{where } m = \text{total arrow mass and } v = \text{impact velocity}\right)$$

of 65 foot-pounds. The arrows tested were aluminum shafts with a nominal outside diameter of 0.344 inches. Table 1 (below) lists the four specific shafts tested.

TABLE 1

Penetration Test Shaft Description

| Arrow Size Designation (Aluminum Shafts) | Shaft Outside Diameter (in.) | Arrow Mass (grain) (total flight weight of shaft, point, nock, vanes, bushing and adhesives) |
| --- | --- | --- |
| 2212 | 0.3452 | 424.9 |
| 2216 | 0.3460 | 508.3 |
| 2219 Standard | 0.3440 | 567.8 |
| 2219 Heavy (plastic weight tube added to shaft ID) | 0.3440 | 653.8 |

Each arrow included an identical arrow point, which was a fixed-blade broadhead known as a New Archery Products Thunderhead®. Each arrow point had a mass of 85 grains. As shown in Table 1, the variation in shaft outside diameter for each arrow was relatively small such that the interface between arrow and target was substantially the same. However, the difference in mass between the arrows was substantial. Therefore, the bow draw weight was adjusted for each arrow to provide an impact velocity yielding an approximately constant level of kinetic energy at impact. The bow draw weights used for each arrow are shown in Table 2 below.

**12**

TABLE 2

Bow Draw Weights and Kinetic Energy at Impact in Test 1

| Arrow Size Designation (Aluminum Shafts) | Bow Peak Draw Weight (lb) | Impact Velocity (fps) | Kinetic Energy at Impact (ft-lb) |
| --- | --- | --- | --- |
| 2212 | 64.0 | 263.6 | 65.5 |
| 2216 | 60.0 | 241.0 | 65.5 |
| 2219 Standard | 59.5 | 228.9 | 66.0 |
| 2219 Heavy (plastic weight tube added to shaft ID) | 59.0 | 213.3 | 66.0 |

The penetration results from shooting the four arrows according to the test parameters are shown in FIG. **8**. The results show that the penetration for all four arrow shafts was the same, approximately 12.5 inches. Such results indicate that for a constant arrow shaft OD, penetration performance is a strong function of kinetic energy, and separate from the independent parameters of mass and velocity. That is, within the range of arrow masses and impact velocities tested, penetration depth was constant if impact kinetic energy was constant, regardless of whether the kinetic energy was achieved by a low mass arrow traveling at high velocity, or a high mass arrow traveling at a low velocity.

To confirm the hypothesis that penetration is only a strong function of kinetic energy, Test 2 was conducted whereby the bow draw weight and resultant impact velocity were varied. The specific test parameters are shown in Table 3 below.

TABLE 3

Bow Draw Weights and Kinetic Energy at Impact in Test 2.

| Arrow Size Designation (Aluminum Shafts) | Bow Peak Draw Weight (lb) | Kinetic Energy at Impact (ft-lb) |
| --- | --- | --- |
| 2212 | 50 | 47 |
| 2216 | 60 | 69 |
| 2219 Standard | 70 | 77 |
| 2219 Heavy (plastic weight tube added to shaft ID) | 70 | 80 |

The results of Test 2 are shown in FIG. **9**. Again, penetration is shown to be a strong linear function of impact kinetic energy.

Another test, designated as Test 3, then investigated the effect of shaft outside diameter on penetration performance. For Test 3, two arrows with different outside diameters were used. The first arrow was an ICSHunter® 400 Heavy, and is an internal component carbon-composite shaft. The second was a 2413 aluminum alloy arrow. Again, both were tested with New Archery Products 85 grain Thunderhead® fixed broadheads. Table 4 (below) lists the parameters and results of Test 3.

US 7,270,618 B2

13 14

TABLE 4

| | | Shaft Diameter and Kinetic Energy at Impact in Test 3 | | |

| Arrow Size Designation | Shaft Outside Diameter (in.) | Arrow Mass (grain) (total flight weight of shaft, point, nock, vanes, bushing and adhesives) | Impact Kinetic Energy (ft-lb) | Penetration Depth (in.) |
|---|---|---|---|---|
| ICS Hunter ® 400 Heavy (FRP) (plastic weight tube added to shaft ID) | 0.2935 | 464.4 | 50.8 | 12.2 |
| 2413 (aluminum) | 0.3719 | 464.1 | 50.6 | 10.0 |

Based on the results of Tests 1 and 2, it was anticipated that the two arrows shot according to the parameters of Test 3 would have nearly identical penetration depths, given the approximately identical impact kinetic energy. Instead, the unexpected result was 22% greater penetration for the smaller diameter ICSHunter® 400 Heavy than for the larger diameter 2413. Test 3 shows that the effective outer dimensions is another key factor in improving penetration performance, and that as the outside diameter of the shaft is reduced, the penetration increases.

Another test (Test 4) was conducted to isolate one other variable and confirm the unexpected results of Test 3. According to the parameters of Test 3, there was room for speculation as to whether the improved penetration depth of the ICSHunter® 400 Heavy was due to its smaller diameter, or to some other factor given FRP construction (as opposed to the aluminum construction of the 2413) of the shaft. Therefore, in Test 4 an aluminum shaft and FRP shaft having substantially the same outside diameters were tested for penetration performance. Table 5 (below) shows the parameters and results of Test 4.

utilized in Test 5 were selected and adjusted during the test so that the impact velocities, and thus the kinetic energies at impact, for all arrows into the ballistic gelatin targets were substantially identical. Prior tests, specifically Test 1, established that penetration depth into the gelatin target was identical if the kinetic energy at impact was held constant and the outside "envelope" (i.e., the shaft diameter and point interfacing with the target material) were unchanged. As with the prior test, the kinetic energy for Test 5 was maintained constant.

In Test 5, the kinetic energy at impact was constant because both arrow masses and impact velocities were held constant. Therefore, one might expect that the penetration depth would be the same for all arrows tested, unless another variable had a significant effect on the penetration result. In Test 5, the variable of shaft outside diameter was well isolated, and would be the only factor which could have an effect on depth of penetration. The present invention demonstrates that shaft outside diameter is a variable that directly and linearly affects depth of penetration.

TABLE 5

| | | Shaft Material and Kinetic Energy at Impact in Test 4 | | |

| Arrow Size Designation | Shaft Outside Diameter (in.) | Arrow Mass (grain) (total flight weight of shaft, point, nock, vanes, bushing and adhesives) | Impact Kinetic Energy (ft-lb) | Penetration Depth (in.) |
|---|---|---|---|---|
| 1816 (aluminum) | 0.2840 | 409.7 | 50.0 | 11.4 |
| Evolution ™ 500 (FRP) | 0.3003 | 411.2 | 50.3 | 11.3 |

The results of Test 4 indicate that shaft material had no appreciable affect on penetration depth. Thus, the unexpected results achieved pursuant to the results of Test 3 (shown in Table 4) were not attributable to differences in shaft material.

Another penetration test, Test 5, was performed to assess the effect of shaft diameter on penetration performance. In Test 5, three different arrow shafts were constructed according to the parameters of Table 6, set forth below. All shafts were constructed from FRP material. Additionally, the overall length of each shaft was adjusted such that the total arrow mass would be substantially identical. As in the other penetration tests, NAP Thunderhead™ 85 grain broadheads were used. The only difference among the various shafts was the outside diameters. The ICSHunter® and Fat Boy™ models and other similar large diameter shafts represent shafts available on the market today. The bow parameters

Table 6 shows the results of Test 5, particularly relative to penetration depth. Unlike the results in Test 1, the penetration depths are not the same. Rather, the smaller outside diameter shaft had improved penetration relative to the larger outside diameter shafts of the prior art. FIG. 10 plots depth of penetration as a function of shaft outside diameter for the arrow shafts evaluated in Test 5. As can be appreciated, penetration depth turns out to be a very strong linear function of shaft outside diameter. In FIG. 10, the solid line connecting the three data points represents the actual physical testing conducted. The dashed line extrapolates this data to even smaller shaft outside diameters that have not been tested, but would reasonably be expected to exhibit the same improved penetration performance. Accordingly, these ranges of outside diameters shall be considered part of the present invention.

US 7,270,618 B2

**15**

TABLE 6

Arrow Parameters and Penetration Parameters of Test 5

| Model | OD (in) | Avg Wt (gr) | Avg Impact Vel (fps) | Avg KE (ft-lb) | Penetration Depth (in) |
|---|---|---|---|---|---|
| Invention | 0.264 | 304.0 | 258.2 | 44.7 | 13.4 |
| ICSHunter ® | 0.296 | 304.2 | 257.1 | 44.6 | 13.0 |
| FatBoy ™ | 0.353 | 304.1 | 257.9 | 44.9 | 12.1 |

Therefore, according to embodiments of the present invention, the arrow shaft outside diameter is reduced relative to standard sizes to increase arrow penetration performance. The embodiments described below include shaft diameters of reduced size relative to conventional hunting arrows to better optimize accuracy, time-of-flight, trajectory, and penetration.

The arrow shaft invention is unique in that it provides a certain combination of spine and weight with a smaller outside diameter (OD) than the prior art hunting arrows on the market today. The present invention pertains to FRP shafts which use internal fit components and have spine/weight relationships useful for hunting, and further pertains to all types of aluminum-carbon arrow shafts. It does not include other external fit (outsert) components, nor does it include the general class of target arrows, which have a spine from 0.450 inches to greater than 1.000 inches.

FIG. 11 shows a typical plot of spine vs. weight for various internal fit component, FRP arrow shafts. According to FIG. 11, the spine-weight relationship of the arrow shaft of the present invention is well within the range of other, common spine-weights that have been established for hunting arrows. FIG. 11 does not, however, distinguish among the outside diameters of the shafts.

FIG. 12 shows a plot of the same arrow shafts in FIG. 11, but FIG. 12 plots the spine vs. outside diameter of the arrows represented. FIG. 12 shows that prior art arrow shaft designs are all tightly grouped together. The stiffest shafts (those with spine values of 0.340 inches or less) fall in an OD range of 0.294 inches to 0.303 inches. The weakest prior art shafts (those with spine values of 0.480 inches or greater) in FIG. 12 fall in an OD range of 0.280 inches to 0.293 inches. In contrast, the arrow shaft of the present invention has, in one embodiment, an OD of 0.275 inches for a spine of 0.300 inches. In another embodiment, the arrow shaft of the present invention has an OD of 0.258 inches for a spine of 0.500 inches.

FIG. 13 shows a plot of the weights vs. ODs for the same family of arrow shafts as FIGS. 11 and 12. Again, prior art designs are tightly grouped together. The heaviest shafts (those weighing 255 grains and up) from the prior art group have ODs ranging from 0.296 inches to 0.303 inches. The lightest shafts (those weighing 211 grains or less) from the prior art group have ODs ranging from 0.280 inches to 0.293 inches. This is a significant difference from the arrow shaft of the present invention, which has an OD of 0.275 inches for the heaviest design of one embodiment (310 grains) and an OD of 0.258 inches for its lightest design of 235 grains.

Thus, FIGS. 12 and 13 are clear illustrations that the shaft of this invention is new and unique in its combination of spine/weight/outside diameters. None of the prior art hunting shafts recognize the utility of this combination, and in fact are all grouped together in a significantly larger OD regime.

**16**

The accuracy of reduced diameter arrows made according to principles described herein is increased because the propensity of an arrow to be influenced during flight by external factors (e.g., cross winds) is reduced by a smaller diameter shaft. A smaller diameter shaft has a smaller surface area for a cross wind or other external force to act upon. Because of the many point and nock components of standard sizes currently available, however, it may also be desirable to combine reduced outside diameter shafts for the purposes described above, with inside diameters receptive to standard arrow components.

Therefore, hunting arrow shafts may, according to principles described herein, include shafts that have an inside diameter of 0.204 inches to accommodate all standard hunting points currently available. The hunting arrows according to principles described herein may therefore include the advantages of a smaller shaft diameter and the convenience of compatibility with standard hunting points. For example, according to some embodiments of the present invention there may be arrow shafts having an inside diameter of 0.204 inches, a spine of 0.500 inches or less, and an outside diameter of less than 0.275 inches. The outside diameter may range, according to some embodiments, between 0.248 and 0.275 inches, depending upon spine. According to another embodiment the inside diameter is 0.204 inches, the spine is 0.500 inches or less, and the outside diameter is less than approximately 0.275 inches. Other exemplary embodiments may include arrow shafts having the following combinations of parameters (see Table 7 below).

TABLE 7

Reduced diameter arrow parameters according to some embodiments

| Spine (in.) | OD (in.) | Wall Thickness (in.) | ID (in.) | Weight (grains/in., optional parameter) |
|---|---|---|---|---|
| 0.300 | 0.275 | 0.035 | 0.204 | 10.7 |
| 0.340 | 0.267 | 0.031 | 0.204 | 9.5 |
| 0.400 | 0.264 | 0.030 | 0.204 | 9.0 |
| 0.500 | 0.258 | 0.027 | 0.204 | 8.1 |

The reduced diameter arrow shafts may also be used with the insert 500 and the insert installation tool 640 described above.

Arrow shaft diameters may be even further reduced, although they may no longer be compatible with standard points. Instead, the arrow shaft diameters may be sized for half-out inserts. For example, according to embodiments of the present invention there may be arrow shafts having an inside diameter of 0.200 inches, a spine of 0.500 inches or less, and an outside diameter of 0.271 inches or less. Other exemplary/embodiments may include arrow shafts having the following combinations of parameters (see Table 8 below).

TABLE 8

Reduced diameter arrow parameters according to some embodiments

| Spine (in.) | OD (in.) | Wall Thickness in. | ID (in.) | Weight (grains/in., optional parameter) |
|---|---|---|---|---|
| 0.300 | 0.271 | 0.037 | 0.200 | 10.8 |
| 0.340 | 0.267 | 0.035 | 0.200 | 10.2 |
| 0.400 | 0.263 | 0.033 | 0.200 | 9.2 |
| 0.500 | 0.255 | 0.029 | 0.200 | 8.2 |

US 7,270,618 B2

17

In addition to using half-out inserts, the insert **500** of FIGS. **5**A-D may be specially sized to fit within the 0.200 inch inside diameter shafts. New, specially sized points of a diameter and thread different than standard points currently in use may be needed to engage such a specially sized insert.

Arrow shaft diameters may be even further reduced, although they may not be compatible with standard points or half-out inserts. Instead, the arrow shaft diameters may necessitate insert components (including inserts shaped according to principles described above) sized to fit the further reduced diameter shafts. For example, according to embodiments of the present invention there may be arrow shafts having an inside diameter of less than 0.200 inches, a spine of 0.500 inches or less, and an outside diameter of less than 0.275 inches. The inside diameter may be, for example, 0.187 inches and the outside diameter may range between 0.230 and 0.270 inches. Other exemplary embodiments may include arrow shafts having the following combinations of parameters (see Table 9 below).

TABLE 9

Reduced diameter arrow parameters according to some embodiments

| Spine (in.) | OD (in.) | Wall Thickness in. | ID (in.) | Weight (grains/in., optional parameter) |
|---|---|---|---|---|
| 0.300 | 0.266 | 0.040 | 0.187 | 11.5 |
| 0.340 | 0.263 | 0.038 | 0.187 | 10.7 |
| 0.400 | 0.254 | 0.034 | 0.187 | 9.5 |
| 0.500 | 0.248 | 0.031 | 0.187 | 8.5 |

The outside diameters shown in Table 9 may be even further reduced, if desired.

Although it may be convenient to use readily available standard points for the shafts and inserts described above, a new arrow point assembly according to various embodiments of the present invention are shown with reference to FIGS. **14**A-**14**C. Typical arrow point assemblies (e.g. FIG. **1**) include the female insert **100**, FIG. **1** and the male point **116**, FIG. **1**. However, according to the embodiment of FIGS. **14**A-**14**C, there is a male insert **1000** and a female point **1016**. The male point **1000** includes a first end **1060** sized for insertion into a standard or non-standard arrow shaft **1004**. The first end **1060** may include one or more ridges **1026** disposed about its outside diameter. The male insert includes a second end **1064** externally threaded to engage internal threading **1062** of the female field point **1016**. Between the first and second ends **1060** and **1064** is a tapered head **1066** that includes a shoulder **1068** sized to approximately the same outside diameter of the shaft **1004**. Shoulder **1068** bears against the shaft **1004** when the first end **1060** of the male insert **1000** is inserted into the shaft **1004**. The head **1066** also includes a tapered surface **1070** opposite of the shoulder **1068**. A mating internal taper **1072** is disposed in the point **1016** and facilitates alignment between the field point **1016** and the insert **1000**.

As shown in FIG. **14**B, the point **1016** may include an extension or flange in the form of a skirt **1073** that extends over shaft **1004** so that the skirt **1073** in essence envelops the shaft **1004** to aid in alignment.

An alternative embodiment is shown in FIG. **14**C. The point **1016** may include a pilot aperture or female pocket **1032** which interfaces with a pilot extension or male end **1034** of the male insert **1000**. The pilot aperture **1032** and pilot extension **1034** are circular in cross section, which

18

allows point **1016** to be rotated relative to insert **1000**. The pilot members **1032**, **1034** further aid in alignment of the point **1016** and shaft **1004**.

Although the arrow point assembly of FIGS. **14**A-**14**C may be used with the reduced diameter shafts described above, it should be not so limited. The arrow point assembly of FIGS. **14**A-**14**C may also be used with any other type of suitable arrow shafts.

While this invention has been described with reference to certain specific embodiments and examples, it will be recognized by those skilled in the art that many variations are possible without departing from the scope and spirit of this invention. The invention, as defined by the claims, is intended to cover all changes and modifications of the invention which do not depart from the spirit of the invention. The words "including" and "having," as used in the specification, including the claims, shall have the same meaning as the word "comprising."

What is claimed is:

**1**. A hunting arrow system, comprising:

a reduced diameter FRP hunting arrow shaft comprising an inside diameter of 0.204 inches;

a spine of 0.500 inches or less;

an outside diameter of no more than 0.275 inches;

an internal fit component coupled to the reduced diameter FRP hunting arrow shaft.

**2**. A hunting arrow system according to claim **1** wherein the outside diameter is approximately 0.275 inches.

**3**. A hunting arrow system according to claim **1** wherein the inside diameter of about 0.204 inches is receptive of standard hunting paints.

**4**. A hunting arrow system according to claim **1**, wherein the internal fit component comprises an insert disposed completely within the reduced diameter FRP hunting arrow shaft, the hunting arrow system further comprising a point coupled to the insert.

**5**. A hunting arrow system according to claim **4** wherein the reduced diameter FRP hunting arrow shaft comprises a first end and a first end wall, the point comprises a shoulder, and the shoulder directly bears against the first end wall.

**6**. The hunting arrow system of claim **1** wherein the internal fit component is a half-out insert.

**7**. An arrow, comprising:

a hollow shaft having an inside diameter sized to accept standard hunting points, an outside diameter of no more than 0.275 inches, and a spine of 0.500 inches or less;

an internal fit component coupled to the hollow shaft.

**8**. An arrow according to claim **7**, wherein the internal fit component is an insert embedded completely within the shaft and the arrow further comprises a hunting point coupled to the insert.

**9**. An arrow according to claim **8** wherein the shaft comprises a first end and a first end wall, the hunting point comprises a shoulder, and the shoulder directly bears against the first end wall.

**10**. An arrow system, comprising:

a reduced diameter FRP hunting arrow shaft, comprising:

an inside diameter of 0.204 inches;

a spine of 0.500 inches or less;

an outside diameter of no more than 0.275 inches;

an internal fit component coupled to the reduced diameter FRP hunting arrow shaft.

**11**. An arrow system according to claim **10**, wherein the internal fit component is an insert disposed completely within the shaft and a point coupled to the insert.

US 7,270,618 B2

19

**12**. An arrow system according to claim **11** wherein the shaft comprises a first end and a first end wall, the point comprises a shoulder, and the shoulder directly bears against the first end wall.

**13**. An arrow system according to claim **10** wherein the outside diameter ranges between approximately 0.258 and 0.275 inches.

**14**. An arrow system, comprising:

a reduced diameter FRP hunting arrow shaft, comprising:

an inside diameter of 0.200 inches;

a spine of 0.500 inches or less;

an outside diameter of no more than 0.275 inches;

an internal fit component coupled to the reduced diameter FRP hunting arrow shaft.

**15**. An arrow system according to claim **14** wherein the outside diameter is between approximately 0.255 and 0.271 inches.

**16**. An arrow system according to claim **14** wherein the inside diameter of about 0.200 inches is receptive of standard half-out inserts.

**17**. An arrow system, comprising:

a reduced diameter FRP hunting arrow shaft, comprising:

an inside diameter of less than 0.200 inches;

a spine of 0.500 inches or less;

an outside diameter of no more than 0.275 inches;

an internal fit component coupled to the reduced diameter FRP hunting arrow shaft.

**18**. An arrow system according to claim **17** wherein the inside diameter is approximately 0.187 inches.

**19**. An arrow system according to claim **17** wherein the spine ranges between 0.300 inches and 0.500 inches and the outside diameter ranges between 0.248 and 0.266 inches.

**20**. An arrow system according to claim **17**, wherein the internal fit component comprises an insert disposed completely within the shaft, and wherein the arrow system further comprises a point coupled to the insert.

**21**. An arrow system according to claim **20** wherein the shaft comprises a first end and a first end wall, the point comprises a shoulder, and the shoulder directly bears against the first end wall.

**22**. An arrow, comprising:

a hunting arrow shaft having a spine and an outside diameter,

an internal fit component inserted into and secured to a front end of the hunting arrow shaft;

wherein upon supplying the spine and the outside diameter to the following equation,

spine(in inches)=−160/15*the outside diameter(in inches)+b, b is no more than 52/15.

**23**. The arrow of claim **22** wherein b is no more than 51.5/15.

**24**. The arrow of claim **22** wherein b is no more than 50.4/15.

**25**. The arrow of claim **22** wherein b is no more than 49.6/15.

**26**. The arrow of claim **22** wherein b is no more than 49.1/15.

**27**. The arrow of claim **22** wherein the spine is no more than approximately 0.520 inches.

**28**. The mow of claim **22** wherein the spine is no more than approximately 0.500 inches.

**29**. The arrow of claim **22** wherein the spine is no more than approximately 0.440 inches.

**30**. The arrow of claim **22** wherein the outside diameter is no more than approximately 0.280 inches.

20

**31**. The arrow of claim **22** wherein the outside diameter is no more than approximately 0.275 inches.

**32**. The arrow of claim **22** wherein the outside diameter is approximately 0.245 inches to 0.280 inches.

**33**. The arrow of claim **22** wherein the outside diameter is approximately 0.265 inches.

**34**. The arrow of claim **22** wherein the outside diameter is approximately 0.271 inches.

**35**. The snow of claim **22** wherein the spine is no more than approximately 0.500 inches and the outside diameter is approximately 0.245 inches to 0.280 inches.

**36**. The arrow of claim **35** wherein the outside diameter is approximately 0.260 inches to 0.275 inches.

**37**. The arrow of claim **36** wherein the spine is no more than approximately 0.440 inches.

**38**. The arrow of claim **22** wherein at least a portion of the hunting arrow shaft has an inside diameter of approximately 0.204 inches.

**39**. The arrow of claim **22** wherein at least a portion of the hunting arrow shaft has an inside diameter of approximately 0.200 inches.

**40**. The arrow of claim **22** wherein the hunting arrow shaft is an FRP hunting arrow shaft.

**41**. The arrow of claim **22** wherein the hunting arrow shaft includes a first end and a first end wall, the arrow further comprising a point including a shoulder, wherein the point is coupled to the first end of the hunting arrow shaft so that the shoulder contacts the first end wall.

**42**. The arrow of claim **22** wherein the internal fit component is an insert which is disposed completely within the hunting arrow shaft.

**43**. The arrow of claim **22** wherein the internal fit component comprises an insert positioned so that part of the insert is disposed outside of the hunting arrow shaft.

**44**. The arrow of claim **43** wherein the insert comprises a half-out insert.

**45**. The arrow of claim **22** where the spine is no more than 0.500 inches and the outside diameter is approximately 0.245 inches to 0.280 inches, and wherein the internal fit component is an insert positioned so that part of the insert is disposed outside of the hunting arrow shaft.

**46**. The arrow of claim **45** wherein the insert comprises a half-out insert.

**47**. The arrow of claim **22** where the spine is no more than 0.440 inches and the outside diameter is approximately 0.260 inches to 0.275 inches, and wherein the internal fit component comprises an insert positioned so that part of the insert is disposed outside of the hunting arrow shaft.

**48**. The arrow of claim **47** wherein the insert comprises a half-out insert.

**49**. An arrow comprising:

a hunting arrow shaft having a spine and an outside diameter; and

an internal fit component coupled to the hunting arrow shaft;

wherein upon supplying the spine and the outside diameter to the following equation,

spine(in inches)=−160/15* the outside diameter(in inches)+b; b is no more than 52/15.

**50**. The arrow of claim **49** wherein b is no more than 49.6/15.

**51**. The arrow of claim **49** wherein the spine is no more than approximately 0.500 inches.

**52**. The arrow of claim **49** wherein the spine is no more than approximately 0.440 inches.

US 7,270,618 B2

21

**53**. The arrow of claim **49** wherein the outside diameter is no more than approximately 0.280 inches.

**54**. The arrow of claim **49** wherein the spine is no more than approximately 0.500 inches and the outside diameter is approximately 0.260 inches to 0.275 inches.

**55**. The arrow of claim **49** wherein at least a portion of the hunting arrow shaft has an inside diameter of approximately 0.204 inches.

**56**. The arrow of claim **49** wherein at least a portion of the hunting arrow shaft has an inside diameter of approximately 0.200 inches.

**57**. The arrow of claim **49** wherein the internal fit component is a half-out insert.

**58**. The arrow of claim **49** wherein the internal fit component comprises an insert which is disposed completely within the hunting arrow shaft.

**59**. The arrow of claim **49** wherein the internal fit component comprises an insert configured to receive a nock.

**60**. A hunting arrow system comprising:

a hunting arrow shaft having a spine and an outside diameter,

22

an internal fit component coupled to the hunting arrow shaft;

wherein the spine and the outside diameter intersect at a point on a plot of spine versus outside diameter that is below and to the left of a straight line that includes a first point having a spine of 0.320 inches and an outside diameter of 0.295 inches, and a second point having a spine of 0.480 inches and an outside diameter of 0.280 inches.

**61**. The hunting arrow system of claim **60** wherein the internal fit component comprises an insert which is disposed completely within the hunting arrow shaft.

**62**. The hunting arrow system of claim **60** wherein the internal fit component comprises a half-out insert.

**63**. The hunting arrow system of claim **60** wherein the internal fit component comprises an insert configured to receive a nock.

\* \* \* \* \*

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.          : 7,270,618 B2                                    Page 1 of  1
APPLICATION NO. : 11/269480
DATED                   : September 18, 2007
INVENTOR(S)        : Teddy D. Palomaki

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Column 19, Line 62, "mow" should be -- arrow --.

Column 20, Line 9, "snow" should be -- arrow --.

Signed and Sealed this

Fourth Day of December, 2007

JON W. DUDAS
*Director of the United States Patent and Trademark Office*

**<u>ATTACHMENT E</u>**

US007115055B2

(12) **United States Patent**   (10) **Patent No.:**   US 7,115,055 B2
Palomaki et al.   (45) **Date of Patent:**   *Oct. 3, 2006

(54) **ARROW SYSTEM**

(75) Inventors: **Teddy D. Palomaki**, Park City, UT
(US); **Jacob C. Smith**, Salt Lake City,
UT (US)

(73) Assignee: **Jas. D. Easton, Inc.**, Van Nuys, CA
(US)

( * ) Notice: Subject to any disclaimer, the term of this
patent is extended or adjusted under 35
U.S.C. 154(b) by 0 days.

This patent is subject to a terminal dis-
claimer.

(21) Appl. No.: **10/678,821**

(22) Filed: **Oct. 3, 2003**

(65) **Prior Publication Data**

US 2005/0075202 A1   Apr. 7, 2005

(51) **Int. Cl.**
**F42B 6/04** (2006.01)
(52) **U.S. Cl.** ...................................... **473/578**; 473/582
(58) **Field of Classification Search** ................ 473/578,
473/582, 583
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 4,203,601 A | * | 5/1980 | Simo | 473/583 |
| 4,533,146 A | | 8/1985 | Schaar | 273/422 |
| 4,706,965 A | * | 11/1987 | Schaar | 473/578 |
| 5,035,764 A | | 7/1991 | Blake | 156/327 |
| 5,090,149 A | | 2/1992 | Muk Kim | 43/18.1 |
| 5,242,720 A | | 9/1993 | Blake | 428/34.5 |
| 5,273,293 A | * | 12/1993 | Lekavich | 473/578 |

| | | | | |
|---|---|---|---|---|
| 5,291,875 A | * | 3/1994 | Koziol | 126/41 R |
| 5,465,979 A | * | 11/1995 | Buhler | 473/578 |
| 5,496,042 A | * | 3/1996 | Craft et al. | 473/583 |
| 6,017,284 A | | 1/2000 | Giles | |
| 6,241,634 B1 | * | 6/2001 | Armer, Jr. | 473/581 |
| 6,251,036 B1 | * | 6/2001 | Wu et al. | 473/578 |
| 6,274,230 B1 | | 8/2001 | Sarrelongue | 428/293.7 |
| 6,520,876 B1 | | 2/2003 | Eastman, II | 473/578 |
| 6,554,726 B1 | | 4/2003 | Thurber | 473/578 |
| 6,932,728 B1 | | 8/2005 | Palomaki et al. | |
| 2003/0013565 A1 | | 1/2003 | Song | 473/578 |
| 2003/0073524 A1 | | 4/2003 | Song | 473/578 |
| 2003/0104884 A1 | | 6/2003 | Eastman, II | 473/578 |

OTHER PUBLICATIONS

Beman Product Catalog, 1999.
Game Tracker Catalog, 1998.
Advertisement for Easton P/C AD-Carbon Hunting Shaft, date
unknown.

* cited by examiner

*Primary Examiner*—John A. Ricci
(74) *Attorney, Agent, or Firm*—Holland & Hart

(57) **ABSTRACT**

The invention involves an arrow system having a shaft
having a first end and an insert receptive of a standard point,
the insert being disposed completely within the first end of
the shaft. An insert installation tool may be used as part of
the invention to facilitate insertion of the insert into the first
end of the shaft. The invention further includes a reduced
diameter hunting arrow shaft that maintains sufficient spine
and weight characteristics. The reduced diameter hunting
arrow shaft is receptive of standard or non-standard internal
components for increasing arrow penetration and shot accu-
racy. Still further, the invention includes an arrow tip assem-
bly including a male insert and a female point to assist in
aligning points with arrow shafts.

**20 Claims, 14 Drawing Sheets**



*Fig. 1*
*(Prior Art)*

*Fig. 2*
*(Prior Art)*



Deflection (In.) = Spine

*312*

*306*

*310*

*304*

*308*

1.94 lb

28 In.

**Fig. 3**
*(Prior Art)*



*416*  *417*  *414*  *400*  *412*  *404*  *405*

*415*

**Fig. 4A**
*(Prior Art)*



*504*  *538*  *536a*  *536*

*538a*

**Fig. 4B**
*(Prior Art)*



*Fig. 5A*



*Fig. 5B*



**Fig. 5C**



**Fig. 5D**



**Fig. 5E**



**Fig. 5F**



**Fig. 5G**



**Fig. 6A**



**Fig. 6B**



**Fig. 6C**



**Fig. 6D**



*Fig. 6E*



*Fig. 7*



Fig. 8



Fig. 9



*Fig. 10*



*Fig. 11*



*Fig. 12*



*Fig. 13*



Fig. 14A



Fig. 14B



Fig. 14C

**1**

## ARROW SYSTEM

### TECHNICAL FIELD

This invention relates to arrow systems, including in particular hunting arrow systems.

### BACKGROUND OF THE INVENTION

Many different types of arrows and arrow shafts are known for use in hunting and sport archery. One arrow type of relatively recent design is the fiber reinforced polymer (FRP) arrow. FRP is a generic term including, but not limited to, fiberglass composites and carbon fiber composites. Traditional FRP arrow shafts have been typically produced by a number of different manufacturing processes. The first FRP arrow shafts were constructed with unidirectional reinforcing fibers aligned parallel to the axis of the shaft.

Prior designs and processes for constructing FRP shafts resulted in a low circumferential or hoop strength. The hoop strength of these arrow shafts was so low that the arrows could not withstand even small internal loads applied in a direction radially outwardly from the center of the shaft. For example, internal loads generated from inserting standard components, such as those shown in FIG. 1, include inserts 100, points 116 ("point" as used herein means any structure formed at or secured to the forward or central end of the arrow, including without limitation field points, broadheads, etc.), and nocks 102, all of which are mounted to an arrow shaft 104. It should be noted that fletching, required for proper arrow flight, is not shown in the drawings, but is well understood by those skilled in the art.

Because insert components have not been practical for use with the relatively small diameter FRP prior art shafts of types discussed above, externally attached components have been developed and used. FIG. 2 illustrates two such external components, known as "outserts" in the industry. The term "outsert," as it suggests, refers to an arrow component that is inserted or installed over the outside diameter of the arrow. The two outserts shown in FIG. 2 include an outsert receptacle 200 to receive a point 116 and an outsert nock 202. Outserts were, at the time, the only viable way to attach the various other arrow components to these prior FRP shafts because of their low hoop stress. Arrow shaft outserts have, however, at least three key disadvantages. First, outsert nocks 202 have a feel that is objectionable to most archers. Generally, archers prefer a smooth outer surface of the shaft without any projections (other than the fletching). This smooth outside diameter preference correlates with the general understanding that an arrow will have better aerodynamic efficiency with fewer structural projections outside of the arrow shaft.

Second, outsert nocks 202 frequently result in mechanical interference with many types of arrow rests when launching the arrow. Most arrow rests hold the arrow in a particular position when the archery bow is drawn and the arrow is released. With many arrow rests, the arrow continues to contact the arrow rest as the arrow passes the location of the arrow rest. Contact between the nock outsert and the arrow rest can result in unpredictable disturbances during launch of the arrow, and therefore will affect the accuracy of the shot.

Third, the point outsert 200 has a larger diameter relative to the diameter of the shaft, which makes the arrows containing the point outsert 200 more difficult to extract from various targets as compared to arrows with insert components only. Use of the point outsert 200 often results in damaged points and outserts 200, and further causes points and outserts 200 to detach from the arrow shaft and remain inside the target after the arrow is pulled from the target. Points and/or outserts 200 lost inside a target may cause damage to subsequent arrows that happen to impact the target at the same location as the lost points or outserts. As a result, some commercial archery ranges have banned outsert-equipped arrow shafts.

In an apparent attempt to address the limitations described above, modern FRP arrows with new types of construction have been developed. The typical modern FRP arrows include glass and/or carbon fibers arranged in multiple directions, as opposed to the unidirectional fiber arrangement of the earlier FRP arrows. The multi-directional fiber arrangement (e.g., fibers that run perpendicularly or at an angle relative to each other) increases the hoop strength of the shafts, which allows the shafts to support greater internal loads, including internal loads generated by insert components. Such modern FRP arrows have, however, been traditionally made having an outside diameter and wall thickness of a size sufficient to accommodate standard-sized inserts. These carbon-composite arrows were generally lighter than aluminum shafts, but were generally of the same spine. "Spine" is an industry-standard measurement of arrow shaft stiffness. Spine is measured according to the parameters shown in FIG. 3. As shown, a shaft 304 is supported at two points 306 and 308, which are separated by a distance of 28 inches. A 1.94 pound weight is applied at a mid point 310 of the shaft 304. The deflection 312 of the shaft 304 relative to the horizontal is defined as the "spine." An arrow must have certain spine characteristics, depending on its length and the draw weight of the archery bow, to achieve proper flight. Generally, the heavier the draw weight the stiffer the spine (i.e., less deflection) must be.

As a major portion of the archery market has moved toward lighter weight shafts, the modern FRP arrow has gained widespread acceptance. Lighter arrow shafts have the principal advantage of higher velocities when launched from the same bow. Such higher velocities result in a flatter arrow trajectory. The practical advantage of flatter trajectory is that a misjudgment by an archer of the range to a target has less effect on the point of impact.

Due to material and structural considerations, however, in designing internal-component FRP arrow shafts for reduced weight, it became necessary to both increase shaft outside diameter and reduce wall thickness relative to the prior art FRP outsert shafts in order to provide desirable spine/weight combinations. For aluminum arrow shafts, for example, to provide lighter weight arrows, the wall thickness must be reduced and the diameter of the arrow, both the inside diameter and the outside diameter, must be increased to maintain adequate spine. This process of thinning the wall and increasing shaft diameter has, however, practical limitations. At some point, if taken to an illogical extreme, the arrow would have mechanical properties similar to an aluminum beverage can with no practical resistance to side loads or crushing.

With some arrows, inserts, such as "half-out" inserts, were introduced to the market some time ago. A typical half-out insert assembly is shown in FIG. 4A. A half-out insert 400 includes a first insert portion 412 with a diameter smaller than the standard insert 100 shown in FIG. 1 such that the first insert portion 412 may be inserted into a reduced diameter shaft 404. A second portion 414 of the half-out insert 400 has a larger outside diameter that is receptive of a standard point 416, yet its outside diameter

**3**

corresponds to the outside diameter of shaft **404**. Therefore, half-out inserts facilitate use of standard field points with arrow shafts having inside diameters smaller than standard arrow shafts.

Half-out assemblies have, however, several disadvantages and have not been well accepted. Half-out assemblies are cantilevered at the front of the arrow shaft **404**. The cantilever results in a system that tends to deform more readily on impact as compared to other arrow assemblies. The half-out assemblies also make it more difficult to precisely align points **416** with the shaft **404**, as will be discussed below in greater detail.

SUMMARY OF THE INVENTION

The present invention comprises an arrow including a shaft with a first end and an insert receptive of a point, the insert being disposed completely within the first end of the shaft. Hunters commonly use field points for practice and broadheads (either expandable or fixed-blade) for hunting. Although this aspect of the present invention (i.e., an internal component small outside diameter arrow shaft and a novel insert installation system) is advantageous when field points are used, the invention is particularly advantageous when using broadheads because broadheads exacerbate many shaft/insert/point alignment problems.

According to one embodiment, the point may include a shoulder and the shaft may include an end wall. The insert is seated at a depth within the shaft such that the shoulder of the point bears directly against the end wall of the shaft when the point is engaged with the insert. In one embodiment, the shaft may have an inside diameter of approximately 0.204 inches, a spine of approximately 0.500 inches or less, and an outside diameter less than 0.275 inches. When spine is discussed herein, "stiffer" spine means less arrow deflection (i.e., a smaller numeric value), and "weaker" spine means greater arrow deflection (i.e., a larger numeric value). Thus, the terms "less spine" and "stiffer spine" have the same meaning throughout. In a similar manner, the terms "more spine" and "weaker spine" have the same meaning throughout.

Another embodiment comprises an arrow including a shaft having an inside diameter, a first end, and a first end wall, and a point having a head, a shoulder, and a shank, where the shoulder of the point bears directly against the first end wall and the shank fits snugly inside the arrow shaft and bears against the inside surface of the arrow shaft. The direct contact between the point and arrow shaft improves alignment between these two components. In this embodiment, the insert is disposed completely inside the shaft and the point is threadedly received by the insert.

Still another embodiment comprises a reduced diameter carbon-composite hunting arrow shaft including an inside diameter of approximately 0.204 inches, a spine of approximately 0.500 inches or less, and an outside diameter less than approximately 0.275 inches. In this embodiment, an insert may be disposed completely within the shaft and a point coupled to the insert.

Yet another embodiment comprises a hunting arrow including a hollow shaft having an inside diameter sized to accept standard points, an outside diameter of less than 0.275 inches, and a spine of 0.500 inches or less. This embodiment may include an insert embedded completely within the shaft and a point coupled to the insert.

Another embodiment comprises a reduced diameter FRP hunting arrow shaft including an inside diameter of approximately 0.204 inches, a spine of approximately 0.500 inches

**4**

or less, and an outside diameter of 0.275 inches or less. The inside diameter of about 0.204 is receptive of standard point inserts.

Another embodiment of the invention comprises an arrow including a shaft with a first end, a male insert disposed partially within the first end and extending beyond the first end, and a female point having a flange or skirt that extends over the arrow shaft in a tight-fitting manner to assist in alignment of the point with the arrow shaft.

Still another embodiment comprises a reduced diameter FRP hunting arrow shaft including an inside diameter of approximately 0.200 inches, a spine of approximately 0.500 inches or less. The outside diameter may range between approximately 0.255 and 0.271 inches. The inside diameter of about 0.200 is receptive of standard half-out inserts.

Another embodiment comprises a reduced diameter FRP hunting arrow shaft, including an inside diameter less than 0.200 inches, a spine of 0.500 inches or less, and an outside diameter of 0.275 inches or less. The inside diameter may be approximately 0.187 inches.

Another embodiment comprises a point assembly including a male insert having a first end configured to engage an arrow shaft and a second end, and a female point configured to mate with the second end of the male insert. The male insert may include a tapered head between the first and second ends, and the female point may include an interior tapered surface shaped to mate with the tapered head of the male insert.

Yet another embodiment of the invention comprises an arrow including a shaft with a first end, a male insert disposed partially within the first end and extending beyond the first end, and a female point engaged with the male insert.

Still another embodiment comprises an insert installation tool including a positioning rod, where the rod includes a first end, a second end, a first diameter at the first end sized smaller than an inside diameter of an insert, one or more lips disposed between the first and second ends, the one or more lips having a diameter sized to provide an interference fit with an inside diameter of an arrow shaft, and a shoulder disposed between the first end and the one or more lips sized larger than the inside diameter of the insert; where the first end of the rod is configured to engage the point insert. The installation tool is designed to position the insert at a desired depth inside the arrow shaft.

Another aspect of the invention involves a method of coupling a point to an arrow shaft including inserting an entire point insert into the arrow shaft and fastening the point to the point insert. According to this method, the point includes a shoulder and a shank, where the shoulder directly engages an end wall of the arrow shaft and the shank directly engages the inside surface of the arrow shaft, all of which assists with point alignment.

Another aspect of the invention involves a method of coupling a point to an arrow shaft including installing a point insert onto the installation tool and pressing the point insert into the shaft with the tool to a predetermined depth such that a first end of the point inserted is flush with or interior to a first end of the shaft. The insert installation tool may include a grip with a diameter larger than an outside diameter the arrow shaft or another similar end wall that limits the extent to which the point insert can be pushed inside of the arrow shaft.

Yet another aspect of the invention involves a method of improving alignment between an arrow point and an arrow shaft by embedding an insert completely within the shaft and coupling the arrow point to the insert, where the arrow point

5

and the shaft directly interface between each other at a first location where a shoulder of the point and an end surface of the shaft contact each other and at a second location where the shank of the point and the inside diameter of the shaft contact each other. Embedding the insert may include extending the insert to a predetermined depth within the shaft.

Still another embodiment of the invention comprises an arrow including a shaft with a first end defining a first end wall, an insert with a first end defining a first end wall, the insert being disposed inside the shaft such that the first end wall of the insert is flush with or interior to the first end wall of the shaft.

In another embodiment, an arrow system includes an insert of substantially constant outside diameter such that the insert is fully insertable into an arrow shaft, the insert including a threaded portion, and a point including a threaded portion engagable with the threaded portion of the insert.

Another aspect of the invention involves an arrow preparation tool comprising an abrasive material to engage an end wall of an arrow shaft and a protuberance extending from the abrasive material, where the protuberance is sized to interface with an inside surface of the arrow shaft such that rotation of the arrow shaft relative to the abrasive material will cause a chamfer to form between the inside surface of the arrow shaft and the end wall of the arrow shaft.

Still another aspect of the present invention involves an internal fit component FRP hunting arrow shaft comprising an arrow shaft to receive internal fit components, where the arrow shaft has a weight in proportion to twenty-nine inches of arrow shaft, and wherein the weight or the spine falls on a plot of weight versus spine above and to the left of a straight line that includes a first point having a weight of 190 grains and an outside diameter of 0.275 inches, and a second point having a weight of 320 grains and an outside diameter of 0.305 inches.

Another aspect of the present invention involves an internal fit component FRP hunting arrow shaft comprising an arrow shaft to receive internal fit components, wherein the arrow shaft spine or the outside diameter of the arrow shaft falls on a plot of spine versus outside diameter below and to the left of a straight line that includes a first point having a spine of 0.320 inches and an outside diameter of 0.295 inches, and a second point having a spine of 0.480 inches and an outside diameter of 0.280 inches.

## BRIEF DESCRIPTION OF THE DRAWINGS

The accompanying drawings illustrate various embodiments of the present invention and are a part of the specification. The illustrated embodiments are merely examples of the present invention and do not limit the scope of the invention.

FIG. 1 is a side view of an FRP arrow utilizing inserts according to the prior art;

FIG. 2 is a side view of an FRP arrow utilizing outserts according to the prior art;

FIG. 3 is a diagram illustrating spine measurement parameters;

FIG. 4A is a side view of an FRP arrow utilizing half-out inserts according to the prior art;

FIG. 4B is a partial sectional side elevation view of a PIN nock system according to the prior art;

FIG. 5A is an exploded perspective assembly view of an arrow according to one embodiment of the present invention;

6

FIG. 5B is an assembled perspective view of the arrow shown in FIG. 5A;

FIG. 5C is an exploded partial sectional side elevation view of an end of the arrow shown in FIG. 5A;

FIG. 5D is a partial sectional side elevation view of the end of the arrow as shown in FIG. 5B;

FIG. 5E is an enlarged view of the area 5E—5E of FIG. 5D, according to one embodiment of the present invention;

FIG. 5F is a perspective view of an arrow being prepared for receipt of an arrow insert system according to the present invention;

FIG. 5G is a side elevation view, partly in section, of the arrow preparation process shown in Fig. G;

FIG. 6A is a perspective view of an arrow insert installation tool according to one embodiment of the present invention;

FIG. 6B is a side elevation view of the arrow insert installation tool of FIG. 6A with an insert secured thereto;

FIG. 6C is a side elevation view, partly in section, of the arrow insert installation tool of FIG. 6A showing the insert being installed inside an arrow shaft;

FIG. 6D is a perspective view of an alternative embodiment of an arrow insert installation tool according to the present invention;

FIG. 6E is a perspective view of another alternative embodiment of an arrow insert installation tool according to the present invention;

FIG. 7 is a graph illustrating a constant kinetic energy curve plotted on a mass versus velocity chart;

FIG. 8 is a graph illustrating penetration depth of various arrows into a gelatin material, each arrow having substantially the same kinetic energy;

FIG. 9 is a graph illustrating penetration depth of various arrows into a gelatin material as a function of kinetic energy for various arrows;

FIG. 10 is a graph illustrating penetration depth of different FRP arrow shafts into a gelatin material where kinetic energy has been maintained constant and the shaft outside diameter has changed;

FIG. 11 is a graph illustrating spine vs. weight characteristics of various prior art shafts as well as shafts according to the present invention;

FIG. 12 is a graph illustrating various spine vs. outside diameter characteristics of various prior art arrow shafts as compared to arrow shafts according to the present invention;

FIG. 13 is a graph illustrating weight vs. outside diameter characteristics of various prior art arrow shafts compared to arrow shafts according to the present invention;

FIG. 14A is an exploded sectional side elevational assembly view of an arrow system according to an alternative embodiment of the present invention; and

FIG. 14B is a sectional side elevational assembly view of an arrow system according to yet another alternative embodiment of the present invention; and

FIG. 14C is an exploded sectional side elevational assembly view of an arrow system according to still another alternative embodiment of the present invention.

Throughout the drawings, identical reference numbers designate similar, but not necessarily identical, elements.

## DETAILED DESCRIPTION

The present specification describes a novel arrow system that may be used for archery, and particularly for bowhunting. One aspect of the novel arrow system relates to a reduced diameter hunting arrow. The reduction in diameter of a hunting arrow facilitates more accurate shooting and

7

better penetration than previous arrows. The reduced diameter hunting arrow may be sized to accommodate standard arrow point assemblies, half-out arrow point assemblies, or smaller diameter arrow point assemblies. The reduced diameter hunting arrow may also be used to accommodate a new point insert system and a new arrow point assembly, both of which are further described below. The novel arrow system also involves an insert installation tool to facilitate placement of the novel insert into an arrow shaft and an arrow shaft preparation tool to ensure the shaft will properly accommodate a point.

Accordingly, the specification describes various aspects of the invention according to the following order. First, embodiments of an arrow utilizing the new point inserts are shown and described, along with the arrow point assembly tool. Second, experimental data illustrating the advantages of a reduced diameter arrow is discussed. Third, various embodiments of reduced diameter arrow shafts are described. Fourth, various embodiments relative to the new arrow system and assembly method for reduced diameter arrows are shown and described.

As used in this specification and the appended claims, the phrases "completely within" or "completely inside" mean that an item is located interior to an object and does not protrude or extend from the object. "Completely within" and "completely inside" also include arrangements in which the item is located interior to and flush with the object.

The term "insert" is used broadly to encompass any apparatus that is or may be at least partially introduced into or inside an arrow shaft.

"Hunting arrow" is also used broadly to include any arrows, parts of arrows, or arrow assemblies that are intended specifically for hunting.

"Fiber reinforced polymer (FRP)" refers to any combination of materials of which carbon is one, including without limitation fiber reinforced materials, advanced composites, and other material sets that include only carbon.

"Spine" is used to indicate a stiffness measurement according to the standard parameters described above, as understood by those skilled in the art.

"Point" as used to describe the present invention shall mean, for purposes of simplifying the description, any type of arrow point, including without limitation field points and broadheads.

"Internal insert components" means inserts that fit inside of an arrow shaft as well as any type of arrow point received by such inserts.

As mentioned above, a number of developments in arrow technology, and particularly hunting arrow technology, have recently occurred. While there are many different types of arrows available, conventional arrows have traditionally not provided the combination of accuracy, flat trajectory, short travel time, penetration and internal fit components offered by a reduced diameter hunting arrow shaft according to the present invention. The methods and devices described herein include various reduced diameter arrow shafts and other associated devices. The particular implementations, however, are exemplary in nature, and not limiting.

Turning now to the figures, and in particular to FIGS. 5A–E, a hunting arrow 520 according to one embodiment of the present invention is shown. According to FIGS. 5A–E, the hunting arrow 520 includes a shaft 504 and an insert 500. The insert 500 is receptive of a point 516. The insert 500 is advantageously sized to fit snugly completely within the shaft 504 as shown in FIGS. 5B and 5D. Previous inserts, for example the insert 100 shown in FIG. 1, include a lip 118 that prevents disposing the insert 100 completely with the

8

shaft 104. The insert 500 of the embodiment shown in FIGS. 5A–E, however, may be fully embedded within the shaft 504. Accordingly, the insert 500 may have a substantially constant outside diameter (without regard to conventional glue grooves) sized to fit within an inside diameter of the shaft 504.

The insert 500 may include one or more ridges 526 about its outer diameter, as shown in FIGS. 5A and 5B. The ridges 526 do not, however, extend beyond the substantially constant outside diameter of the insert 500 and thus do not prevent full insertion of the insert 500 into the shaft 504. The insert may include a through hole, as shown in FIGS. 5C and 5D, or may have a so-called blind hole in the back wall of the insert (not shown).

The shaft 504 is preferably constructed of a carbon-composite material and includes a first end 522 and a first end wall 524. The first end wall 524 corresponds to the terminating end of shaft 504. The shaft 504 also includes a second end 534 that is receptive of a nock 536. A nock adapting insert 538 may be included between the shaft 504 and the nock 536. Although FIGS. 5A and 5B show such an insert, it is to be understood that any nock system, such as without limitation, direct fit nock systems (e.g., as shown in FIG. 1), UNI™ bushings with g-nock systems (e.g., as shown in FIG. 5B), and PIN nock systems with PIN nocks (e.g., as shown in FIG. 4B), may be used without departing from the scope of the present invention. In addition, a plurality of vanes or other fletching (not shown in the drawings) may be secured to the second end 534 of the shaft.

As mentioned above, the insert 500 is receptive of the point 516. The point 516 is preferably a standard size, commercially available point. The point 516 includes a head 529 and a shoulder 530 where a relatively greater outside diameter of the point 516 transitions to a shank 531. According to principles described herein, the insert 500 has no lip (e.g., element 118 in FIG. 1) and is inserted to be at least flush with or below the end wall 524 of shaft 504. Therefore, the shoulder 530 of the point 516 advantageously bears directly against the end surface 524 of the shaft 504 as shown in FIGS. 5B, 5D, and 5E. The direct engagement between the shoulder 530 and the end surface 524 according to FIGS. 5A–D provides a first direct interface location 532 (FIGS. 5D and 5E) between the end wall 524 of the shaft 504 and the shoulder 530 of point 516 which facilitates a simpler, more precise alignment between the point and the arrow shaft.

The novel arrow system also provides a second interface location 537 (FIGS. 5D and 5E) between the arrow 504 and the point 516. Specifically, the outside surface of the shank 531 of point 516 bears directly against and the inside surface 533 of the arrow shaft 504.

In contrast, prior art arrow systems, as shown in FIG. 1, provided an extra structural element (i.e., the insert) between the arrow shaft and the point at all locations. Thus, prior art arrow systems provided at least four (4) different sets of interfacing surfaces, all of which have the potential to affect alignment of the respective parts. One set is located between the shoulder 117 of the point 116 and the outer, flat surface of lip 118 extending from insert 100. Another is located between the bottom surface 119 of lip 118 and the end surface 124 of the arrow shaft 104. Still another set of interfacing surfaces is between the cylindrical outer surface of the insert 100 and the inside surface 111 of the arrow shaft 104. A final set of interfacing surfaces is between the shank 115 on the point 116 and the corresponding inside cylindrical surface 113 of the insert 100.

9

Thus, arrow system of the present invention eliminates two of these sets of interfacing surfaces to improve greatly the alignment between the point and the arrow shaft. Specifically, as shown in FIGS. 5C, 5D, and 5E, the present invention provides two sets of direct interfacing surfaces (interfaces 532 and 537 as shown in detail in FIG. 5E) between the arrow shaft 504 and the point 516 to greatly improve alignment. It is to be understood that while some aspects of the present invention are directed to hunting arrows only, this particular aspect of the present invention applies to all types of arrows, both hunting arrows and target arrows.

As shown in FIGS. 5F and 5G, an arrow preparation tool 550 is provided to appropriately place a chamfer on the distal end 522 of shaft 504. The arrow preparation tool 550 comprises a frusto-conically shaped protuberance 552 over which an end of arrow shaft 504 is inserted. After the arrow shaft is inserted over protuberance 552, a downward force $F_1$ is applied to the arrow shaft as the shaft is rotated $R_1$ (FIG. 5G) back and forth until the end wall 524 abuts the top surface of preparation tool 550. At that point, a proper chamfer 539 has been created on the distal end 522 of shaft 504 between the end wall 524 and the inside surface 537 of shaft 504. In addition, a portion of end wall 524 will also remain. As shown in FIG. 5E, the purpose for preparing the arrow shaft with a chamfered surface 539 is to accommodate points that may have a radius R (FIG. 5E) between the shoulder 530 and the shank 531. It is to be understood that the arrow preparation tool 550 may be made of any appropriately abrasive material, such as bonded aluminum oxide. As shown in FIGS. 5F and 5G, the arrow preparation tool 550 may be placed on top of a flat surface so that as the arrow is rotated back and forth $R_1$ as shown in FIG. 5G, there is no need to hold the porous, abrasive arrow preparation tool 550. Alternatively, the arrow preparation tool 550 may be held by the person performing the chamfering process. Those skilled in the art will understand that other arrow preparation tools may be utilized without departing from the scope of the present invention. Still further, preprepared arrow shafts with appropriate chamfers may be provided to accommodate points with radii, without departing from the scope of the present invention.

After the shaft 504 has been properly conditioned, perhaps by arrow preparation tool 550, the insert 500 of FIGS. 5A–E may be installed completely within the shaft 504 in a number of ways. One way might be for a user to couple the insert 500 to the point 516 and install both together as a unit. Another way, however, may be to use an insert installation tool 640, as shown in FIGS. 6A–C. The tool 640 allows the interface 532 between point 516 and shaft 504 to be more precisely controlled. The tool, as discussed below, provides the advantage of precise depth control of the insert 500 and prevents adhesive contamination on the portion of the inside of the shaft corresponding to the area of interface 537 (FIGS. 5D and 5E) between shank 531 of point 516 and the inside surface 533 of shaft 504.

According to the embodiment of FIGS. 6A–C, the insert installation tool 640 includes a rod 642 which extends toward and terminates at a tip or first end 644. The rod 642 attaches to a handle or second end 646, which may be made of any suitable size or shape. The outside diameter of the first end 644 is sized to fit within the threaded section of insert 500. FIG. 6B shows an insert positioned on the first end 644 of the installation tool 640. FIG. 6C shows the insert 500 being positioned inside the arrow shaft 504 using the installation tool 640. The outside diameter of the rod 642 is different than the outside diameter of the tip 644 such that a

10

first shoulder 652 is formed. Therefore, the first shoulder 652 is sized to abut the insert 500, as shown in FIG. 6B, which will allow an operator to push the insert 500 into the arrow shaft 504 to a predetermined, precise depth.

The rod 642 may also include one or more wipers. The embodiment of FIGS. 6A–6C comprises a first peripheral ring or lip 648 and a second peripheral ring or lip 650 disposed between the first shoulder 652 and second shoulder 654 of the insert installation tool 640. The first and second wipers 648 and 650 may have equal diameters and may be sized to provide an interference fit with an inside diameter of the arrow shaft 504. The first and second wipers 648 and 650 are intended to remove any excess adhesive from the inside surface of the shaft. According to one embodiment, the diameter of the first and second wipers 648 and 650 is approximately 0.206 inches. Such diameters are not, however, limited to any particular measurement, nor are the first and second wipers 648 and 650 necessarily of equal diameter.

Another embodiment of an insert installation tool 740 is shown in FIG. 6D. Each end of the insert installation tool 740 includes a rod 742 which extends toward and terminates at a tip or first end 744. Each rod 742 attaches to a handle or second end 746, which may be made of any suitable size or shape. The handle 746 incorporates an ergonomic design to facilitate grasping by a person doing the insert installation. Any suitable design may be incorporated into the handle 746. The outside diameter of each tip or first end 744 is sized to fit within the threaded section of the inside diameter of the insert 500 (FIG. 6C). Each rod end 744 terminates at a first shoulder 752 and transitions to a second section 742, which terminates, in turn, at the handle portion 746. Each first shoulder 752 is designed to abut an insert 500, in a manner similar to what is shown in FIG. 6B, to allow an operator to push the insert 500 into the arrow shaft 504 to a predetermined, precise depth.

Each rod 742 also includes one or more wipers in the form of a first peripheral ring or lip 748 and an optional second peripheral ring or lip 750 disposed between the first shoulder 752 and wall 754 of handle portion 746. The first and second wipers 748 and 750 may be of equal diameters and may be sized to provide an interference fit with an inside diameter of the arrow shaft 504. The first and second wipers 748 and 750 are intended to remove excess adhesive from the inside surface of the shaft. According to one embodiment, the diameter of the first and second wipers 748 and 750 is approximately 0.206 inches. Such diameters are not, however, limited to any particular measurement, nor are the first and second wipers 748 and 750 necessarily of equal diameter. When tool 740 is used to install insert 500 into shaft 504, the wall 754 of handle 746 abuts the end 524 of the shaft.

In order to facilitate the interference fit between the wipers and the inside diameter of the arrow shaft 504, the insert installation tools 640, 740 may be made of multiple grades and "pliabilities" of plastic or another suitable material that can flex and provide an appropriate interference fit. Still further, the tool 640, 740 could be made of any other material, such as metal, where, for example and without limitation, rubber O-rings are used for the wipers.

Alternatively, as shown in FIG. 6E, tool 740 may include a specialized depth gauge 759 (FIG. 6D) on one end of tool 740 to ensure that chamfer 539 has been properly instilled into shaft 504.

As described in the background, the phenomenon of increased penetration for reduced shaft diameter was gen-

US 7,115,055 B2

<table>
<tr><td>11</td><td>12</td></tr>
</table>

erally felt by archers and bowhunters to be true, but was not well addressed in a scientific manner in the past.

Therefore, a number of experiments were performed according the present invention to better understand and evaluate arrow penetration. The tests were performed shooting arrows into industry-standard ballistic gelatin that has heretofore been used for analysis of firearms and ammunition.

According to one test measuring arrow penetration (Test 1), arrow mass and impact velocity were varied according to the graph shown in FIG. **7** to provide a constant kinetic energy

$$\left(\text{kinetic energy} = \frac{1}{2}m \cdot v^2, \right.$$

$$\left. \text{where } m = \text{total arrow mass and } v = \text{impact velocity}\right)$$

of 65 foot-pounds. The arrows tested were aluminum shafts with a nominal outside diameter of 0.344 inches. Table 1 (below) lists the four specific shafts tested.

TABLE 1

Penetration Test Shaft Description

| Arrow Size Designation (Aluminum Shafts) | Shaft Outside Diameter (in.) | Arrow Mass (grain) (total flight weight of shaft, point, nock, vanes, bushing and adhesives) |
|---|---|---|
| 2212 | 0.3452 | 424.9 |
| 2216 | 0.3460 | 508.3 |
| 2219 Standard | 0.3440 | 567.8 |
| 2219 Heavy (plastic weight tube added to shaft ID) | 0.3440 | 653.8 |

Each arrow included an identical arrow point, which was a fixed-blade broadhead known as a New Archery Products Thunderhead®. Each arrow point had a mass of 85 grains. As shown in Table 1, the variation in shaft outside diameter for each arrow was relatively small such that the interface between arrow and target was substantially the same. However, the difference in mass between the arrows was substantial. Therefore, the bow draw weight was adjusted for each arrow to provide an impact velocity yielding an approximately constant level of kinetic energy at impact. The bow draw weights used for each arrow are shown in Table 2 below.

TABLE 2

Bow Draw Weights and Kinetic Energy at Impact in Test 1

| Arrow Size Designation (Aluminum Shafts) | Bow Peak Draw Weight (lb) | Impact Velocity (fps) | Kinetic Energy at Impact (ft-lb) |
|---|---|---|---|
| 2212 | 64.0 | 263.6 | 65.5 |
| 2216 | 60.0 | 241.0 | 65.5 |
| 2219 Standard | 59.5 | 228.9 | 66.0 |
| 2219 Heavy (plastic weight tube added to shaft ID) | 59.0 | 213.3 | 66.0 |

The penetration results from shooting the four arrows according to the test parameters are shown in FIG. **8**. The results show that the penetration for all four arrow shafts was the same, approximately 12.5 inches. Such results indicate

that for a constant arrow shaft OD, penetration performance is a strong function of kinetic energy, and separate from the independent parameters of mass and velocity. That is, within the range of arrow masses and impact velocities tested, penetration depth was constant if impact kinetic energy was constant, regardless of whether the kinetic energy was achieved by a low mass arrow traveling at high velocity, or a high mass arrow traveling at a low velocity.

To confirm the hypothesis that penetration is only a strong function of kinetic energy, Test 2 was conducted whereby the bow draw weight and resultant impact velocity were varied. The specific test parameters are shown in Table 3 below.

TABLE 3

Bow Draw Weights and Kinetic Energy at Impact in Test 2.

| Arrow Size Designation (Aluminum Shafts) | Bow Peak Draw Weight (lb) | Kinetic Energy at Impact (ft-lb) |
|---|---|---|
| 2212 | 50 | 47 |
| 2216 | 60 | 69 |
| 2219 Standard | 70 | 77 |
| 2219 Heavy (plastic weight tube added to shaft ID) | 70 | 80 |

The results of Test 2 are shown in FIG. **9**. Again, penetration is shown to be a strong linear function of impact kinetic energy.

Another test, designated as Test 3, then investigated the effect of shaft outside diameter on penetration performance. For Test 3, two arrows with different outside diameters were used. The first arrow was an ICSHunter® 400 Heavy, and is an internal component carbon-composite shaft. The second was a 2413 aluminum alloy arrow. Again, both were tested with New Archery Products 85 grain Thunderhead® fixed broadheads. Table 4 (below) lists the parameters and results of Test 3.

TABLE 4

Shaft Diameter and Kinetic Energy at Impact in Test 3

| Arrow Size Designation | Shaft Outside Diameter (in.) | Arrow Mass (grain) (total flight weight of shaft, point, nock, vanes, bushing and adhesives) | Impact Kinetic Energy (ft-lb) | Penetration Depth (in.) |
|---|---|---|---|---|
| ICSHunter ® 400 Heavy (FRP) (plastic weight tube added to shaft ID) | 0.2935 | 464.4 | 50.8 | 12.2 |
| 2413 (aluminum) | 0.3719 | 464.1 | 50.6 | 10.0 |

Based on the results of Tests 1 and 2, it was anticipated that the two arrows shot according to the parameters of Test 3 would have nearly identical penetration depths, given the approximately identical impact kinetic energy. Instead, the unexpected result was 22% greater penetration for the smaller diameter ICSHunter® 400 Heavy than for the larger diameter 2413. Test 3 shows that the effective outer dimensions is another key factor in improving penetration performance, and that as the outside diameter of the shaft is reduced, the penetration increases.

Another test (Test 4) was conducted to isolate one other variable and confirm the unexpected results of Test 3. According to the parameters of Test 3, there was room for

US 7,115,055 B2

13

speculation as to whether the improved penetration depth of the ICSHunter® 400 Heavy was due to its smaller diameter, or to some other factor given FRP construction (as opposed to the aluminum construction of the 2413) of the shaft. Therefore, in Test 4 an aluminum shaft and FRP shaft having substantially the same outside diameters were tested for penetration performance. Table 5 (below) shows the parameters and results of Test 4.

TABLE 5

| Shaft Material and Kinetic Energy at Impact in Test 4 | | | | |
|---|---|---|---|---|
| Arrow Size Designation | Shaft Outside Diameter (in.) | Arrow Mass (grain) (total flight weight of shaft, point, nock, vanes, bushing and adhesives) | Impact Kinetic Energy (ft-lb) | Penetration Depth (in.) |
| 1816 (aluminum) | 0.2840 | 409.7 | 50.0 | 11.4 |
| Evolution ™ 500 (FRP) | 0.3003 | 411.2 | 50.3 | 11.3 |

The results of Test 4 indicate that shaft material had no appreciable affect on penetration depth. Thus, the unexpected results achieved pursuant to the results of Test 3 (shown in Table 4) were not attributable to differences in shaft material.

Another penetration test, Test 5, was performed to assess the effect of shaft diameter on penetration performance. In Test 5, three different arrow shafts were constructed according to the parameters of Table 6, set forth below. All shafts were constructed from FRP material. Additionally, the overall length of each shaft was adjusted such that the total arrow mass would be substantially identical. As in the other penetration tests, NAP Thunderhead™ 85 grain broadheads were used. The only difference among the various shafts was the outside diameters. The ICSHunter® and Fat Boy™ models and other similar large diameter shafts represent shafts available on the market today. The bow parameters utilized in Test 5 were selected and adjusted during the test so that the impact velocities, and thus the kinetic energies at impact, for all arrows into the ballistic gelatin targets were substantially identical. Prior tests, specifically Test 1, established that penetration depth into the gelatin target was identical if the kinetic energy at impact was held constant and the outside "envelope" (i.e., the shaft diameter and point interfacing with the target material) were unchanged. As with the prior test, the kinetic energy for Test 5 was maintained constant.

In Test 5, the kinetic energy at impact was constant because both arrow masses and impact velocities were held constant. Therefore, one might expect that the penetration depth would be the same for all arrows tested, unless another variable had a significant effect on the penetration result. In Test 5, the variable of shaft outside diameter was well isolated, and would be the only factor which could have an effect on depth of penetration. The penetration test demonstrates that shaft outside diameter is a variable that directly and linearly affects depth of penetration.

Table 6 shows the results of Test 5, particularly relative to penetration depth. Unlike the results in Test 1, the penetration depths are not the same. Rather, the smaller outside diameter shaft had improved penetration relative to the larger outside diameter shafts of the prior art. FIG. 10 plots depth of penetration as a function of shaft outside diameter for the arrow shafts evaluated in Test 5. As can be appre-

14

ciated, penetration depth turns out to be a very strong linear function of shaft outside diameter. In FIG. 10, the solid line connecting the three data points represents the actual physical testing conducted. The dashed line extrapolates this data to even smaller shaft outside diameters that have not been tested, but would reasonably be expected to exhibit the same improved penetration performance. Accordingly, these ranges of outside diameters shall be considered part of the present invention.

TABLE 6

| Arrow Parameters and Penetration Parameters of Test 5 | | | | |
|---|---|---|---|---|
| Model | OD (in) | Avg Wt (gr) | Avg Impact Vel (fps) | Avg KE (ft-lb) | Penetration Depth (in) |
| Invention | 0.264 | 304.0 | 258.2 | 44.7 | 13.4 |
| ICSHunter ® | 0.296 | 304.2 | 257.1 | 44.6 | 13.0 |
| FatBoy ™ | 0.353 | 304.1 | 257.9 | 44.9 | 12.1 |

Therefore, according to embodiments of the present invention, the arrow shaft outside diameter is reduced relative to standard sizes to increase arrow penetration performance. The embodiments described below include shaft diameters of reduced size relative to conventional hunting arrows to better optimize accuracy, time-of-flight, trajectory, and penetration.

The arrow shaft invention is unique in that it provides a certain combination of spine and weight with a smaller outside diameter (OD) than the prior art hunting arrows on the market today. The present invention pertains to FRP shafts which use internal fit components and have spine/weight relationships useful for hunting, and further pertains to all types of aluminum-carbon arrow shafts. It does not include other external fit (outsert) components, nor does it include the general class of target arrows, which have a spine from 0.450 inches to greater than 1.000 inches.

FIG. 11 shows a typical plot of spine vs. weight for various internal fit component, FRP arrow shafts. According to FIG. 11, the spine-weight relationship of the arrow shaft of the present invention is well within the range of other, common spine-weights that have been established for hunting arrows. FIG. 11 does not, however, distinguish among the outside diameters of the shafts.

FIG. 12 shows a plot of the same arrow shafts in FIG. 11, but FIG. 12 plots the spine vs. outside diameter of the arrows represented. FIG. 12 shows that prior art arrow shaft designs are all tightly grouped together. The stiffest shafts (those with spine values of 0.340 inches or less) fall in an OD range of 0.294 inches to 0.303 inches. The weakest prior art shafts (those with spine values of 0.480 inches or greater) in FIG. 12 fall in an OD range of 0.280 inches to 0.293 inches. In contrast, the arrow shaft of the present invention has, in one embodiment, an OD of 0.275 inches for a spine of 0.300 inches. In another embodiment, the arrow shaft of the present invention has an OD of 0.258 inches for a spine of 0.500 inches.

FIG. 13 shows a plot of the weights vs. ODs for the same family of arrow shafts as FIGS. 11 and 12. Again, prior art designs are tightly grouped together. The heaviest shafts (those weighing 255 grains and up) from the prior art group have ODs ranging from 0.296 inches to 0.306 inches. The lightest shafts (those weighing 211 grains or less) from the prior art group have ODs ranging from 0.280 inches to 0.293

US 7,115,055 B2

15

inches. This is a significant difference from the arrow shaft of the present invention, which has an OD of 0.275 inches for the heaviest design of one embodiment (310 grains) and an OD of 0.258 inches for its lightest design of 235 grains.

Thus, FIGS. **12** and **13** are clear illustrations that the shaft of this invention is new and unique in its combination of spine/weight/outside diameters. None of the prior art hunting shafts recognize the utility of this combination, and in fact are all grouped together in a significantly larger OD regime.

The accuracy of reduced diameter arrows made according to principles described herein is increased because the propensity of an arrow to be influenced during flight by external factors (e.g., cross winds) is reduced by a smaller diameter shaft. A smaller diameter shaft has a smaller surface area for a cross wind or other external force to act upon. Because of the many point and nock components of standard sizes currently available, however, it may also be desirable to combine reduced outside diameter shafts for the purposes described above, with inside diameters receptive of standard arrow components.

Therefore, hunting arrow shafts may, according to principles described herein, include shafts that have an inside diameter of 0.204 inches to accommodate all standard hunting points currently available. The hunting arrows according to principles described herein may therefore include the advantages of a smaller shaft diameter and the convenience of compatibility with standard hunting points. For example, according to some embodiments of the present invention there may be arrow shafts having an inside diameter of 0.204 inches, a spine of 0.500 inches or less, and an outside diameter of less than 0.275 inches. The outside diameter may range, according to some embodiments, between 0.248 and 0.275 inches, depending upon spine. According to another embodiment the inside diameter is 0.204 inches, the spine is 0.500 inches or less, and the outside diameter is less than approximately 0.275 inches. Other exemplary embodiments may include arrow shafts having the following combinations of parameters (see Table 7 below).

TABLE 7

| Reduced diameter arrow parameters according to some embodiments | | | | |
|---|---|---|---|---|
| Spine (in.) | OD (in.) | Wall Thickness (in.) | ID (in.) | Weight (grains/in., optional parameter) |
| 0.300 | 0.275 | 0.035 | 0.204 | 10.7 |
| 0.340 | 0.267 | 0.031 | 0.204 | 9.5 |
| 0.400 | 0.264 | 0.030 | 0.204 | 9.0 |
| 0.500 | 0.258 | 0.027 | 0.204 | 8.1 |

The reduced diameter arrow shafts may also be used with the insert **500** and the insert installation tool **640** described above.

Arrow shaft diameters may be even further reduced, although they may no longer be compatible with standard points. Instead, the arrow shaft diameters may be sized for half-out inserts. For example, according to embodiments of the present invention there may be arrow shafts having an inside diameter of 0.200 inches, a spine of 0.500 inches or less, and an outside diameter of 0.271 inches or less. Other exemplary embodiments may include arrow shafts having the following combinations of parameters (see Table 8 below).

16

TABLE 8

| Reduced diameter arrow parameters according to some embodiments | | | | |
|---|---|---|---|---|
| Spine (in.) | OD (in.) | Wall Thickness (in.) | ID (in.) | Weight (grains/in., optional parameter) |
| 0.300 | 0.271 | 0.037 | 0.200 | 10.8 |
| 0.340 | 0.267 | 0.035 | 0.200 | 10.2 |
| 0.400 | 0.263 | 0.033 | 0.200 | 9.2 |
| 0.500 | 0.255 | 0.029 | 0.200 | 8.2 |

In addition to using half-out inserts, the insert **500** of FIGS. **5**A–D may be specially sized to fit within the 0.200 inch inside diameter shafts. New, specially sized points of a diameter and thread different than standard points currently in use may be needed to engage such a specially sized insert.

Arrow shaft diameters may be even further reduced, although they may not be compatible with standard points or half-out inserts. Instead, the arrow shaft diameters may necessitate insert components (including inserts shaped according to principles described above) sized to fit the further reduced diameter shafts. For example, according to embodiments of the present invention there may be arrow shafts having an inside diameter of less than 0.200 inches, a spine of 0.500 inches or less, and an outside diameter of less than 0.275 inches. The inside diameter may be, for example, 0.187 inches and the outside diameter may range between 0.230 and 0.270 inches. Other exemplary embodiments may include arrow shafts having the following combinations of parameters (see Table 9 below).

TABLE 9

| Reduced diameter arrow parameters according to some embodiments | | | | |
|---|---|---|---|---|
| Spine (in.) | OD (in.) | Wall Thickness (in.) | ID (in.) | Weight (grains/in., optional parameter) |
| 0.300 | 0.266 | 0.040 | 0.187 | 11.5 |
| 0.340 | 0.263 | 0.038 | 0.187 | 10.7 |
| 0.400 | 0.254 | 0.034 | 0.187 | 9.5 |
| 0.500 | 0.248 | 0.031 | 0.187 | 8.5 |

The outside diameters shown in Table 9 may be even further reduced, if desired.

Although it may be convenient to use readily available standard points for the shafts and inserts described above, a new arrow point assembly according to various embodiments of the present invention are shown with reference to FIGS. **14**A–**14**C. Typical arrow point assemblies (e.g. FIG. **1**) include the female insert **100**, FIG. **1** and the male point **116**, FIG. **1**. However, according to the embodiment of FIGS. **14**A–**14**C, there is a male insert **1000** and a female point **1016**. The male insert **1000** includes a first end **1060** sized for insertion into a standard or non-standard arrow shaft **1004**. The first end **1060** may include one or more ridges **1026** disposed about its outside diameter. The male insert includes a second end **1064** externally threaded to engage internal threading **1062** of the female field point **1016**. Between the first and second ends **1060** and **1064** is a tapered head **1066** that includes a shoulder **1068** sized to approximately the same outside diameter of the shaft **1004**. Shoulder **1068** bears against the shaft **1004** when the first end **1060** of the male insert **1000** is inserted into the shaft **1004**. The head **1066** also includes a tapered surface **1070** opposite of the shoulder **1068**. A mating internal taper **1072**

**17**

is disposed in the point **1016** and facilitates alignment between the field point **1016** and the insert **1000**.

As shown in FIG. **14**B, the point **1016** may include an extension or flange in the form of a skirt **1073** that extends over shaft **1004** so that the skirt **1073** in essence envelops the shaft **1004** to aid in alignment.

An alternative embodiment is shown in FIG. **14**C. The point **1016** may include a pilot aperture or female pocket **1032** which interfaces with a pilot extension or male end **1034** of the male insert **1000**. The pilot aperture **1032** and pilot extension **1034** are circular in cross section, which allows point **1016** to be rotated relative to insert **1000**. The pilot members **1032**, **1034** further aid in alignment of the point **1016** and shaft **1004**.

Although the arrow point assembly of FIGS. **14**A–**14**C may be used with the reduced diameter shafts described above, it should not be so limited. The arrow point assembly of FIGS. **14**A–**14**C may also be used with any other type of suitable arrow shafts.

While this invention has been described with reference to certain specific embodiments and examples, it will be recognized by those skilled in the art that many variations are possible without departing from the scope and spirit of this invention. The invention, as defined by the claims, is intended to cover all changes and modifications of the invention which do not depart from the spirit of the invention. The words "including" and "having," as used in the specification, including the claims, shall have the same meaning as the word "comprising."

What is claimed is:

**1**. An arrow, comprising:

a shaft having a first end;

an insert receptive of a point, the insert being recessed within the first end of the shaft.

**2**. An arrow according to claim **1** wherein the point comprises a shoulder and the shaft comprises an end wall; wherein the insert is seated at a depth within the shaft such that the shoulder of the point bears only against the end wall of the shaft when the point is fully engaged with the insert.

**3**. An arrow according to claim **1** wherein the shaft comprises an inside diameter of approximately 0.204 inches, a spine of approximately 0.500 inches or less, and an outside diameter less than 0.275 inches.

**4**. An arrow according to claim **1** wherein the shaft comprises an inside diameter of approximately 0.200 inches, a spine of approximately 0.500 inches or less, and an outside diameter less than 0.275 inches.

**5**. An arrow according to claim **1** wherein the insert comprises a substantially constant outside diameter and a threaded recess.

**6**. An arrow according to claim **5** wherein the substantially constant outside diameter comprises a plurality of ridges.

**7**. An arrow according to claim **1** wherein the shaft comprises an FRP shaft.

**8**. An arrow according to claim **1** wherein the shaft comprises an aluminum-carbon shaft.

**9**. An arrow according to claim **1** wherein the point comprises a shoulder and a shank, and the shaft comprises an end wall and an inside surface; wherein the shoulder of the point bears directly against the end wall of the shaft and the shank bears directly against the inside surface of the shaft.

**18**

**10**. An arrow according to claim **1** wherein the shaft comprises:

an end wall;

an inside surface;

a chamfer between the end wall and the inside surface.

**11**. An arrow system, comprising:

a hunting arrow, comprising:

a shaft having a first end and a first end wall;

an insert being recessed within the shaft;

a point having a head and a shoulder;

wherein the point shoulder directly bears exclusively against the first end wall.

**12**. An arrow system according to claim **11** wherein the shaft comprises an inside diameter of approximately 0.204 inches, a spine of approximately 0.500 inches or less, and an outside diameter less than 0.275 inches.

**13**. An arrow system according to claim **11** wherein the shaft comprises an inside diameter of less than 0.200 inches, a spine of approximately 0.500 inches or less, and an outside diameter less than 0.275 inches.

**14**. A hunting arrow, comprising:

a shaft having a first end defining a first end wall;

an insert having a first end defining a first end wall, the insert being disposed inside the shaft such that the first end wall of the insert is interior to the first end wall of the shaft.

**15**. An arrow, comprising:

an arrow shaft having a first end, a first end wall, an inside surface, and an outside surface;

an insert completely recessed within the first end of the arrow shaft;

a point connected to the insert, the point comprising a shoulder and a shank extending from the shoulder;

wherein the shoulder bears only against first end wall of the arrow shaft and the shank bears directly against the inside surface of the arrow shaft.

**16**. An arrow according to claim **15**, further comprising a chamfer between the end wall and the inside surface.

**17**. An arrow according to claim **15** wherein the shoulder is flush with the outside surface of the arrow shaft.

**18**. An arrow according to claim **15**, wherein the shank comprises a reduced diameter threaded portion threadedly connected to receiving threads of the insert.

**19**. An arrow, comprising:

an arrow shaft having a first end and a first end wall;

an insert having a forward end, the forward end being completely recessed within the first end of the arrow shaft;

a point connected to the insert, the point comprising a shoulder;

only a single interface at the shoulder of the point.

**20**. An arrow, comprising:

an arrow shaft having a first end and a first end wall;

an insert having a forward end, the forward end being recessed below the first end of the arrow shaft;

a point connected to the insert, the point comprising a shoulder;

the shoulder of the point bearing directly against the first end wall of the arrow shaft.

\* \* \* \* \*

**ATTACHMENT F**

RECEIVED
CENTRAL FAX CENTER

AUG 2 4 2006

Atty Dkt. No. 52802.0036                          Application No. 11/269,480

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

APPLICATION NO...................................................................................... 11/269,480
FILING DATE................................................................................8 November 2005
INVENTORS.................................................. Teddy D. Palomaki and Jacob C. Smith
ASSIGNEE ...............................................................................Jas. D Easton, Inc.
EXAMINER .................................................................................John A. Ricci
ART UNIT .......................................................................................3711
ATTORNEY'S DOCKET NO. ................................................................52802.0036
TITLE .................................................................................... ARROW SYSTEM

## RESPONSE TO OFFICE ACTION

To:  Mail Stop Amendment              From:   L. Grant Foster
     Commissioner for Patents                 HOLLAND & HART LLP
     P.O. Box 1450                            P.O. Box 11583
     Alexandria, VA  22313-1450              Salt Lake City, UT  84147-0583
                                              Telephone: (801) 799-5830
                                              Facsimile: (801) 799-5700

This responds to the Office Action dated 17 May 2006, concerning the above-identified

patent application.

Listing of the Claims begins on page 2 of this document.

Remarks/Arguments begin on page 133 of this document.

Please amend the application as follows. Applicants have used the convention underline

to indicate added text and ~~strikethrough~~ to indicate deleted text.

08/25/2006 MBINAS   00000051 082623   11269480
02 FC:1202        2200.00 DA
03 FC:1201         600.00 DA

-1-                                            3588075_3.DOC

Atty Dkt. No. 52802.0036                          Application No. 11/269,480

## Listing of the Claims:

**This listing of claims will replace all prior versions, and listings of claims in the application:**

1-12.   (Canceled)

13.     (Currently amended)   A reduced diameter FRP hunting arrow shaft, comprising:
an inside diameter of approximately 0.204 inches;

a spine of approximately 0.500 inches or less;

an outside diameter of ~~less~~ no more than approximately 0.275 inches.

14.     (Original)   A reduced diameter FRP arrow shaft according to claim 13 wherein the outside diameter is approximately 0.275 inches.

15.     (Original)   A reduced diameter FRP arrow shaft according to claim 13 wherein the inside diameter of about 0.204 inches is receptive of standard hunting points.

16.     (Original)   A reduced diameter FRP arrow shaft according to claim 13, further comprising an insert disposed completely within the shaft and a point coupled to the insert.

17.     (Original)   A reduced diameter FRP arrow shaft according to claim 16 wherein the shaft comprises a first end and a first end wall, the point comprises a shoulder, and the shoulder directly bears against the first end wall.

-2-                                                  3588075_3.DOC

Atty Dkt. No. 52802.0036                              Application No. 11/269,480

18.    (Currently Amended)    An arrow, comprising:

a hollow shaft having an inside diameter sized to accept standard hunting points, an

outside diameter of ~~less~~ no more than approximately 0.275 inches, and a spine of approximately

0.500 inches or less.


19.    (Original)      An arrow according to claim 18, further comprising an insert

embedded completely within the shaft and a hunting point coupled to the insert.


20.    (Original)      An arrow according to claim 19 wherein the shaft comprises a first

end and a first end wall, the hunting point comprises a shoulder, and the shoulder directly bears

against the first end wall.


21.    (Currently Amended)    An arrow system, comprising:

a reduced diameter FRP hunting arrow shaft, comprising:

an inside diameter of approximately 0.204 inches;

a spine of approximately 0.500 inches or less;

an outside diameter ~~less~~ no more than approximately 0.275 inches.


22.    (Original)    An arrow system according to claim 21, further comprising an insert

disposed completely within the shaft and a point coupled to the insert.


-3-

3588075_3.DOC

Atty Dkt. No. 52802.0036                          Application No. 11/269,480

23.     (Original)   An arrow system according to claim 22 wherein the shaft comprises a
first end and a first end wall, the point comprises a shoulder, and the shoulder directly bears
against the first end wall.

24.     (Original)   An arrow system according to claim 21 wherein the outside diameter
ranges between approximately 0.258 and 0.275 inches.

25.     (Currently Amended)   An arrow system, comprising:

a reduced diameter FRP hunting arrow shaft, comprising:

an inside diameter of approximately 0.200 inches;

a spine of approximately 0.500 inches or less;

an outside diameter ~~less~~ no more than approximately 0.275 inches.

26.     (Original)   An arrow system according to claim 25 wherein the outside diameter
is between approximately 0.255 and 0.271 inches.

27.     (Original)   An arrow system according to claim 25 wherein the inside diameter
of about 0.200 is receptive of standard half-out inserts.

-4-                                         3588075_3.DOC

Atty Dkt. No. 52802.0036                          Application No. 11/269,480

28.    (Currently Amended)   An arrow system comprising:

a reduced diameter FRP hunting arrow, comprising:

an inside diameter less than 0.200 inches;

a spine of 0.500 inches or less;

an outside diameter ~~less~~ no more than approximately 0.275 inches.

29.    (Original)   An arrow system according to claim 28 wherein the inside diameter is approximately 0.187 inches.

30.    (Original)   An arrow system according to claim 28 wherein the spine ranges between 0.300 inches and 0.500 inches and the outside diameter ranges between 0.248 and 0.266 inches.

31.    (Original)   An arrow system according to claim 28, further comprising an insert disposed completely within the shaft and a point coupled to the insert.

32.    (Original)   An arrow system according to claim 31 wherein the shaft comprises a first end and a first end wall, the point comprises a shoulder, and the shoulder directly bears against the first end wall.

33-72. (Canceled)

-5-                                        3588075_3.DOC

Atty Dkt. No. 52802.0036                          Application No. 11/269,480

73.    (New)    The reduced diameter FRP hunting arrow shaft of claim 13 coupled to an internal fit component.

74.    (New)    The reduced diameter FRP hunting arrow shaft of claim 73 wherein the internal fit component is a half-out insert.

75.    (New)    An internal fit component hunting arrow shaft having a spine and an outside diameter, wherein upon supplying the spine and the outside diameter to the following equation,

spine (in inches) = -160/15 * the outside diameter (in inches) + b,

b is no more than 52/15.

76.    (New)    The internal fit component hunting arrow shaft of claim 75 wherein b is no more than 51.5/15.

77.    (New)    The internal fit component hunting arrow shaft of claim 75 wherein b is no more than 50.4/15.

78.    (New)    The internal fit component hunting arrow shaft of claim 75 wherein b is no more than 49.6/15.

-6-                                    3588075_3.DOC

Atty Dkt. No. 52802.0036                         Application No. 11/269,480

79.    (New)    The internal fit component hunting arrow shaft of claim 75 wherein b is no more than 49.1/15.

80.    (New)    The internal fit component hunting arrow shaft of claim 75 wherein the spine is no more than approximately 0.520 inches.

81.    (New)    The internal fit component hunting arrow shaft of claim 75 wherein the spine is no more than approximately 0.500 inches.

82.    (New)    The internal fit component hunting arrow shaft of claim 75 wherein the spine is no more than approximately 0.440 inches.

83.    (New)    The internal fit component hunting arrow shaft of claim 75 wherein the outside diameter is no more than approximately 0.280 inches.

84.    (New)    The internal fit component hunting arrow shaft of claim 75 wherein the outside diameter is no more than approximately 0.275 inches.

85.    (New)    The internal fit component hunting arrow shaft of claim 75 wherein the outside diameter is approximately 0.245 inches to 0.280 inches.

3588075_3.DOC

Atty Dkt. No. 52802.0036                         Application No. 11/269,480

86.    (New)    The internal fit component hunting arrow shaft of claim 75 wherein the outside diameter is approximately 0.265 inches.

87.    (New)    The internal fit component hunting arrow shaft of claim 75 wherein the outside diameter is approximately 0.271 inches.

88.    (New)    The internal fit component hunting arrow shaft of claim 75 wherein the spine is no more than approximately 0.500 inches and the outside diameter is approximately 0.245 inches to 0.280 inches.

89.    (New)    The internal fit component hunting arrow shaft of claim 88 wherein the outside diameter is approximately 0.260 inches to 0.275 inches.

90.    (New)    The internal fit component hunting arrow shaft of claim 89 wherein the spine is no more than approximately 0.440 inches.

91.    (New)    The internal fit component hunting arrow shaft of claim 75 wherein at least a portion of the internal fit component hunting arrow shaft has an inside diameter of approximately 0.204 inches.

-8-

3588075_3.DOC

Atty Dkt. No. 52802.0036                              Application No. 11/269,480

92.     (New)    The internal fit component hunting arrow shaft of claim 75 wherein at least a portion of the internal fit component hunting arrow shaft has an inside diameter of approximately 0.200 inches.

93.     (New)    The internal fit component hunting arrow shaft of claim 75 wherein the internal fit component hunting arrow shaft is an FRP hunting arrow shaft.

94.     (New)    The internal fit component hunting arrow shaft of claim 75 including a first end and a first end wall, the internal fit component hunting arrow shaft being coupled to a point including a shoulder, wherein the point is coupled to the first end of the internal fit component hunting arrow shaft so that the shoulder contacts the first end wall.

95.     (New)    The internal fit component hunting arrow shaft of claim 75 coupled to an insert which is disposed completely within the internal fit component hunting arrow shaft.

96.     (New)    The internal fit component hunting arrow shaft of claim 75 coupled to an insert so that part of the insert is disposed outside of the internal fit component hunting arrow shaft.

97.     (New)    The internal fit component hunting arrow shaft of claim 96 wherein the insert comprises a half-out insert.

-9-                                    3588075_3.DOC

Atty Dkt. No. 52802.0036                              Application No. 11/269,480

98.   (New)   The internal fit component hunting arrow shaft of claim 75 where the spine is no more than 0.500 inches and the outside diameter is approximately 0.245 inches to 0.280 inches, the internal fit component hunting arrow shaft being coupled to an insert so that part of the insert is disposed outside of the internal fit component hunting arrow shaft.

99.   (New)   The internal fit component hunting arrow shaft of claim 98 wherein the insert comprises a half-out insert.

100.   (New)   The internal fit component hunting arrow shaft of claim 75 where the spine is no more than 0.440 inches and the outside diameter is approximately 0.260 inches to 0.275 inches, the internal fit component hunting arrow shaft being coupled to an insert so that part of the insert is disposed outside of the internal fit component hunting arrow shaft.

101.   (New)   The internal fit component hunting arrow shaft of claim 100 wherein the insert comprises a half-out insert.

102.   (New)   An arrow comprising:

a hunting arrow shaft having a spine and an outside diameter; and

an internal fit component coupled to the hunting arrow shaft;

wherein upon supplying the spine and the outside diameter to the following equation,

spine (in inches) = -160/15 * the outside diameter (in inches) + b;

b is no more than 52/15.

-10-                                                3588075_3.DOC

Atty Dkt. No. 52802.0036                                    Application No. 11/269,480

103.    (New)    The arrow of claim 102 wherein b is no more than 49.6/15.

104.    (New)    The arrow of claim 102 wherein the spine is no more than approximately 0.500 inches.

105.    (New)    The arrow of claim 102 wherein the spine is no more than approximately 0.440 inches.

106.    (New)    The arrow of claim 102 wherein the outside diameter is no more than approximately 0.280 inches.

107.    (New)    The arrow of claim 102 wherein the spine is no more than approximately 0.500 inches and the outside diameter is approximately 0.260 inches to 0.275 inches.

108.    (New)    The arrow of claim 102 wherein at least a portion of the hunting arrow shaft has an inside diameter of approximately 0.204 inches.

109.    (New)    The arrow of claim 102 wherein at least a portion of the hunting arrow shaft has an inside diameter of approximately 0.200 inches.

110.    (New)    The arrow of claim 102 wherein the internal fit component is a half-out insert.

3588075_3.DOC

Atty Dkt. No. 52802.0036                          Application No. 11/269,480

111.   (New)   The arrow of claim 102 wherein the internal fit component comprises an insert which is disposed completely within the hunting arrow shaft.

112.   (New)   The arrow of claim 102 wherein the internal fit component comprises an insert configured to receive a nock.

113.   (New)   An internal fit component FRP hunting arrow shaft comprising:

a hunting arrow shaft to receive an internal fit component, the arrow shaft having a spine and an outside diameter, wherein the spine and the outside diameter intersect at a point on a plot of spine versus outside diameter that is below and to the left of a straight line that includes a first point having a spine of 0.320 inches and an outside diameter of 0.295 inches, and a second point having a spine of 0.480 inches and an outside diameter of 0.280 inches.

114.   (New)   The internal fit component FRP hunting arrow shaft of claim 113 wherein the internal fit component comprises an insert which is disposed completely within the hunting arrow shaft.

115.   (New)   The internal fit component FRP hunting arrow shaft of claim 113 wherein the internal fit component comprises a half-out insert.

116.   (New)   The internal fit component FRP hunting arrow shaft of claim 113 wherein the internal fit component comprises an insert configured to receive a nock.

-12-

3588075_3.DOC

RECEIVED
CENTRAL FAX CENTER
AUG 2 4 2006

AUG 24 '06  01:45PM HOLLAND & HART                                     P.17/23

Atty Dkt. No. 52802.0036                         Application No. 11/269,480

## REMARKS

Applicants thank the Examiner for the detailed Office Action dated 17 May 2006.
Applicants respectfully request reconsideration of the present application in view of the
foregoing amendments and following remarks.

Claims 13-32 were pending in the application.  Claims 13, 18, 21, 25, and 28 are
currently amended.  Claims 73-116 are being added.  After amending the claims as set forth
above, claims 13-32 and 73-116 are now pending in this application.

For simplicity and clarity purposes in responding to the Office Action, Applicants'
remarks are primarily focused on the rejections applied to the independent claims (*i.e.*, claims 13,
18, 21, 25, and 28) as outlined in the Office Action with the understanding that the dependent
claims that depend from the independent claims are patentable for at least the same reasons (and
in most cases other reasons) that the independent claims are patentable.  Applicants expressly
reserve the right to argue the patentability of the dependent claims separately in any future
proceedings.

### Interview Summary

On 15 August 2006, Applicants' undersigned representative participated in an interview
with Examiner John Ricci and Supervisory Patent Examiner Eugene Kim.  In the interview, all
of the claims were discussed in view of U.S. Patent No. 6,251,036 (Wu et al.).  Additionally,
certain new claims were discussed, which are included in the newly presented claims.  The
Examiner requested that Applicants provide a declaration explaining the advantages of the
invention over the prior art.  Applicants have included a declaration by inventor Teddy D.
Palomaki with this response.

-13-                                              3588075_3.DOC

AUG 24 '06  01:45PM HOLLAND & HART                                    P.18/23

Atty Dkt. No. 52802.0036                          Application No. 11/269,480

### Claim Rejections – 35 U.S.C. § 103(a)

*Independent Claims 13, 18, 21, 25, and 28*

On page 2 of the Office Action, independent claims 13, 18, 21, 25, and 28 and various dependent claims were rejected under 35 U.S.C. § 103(a) as being unpatentable over U.S. Patent No. 6,251,036 (Wu et al.) in view of the alleged knowledge of one of ordinary skill. Applicants respectfully traverse the rejection.

Applicants respectfully challenge the official notice taken by the Patent Office that "one of ordinary skill would be aware . . . that arrows with a stiff spine, for example less than 0.500 inches, are desirable." Applicants note that the PTO acknowledges that "[o]fficial notice unsupported by documentary evidence should only be taken by the Examiner where the facts asserted to be well-known, or to be common knowledge in the art are capable of instant and unquestionable demonstration as being well-known." MPEP 2144.03 (emphasis added). Applicants respectfully disagree and request that the Patent Office provide a reference showing that the facts asserted to be well known are in-fact well known or withdraw the official notice. Applicants further note that the spine of an arrow that is either too stiff or too loose can result in poor arrow performance (e.g., flight, penetration, etc.) and there are numerous factors that affect the spine selection such as bow string type, weight of the point, draw length, draw weight, arrow length, and so forth.

Without being able to rely on the facts taken by official notice, the Patent Office has failed to identify any motivation, teaching, or suggestion to modify the arrow in Wu et al. to provide the subject matter recited in independent claims 13, 18, 21, 25, and 28.

-14-                                             3588075_3.DOC

Atty Dkt. No. 52802.0036                          Application No. 11/269,480

Applicants further submit that even if the official notice taken by the Patent Office was proper, the combination of Wu et al. and the subject matter taken by official notice still does not account for all of the limitations recited in each independent claim. For example, each independent claim includes an outside diameter limitation. The Patent Office has failed to identify any motivation, teaching, or suggestion why the skilled artisan, viewing Wu et al. as a whole and with no knowledge of the claimed invention, would have modified Wu et al. to provide a hunting arrow having the recited outside diameter. The Office Action failed to even refer to the outside diameter limitations included in the independent claims, much less cite a reference or teaching showing that it would be obvious to provide an arrow having such a feature.

Dependent claims 16-17, 19-20, 22-23, 27, 31, and 32, which were rejected as being unpatentable over Wu et al. in view of U.S. Patent No. 4,203,601 (Simo), should be allowable for at least the same reasons that the independent claims from which they depend are patentable.

Applicants respectfully submit that the subject matter recited in independent claims 13, 18, 21, 25, and 28 and the claims which are dependent thereon, considered as a whole, would not have been obvious to a person of skill in the art and are patentable. Accordingly, Applicants request withdrawal of the rejection of the claims under 35 U.S.C. § 103(a).

**New Claims**

Applicants have added new claims 73-116, of which claims 75, 102, and 113 are written in independent format. Applicants submit that these claims are allowable because independent claims 75 and 113 recite an internal fit component hunting arrow shaft and claim 102 recites a hunting arrow shaft each of which have a combination of spine and outside diameter that is not

-15-                                               3588075_3.DOC

Atty Dkt. No. 52802.0036                          Application No. 11/269,480

shown by Wu et al. Applicants further note that the equation used in claims 75 and 102 was obtained by solving for the slope and y intercept of the straight line that includes one point where the spine is 0.320 inches and the outside diameter is 0.295 inches and another point where the spine is 0.480 inches and the outside diameter is 0.280 inches. Support for this amendment can be found, for example, in the last paragraph of the summary in the application and Figure 12. Many dependent claims recite other spine and outside diameter combinations as well as more specific "internal fit components" (e.g., standard inserts, inserts disposed completely within the hunting arrow shaft, half-out inserts, and nocks).

Applicants respectfully submit that the present Application is in condition for allowance. Applicants request reconsideration and allowance of the pending claims.

The Examiner is invited to contact the undersigned by telephone if there remain any unresolved matters to expedite the prosecution of the present application.

Respectfully submitted,

Date: 24 August 2006

L. Grant Foster
Registration No. 33,236

-16-                                            3588075_3.DOC

Atty Dkt. No. 52802.0036                          Application No. 11/269,480

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

U.S. PATENT APPLICATION NO..................................................................11/269,480
FILING DATE .....................................................................................8 November 2005
INVENTORS ........................................... Teddy D. Palomaki and Jacob C. Smith
ASSIGNEE ........................................................................................ Jas. D Easton, Inc.
EXAMINER........................................................................................... John A. Ricci
ART UNIT ........................................................................................................ 3711
ATTORNEY'S DOCKET NO. .....................................................................52802.0036
TITLE............................................................................................................"Arrow System"

## DECLARATION UNDER 37 CFR § 1.132

To:  Mail Stop: Amendment          From:   L. Grant Foster
     Commissioner for Patents              HOLLAND & HART LLP
     P.O. Box 1450                         P.O. Box 11583
     Alexandria, VA  22313-1450            Salt Lake City, Utah 84111
                                           Telephone:  (801) 799-5830
                                           Facsimile:  (801) 799-5700

I, Teddy D. Palomaki, declare that:

　　　1.　　I am named as an inventor on the patent application referenced above.

　　　2.　　I am currently Vice President of Product Development for Easton Technical Products, Inc., a leading manufacturer of arrows. I have spent nearly ten years designing, testing, modifying, and improving arrows, including arrows used for hunting.

　　　3.　　I personally oversaw and observed a number of experiments to better understand and evaluate penetration of hunting arrows. The tests were performed by shooting hunting arrows into industry-standard ballistic gelatin that has been used to analyze penetration in the firearms and ammunition industries.

　　　4.　　The tests indicated that for hunting arrows having a constant arrow shaft outer diameter, penetration performance depends primarily on kinetic energy and is separate from the independent parameters of mass and velocity. Tables 1-3 and Figures

3594298_1.DOC

Atty Dkt. No. 52802.0036                    Application No. 11/269,480

7-9 in the specification of the above-referenced patent application show the results of these tests.

     5.    Given these results, arrows having arrow shafts with different outside diameters but nearly identical kinetic energy could be expected to have nearly identical penetration depths. However, a series of tests indicated that for arrows having the same kinetic energy, those arrows that had smaller outside diameter arrow shafts experienced significantly greater penetration than those arrows that had larger outside diameter arrow shafts. As the outside diameter of the arrow shafts was reduced the penetration of the arrow increased. Tables 4-6 and Figures 10-13 in the specification of the above-referenced patent application show the results of these tests.

     6.    Hunting arrows having reduced diameter arrow shafts provide a number of advantages over prior art hunting arrows. Conventional hunting arrows have traditionally not provided the combination of accuracy, flat trajectory, short travel time, and penetration offered by the reduced diameter arrow shafts of the invention. For example, as the test results showed, hunting arrows having reduced diameter arrow shafts resulted in significantly improved penetration performance. Also, the accuracy of hunting arrows having reduced diameter arrow shafts increases because the propensity of an arrow to be influenced during flight by external factors (e.g., cross winds) is reduced. In addition, reduced diameter arrow shafts may accommodate internal fit components. Further, even though the outside diameter of the arrow shaft has been reduced, the hunting arrows may still have internal diameters that are receptive of standard arrow components. Thus, the improved hunting arrows described in the specification of the above-referenced patent application may have the advantages

2

3594298_1.DOC

Atty Dkt. No. 52802.0036                    Application No. 11/269,480

of a smaller arrow shaft diameter and the convenience of being compatible with standard hunting components. Figure 12 of the above-referenced patent application illustrates that the arrow shaft of this invention is new and unique in its combination of spine and outside diameter.

7.    I further declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment or both under section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the above-referenced application or any patent issuing thereon.

_8/23/2006_____                _Teddy M Palomaki_____
Date                              Teddy D. Palomaki

3                                    3594298_1.DOC

AUG 24 '06  01:42PM HOLLAND & HART                                    P.1/23





Thursday, August 24, 2006

To:    Examiner John A. Ricci          Fax :   571-273-8300
       Art Unit 3711, U.S. Patent and  Phone:
       Trademark Office

From:  L. Grant Foster                 Fax :   (801) 799-5700
                                       Phone:  (801) 799-5830

Message:  Please see accompanying documents.

---

No Confirmation Copy                   Number of pages including cover sheet:  23

Note: If this fax is illegible or incomplete please call us. This fax may contain confidential information protected
by the attorney-client privilege. If you are not the named recipient, you may not use, distribute or otherwise
disclose this information without our consent. Instead, please call (801) 595-7800; we will arrange for its
destruction or return.

| Attorney Number: | 5144 | Client/Matter: | 52802.0036 | Time Deadline: | |
| Operator Initials: | KC | Date Transmitted: | 08-24-06 | Time Transmitted: | |

**Holland & Hart** LLP **Attorneys at Law**
Phone (801) 595-7800  Fax (801) 364-9124  www.hollandhart.com
60 E. South Temple  Suite 2000  Salt Lake City, Utah 84111-1031

Aspen · Billings · Boise · Boulder · Cheyenne · Colorado Springs · Denver · Denver Tech Center · Jackson Hole · Salt Lake City · Santa Fe · Washington, D.C.

RECEIVED
CENTRAL FAX CENTER

AUG 2 4 2006

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

U.S. PATENT APPLICATION NO. ...........................................................................................11/269,480
FILING DATE.....................................................................................................................8 November 2005
INVENTOR..........................................................................................Teddy D. Palomaki and Jacob C. Smith
ASSIGNEE ...................................................................................................................... Jas D. Easton, Inc.
GROUP ART UNIT ..........................................................................................................................3711
EXAMINER..............................................................................................................................John A. Ricci
ATTORNEY'S DOCKET NO. ....................................................................................................52802.0036
TITLE ............................................................................................................................"Arrow System"

## TRANSMITTAL LETTER AND CERTIFICATE OF FACSIMILE TRANSMISSION

To:   Commissioner for Patents            From:   L. Grant Foster
      P.O. Box 1450                                HOLLAND & HART LLP
      Alexandria, VA  22313-1450                   P.O. Box 11583
                                                   Salt Lake City, Utah  84147-0583
                                                   Telephone:  (801) 799-5830
                                                   Facsimile:  (801) 799-5700

Transmitted herewith are the items listed below submitted regarding the matter identified above:

1.    Transmittal Letter with Certificate of Facsimile Transmission included
2.    Response to Office Action
3.    Declaration Under 37 CFR § 1.132
4.    Petition for Extension of Time
5.    Fee Transmittal

**Deposit Account Authorization** - The Commissioner is hereby authorized to charge payment of or credit any applicable fees to Deposit Account No. 08-2623.

Date: 24 August 2006                      By: _____

                                          L. Grant Foster
                                          Registration No. 33,236

## CERTIFICATE OF FACSIMILE TRANSMISSION

I hereby certify the items listed above are being sent via facsimile (facsimile number (571) 273-8300) on the below indicated date to the Commissioner for Patents, Attention: Examiner John A. Ricci, Art Unit 3711.

Date: 24 August 2006              Signature: _____
                                  Name:    Kathy Case

3597050_1.DOC

AUG 24 '06  01:42PM HOLLAND & HART                                                                P.4/23

PTO/SB/17 (07-06)
Approved for use through 01/31/2007, OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number

# FEE TRANSMITTAL
## For FY 2005

Effective on 12/08/2004.
Fees pursuant to the Consolidated Appropriations Act, 2005 (H.R. 4818).

| | Complete if Known |
|---|---|
| Application Number | 11/269,480 |
| Filing Date | 8 November 2005 |
| First Named Inventor | Teddy D. Palomaki |
| Examiner Name | John A. Ricci |
| Art Unit | 3711 |
| Attorney Docket No. | 52802.0036 |

RECEIVED
CENTRAL FAX CENTER

AUG 24 2006

☐ Applicant claims small entity status. See 37 CFR 1.27

| TOTAL AMOUNT OF PAYMENT | ($) | 1,920.00 |
|---|---|---|

## METHOD OF PAYMENT (check all that apply)

☐ Check  ☐ Credit Card  ☐ Money Order  ☐ None  ☐ Other (please identify): _____

☑ Deposit Account   Deposit Account Number: 08-2623   Deposit Account Name: Holland & Hart

For the above-identified deposit account, the Director is hereby authorized to: (check all that apply)

☐ Charge fee(s) indicated below                    ☑ Charge fee(s) indicated below, except for the filing fee
☑ Charge any additional fee(s) or underpayments of fee(s)   ☑ Credit any overpayments
   under 37 CFR 1.16 and 1.17

WARNING: Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.

## FEE CALCULATION

### 1. BASIC FILING, SEARCH, AND EXAMINATION FEES

| | FILING FEES | | SEARCH FEES | | EXAMINATION FEES | | |
|---|---|---|---|---|---|---|---|
| Application Type | Fee ($) | Small Entity Fee ($) | Fee ($) | Small Entity Fee ($) | Fee ($) | Small Entity Fee ($) | Fees Paid ($) |
| Utility | 300 | 150 | 500 | 250 | 200 | 100 | _____ |
| Design | 200 | 100 | 100 | 50 | 130 | 65 | _____ |
| Plant | 200 | 100 | 300 | 150 | 160 | 80 | _____ |
| Reissue | 300 | 150 | 500 | 250 | 600 | 300 | _____ |
| Provisional | 200 | 100 | 0 | 0 | 0 | 0 | _____ |

### 2. EXCESS CLAIM FEES

| Fee Description | Fee ($) | Small Entity Fee ($) |
|---|---|---|
| Each claim over 20 (including Reissues) | 50 | 25 |
| Each independent claim over 3 (including Reissues) | 200 | 100 |
| Multiple dependent claims | 360 | 180 |

| Total Claims | Extra Claims | Fee ($) | Fee Paid ($) |
|---|---|---|---|
| 64 - 20 or HP = | 44 | x 50.00 = | 1,200.00 |

HP = highest number of total claims paid for, if greater than 20.

| Indep. Claims | Extra Claims | Fee ($) | Fee Paid ($) |
|---|---|---|---|
| 8 - 3 or HP = | 3 | x 200.00 = | 600.00 |

HP = highest number of independent claims paid for, if greater than 3.

| Multiple Dependent Claims | |
|---|---|
| Fee ($) | Fee Paid ($) |
| _____ | _____ |

### 3. APPLICATION SIZE FEE

If the specification and drawings exceed 100 sheets of paper (excluding electronically filed sequence or computer listings under 37 CFR 1.52(e)), the application size fee due is $250 ($125 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s).

| Total Sheets | Extra Sheets | Number of each additional 50 or fraction thereof | Fee ($) | Fee Paid ($) |
|---|---|---|---|---|
| _____ - 100 = | _____ | / 50 = _____ (round up to a whole number) x | _____ = | _____ |

### 4. OTHER FEE(S)

Non-English Specification,  $130 fee (no small entity discount)

Other (e.g., late filing surcharge): One-Month Extension of Time Fee

| Fees Paid ($) |
|---|
| _____ |
| 120.00 |

## SUBMITTED BY

| Signature | [signature] | Registration No. (Attorney/Agent) | 33,236 | Telephone | 801-799-5830 |
|---|---|---|---|---|---|
| Name (Print/Type) | L. Grant Foster | | | Date | 24 August 2006 |

This collection of information is required by 37 CFR 1.136. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 30 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.



RECEIVED
CENTRAL FAX CENTER

AUG 2 4 2006

P.3/23

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

U.S. PATENT APPLICATION NO. ................................................................................................11/269,480
FILING DATE...............................................................................................................................8 November 2005
INVENTORS...............................................................................Teddy D. Palomaki and Jacob C. Smith
ASSIGNEE .....................................................................................................................Jas D. Easton, Inc.
GROUP ART UNIT ..............................................................................................................................3711
EXAMINER .......................................................................................................................John A. Ricci
ATTORNEY'S DOCKET NO. ...............................................................................................52802.0036
TITLE ............................................................................................................................"Arrow System"

### PETITION FOR EXTENSION OF TIME

To:   Commissioner for Patents
      P.O. Box 1450
      Alexandria, VA  22313-1450

From:   L. Grant Foster
        HOLLAND & HART LLP
        P.O. Box 11583
        Salt Lake City, Utah  84147-0583
        Telephone: (801) 799-5830
        Facsimile: (801) 799-5700

Applicant hereby requests a one-month extension of time from 17 August 2006 until 17 September 2006 for responding to the Office Action dated 17 May 2006. The Commissioner is hereby authorized to charge payment of the $120 extension of time fee to Deposit Account No. 08-2623.

Respectfully submitted,

Dated: _24 August 2006_

L. Grant Foster
Registration No. 33,236

08/25/2006 MBINAS   00000051 082623   11269480
01 FC:1251       120.00 DA

3596996_1.DOC

| *Interview Summary* | Application No. | Applicant(s) |
|---|---|---|
| | 11/269,480 | PALOMAKI ET AL. |
| | Examiner | Art Unit | |
| | John Ricci | 3711 | |

All participants (applicant, applicant's representative, PTO personnel):

(1) <u>John Ricci</u>.                                    (3)_____.

(2) <u>Grant Foster</u>.                                  (4)_____.

Date of Interview: <u>20 December 2006</u>.

Type:   a)☒  Telephonic   b)☐  Video Conference
        c)☐  Personal [copy given to:  1)☐ applicant   2)☐ applicant's representative]

Exhibit shown or demonstration conducted:   d)☐ Yes   e)☐ No.
  If Yes, brief description: _____.

Claim(s) discussed: <u>13 and 73-116</u>.

Identification of prior art discussed: <u>Wu</u>.

Agreement with respect to the claims f)☐ was reached.   g)☒ was not reached.   h)☐ N/A.

Substance of Interview including description of the general nature of what was agreed to if an agreement was reached, or any other comments: <u>Wu shows a hollow arrow shaft, but does not suggest an internal fit component. Applicant belives the combination of a small diameter arrow shaft with an internal fit component is not suggested by the prior art. Claim 102 includes a small diameter shaft with internal fit component so appears to distinguish over Wu. Applicant agrees to amend the other claims to positively recite an internal fit component to distinguish over Wu, subject to further review of the prior art</u> .

(A fuller description, if necessary, and a copy of the amendments which the examiner agreed would render the claims allowable, if available, must be attached.  Also, where no copy of the amendments that would render the claims allowable is available, a summary thereof must be attached.)

THE FORMAL WRITTEN REPLY TO THE LAST OFFICE ACTION MUST INCLUDE THE SUBSTANCE OF THE INTERVIEW.  (See MEPP Section 713.04).  If a reply to the last Office action has already been filed, APPLICANT IS GIVEN A NON-EXTENDABLE PERIOD OF THE LONGER OF ONE MONTH OR THIRTY DAYS FROM THIS INTERVIEW DATE, OR THE MAILING DATE OF THIS INTERVIEW SUMMARY FORM, WHICHEVER IS LATER, TO FILE A STATEMENT OF THE SUBSTANCE OF THE INTERVIEW.  See Summary of Record of Interview requirements on reverse side or on attached sheet.

Examiner Note:  You must sign this form unless it is an
Attachment to a signed Office action.

_____
Examiner's signature, if required

| ***Interview Summary*** | Application No. | Applicant(s) |
|---|---|---|
| | 11/269,480 | PALOMAKI ET AL |
| | Examiner | Art Unit | |
| | John Ricci | 3711 | |

All participants (applicant, applicant's representative, PTO personnel):

(1) _John Ricci_.                                    (3)_____ .

(2) _Grant Foster_.                                 (4)_____ .

Date of Interview: _05 April 2007_.

Type:  a)☐  Telephonic   b)☐  Video Conference
c)☒ Personal [copy given to:  1)☐ applicant    2)☒ applicant's representative]

Exhibit shown or demonstration conducted:   d)☐ Yes    e)☒ No.
If Yes, brief description: _____ .

Claim(s) discussed: _13-32 and 74-116_.

Identification of prior art discussed: _Wu, Simo_.

Agreement with respect to the claims f)☒ was reached.   g)☐ was not reached.   h)☐ N/A.

Substance of Interview including description of the general nature of what was agreed to if an agreement was reached, or any other comments: _Combination of reduced diameter shaft and internal fit component results in significantly improved penetration, not suggested by prior art. Affidavit of 8/24/06 should be adequate to explain advantages_.

(A fuller description, if necessary, and a copy of the amendments which the examiner agreed would render the claims allowable, if available, must be attached.  Also, where no copy of the amendments that would render the claims allowable is available, a summary thereof must be attached.)

THE FORMAL WRITTEN REPLY TO THE LAST OFFICE ACTION MUST INCLUDE THE SUBSTANCE OF THE INTERVIEW.  (See MPEP Section 713.04).  If a reply to the last Office action has already been filed, APPLICANT IS GIVEN A NON-EXTENDABLE PERIOD OF THE LONGER OF ONE MONTH OR THIRTY DAYS FROM THIS INTERVIEW DATE, OR THE MAILING DATE OF THIS INTERVIEW SUMMARY FORM, WHICHEVER IS LATER, TO FILE A STATEMENT OF THE SUBSTANCE OF THE INTERVIEW.  See Summary of Record of Interview requirements on reverse side or on attached sheet.

Examiner Note:  You must sign this form unless it is an Attachment to a signed Office action.

_____
Examiner's signature, if required

U.S. Patent and Trademark Office
PTOL-413 (Rev. 04-03)                    Interview Summary                    Paper No. 20070415

RECEIVED
CENTRAL FAX CENTER

APR 2 7 2007


# HOLLAND & HART.

4/27/2007 4:42:50 PM

To:    Examiner John A. Ricci          Fax :    571-273-8300
       U.S. Patent and Trademark Office   Phone:

From: Kathy W. Case                   Fax :    877-665-6809
                                      Phone: 801-799-5800

Message:

Please see the attached documents.

**Number of pages including cover sheet:  18**

Note:  If this fax is illegible or incomplete please call us. This fax may contain confidential information
protected by the attorney-client privilege. If you are not the named recipient, you may not use,
distribute or otherwise disclose this information without our consent. Instead, please call
[801] 799-5800; we will arrange for its destruction or return.

**Holland & Hart LLP  Attorneys at Law**

Phone (801) 799-5800  Fax (801) 799-5700  www.hollandhart.com

60 E. South Temple  Suite 2000  Salt Lake City, Utah 84111-1031

Aspen  Billings  Boise  Boulder  Cheyenne  Colorado Springs  Denver  Denver Tech Center  Jackson Hole  Salt Lake City  Santa Fe  Washington, D.C.

RECEIVED
CENTRAL FAX CENTER

APR 2 7 2007

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

U.S. PATENT APPLICATION NO. ......................................................................................11/269,480
FILING DATE.................................................................................................8 November 2005
INVENTORS.......................................................Teddy D. Palomaki and Jacob C. Smith
ASSIGNEE...............................................................................................Jas. D. Easton, Inc.
GROUP ART UNIT ......................................................................................................3711
EXAMINER.............................................................................................................John A. Ricci
ATTORNEY'S DOCKET NO. ...............................................................................52802.0036
TITLE  ............................................................................................................"Arrow System"

## TRANSMITTAL LETTER AND CERTIFICATE OF FACSIMILE TRANSMISSION

To:   Commissioner for Patents          From:   L. Grant Foster
      P.O. Box 1450                              HOLLAND & HART LLP
      Alexandria, VA  22313-1450                 P.O. Box 11583
                                                 Salt Lake City, Utah  84147-0583
                                                 Telephone: (801) 799-5830
                                                 Facsimile: (801) 799-5700

Transmitted herewith are the items listed below submitted regarding the matter identified above:

1.    Transmittal Letter with Certificate of Facsimile Transmission included
2.    Response to Office Action

**Deposit Account Authorization** - The Commissioner is hereby authorized to charge payment of or credit any applicable fees to Deposit Account No. 08-2623.

Date:  27 APRIL 2007                        By: _____
                                                L. Grant Foster
                                                Registration No. 33,236

## CERTIFICATE OF FACSIMILE TRANSMISSION

I hereby certify the items listed above are being sent via facsimile (facsimile number (571) 273-8300) on the below indicated date to the Commissioner for Patents, Attention: Examiner John A. Ricci, Art Unit 3711.

Date:  27 April 2007                        Signature: _____
                                            Name:      Kathy Case

3702891_1.DOC

RECEIVED
CENTRAL FAX CENTER

APR 27 2007

Attorney Docket No. 52802.0036                    Application No. 11/269,480

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

U.S. PATENT APPLICATION NO. ................................................................................11/269,480
FILING DATE................................................................................................8 November 2005
INVENTORS....................................................................Teddy D. Palomaki and Jacob C. Smith
ASSIGNEE.................................................................................................Jas. D Easton, Inc.
EXAMINER...............................................................................................John A. Ricci
ART UNIT..........................................................................................................3711
ATTORNEY'S DOCKET NO. .........................................................................52802.0036
TITLE ......................................................................................................."Arrow System"

### RESPONSE TO OFFICE ACTION

To:  Mail Stop Amendment              From:  L. Grant Foster
     Commissioner for Patents                HOLLAND & HART LLP
     P.O. Box 1450                            P.O. Box 11583
     Alexandria, VA  22313-1450               Salt Lake City, UT  84147-0583
                                              Telephone:  (801) 799-5830
                                              Facsimile:  (801) 799-5700

This responds to the Office Action dated 29 January 2007, concerning the above-identified patent application.

Listing of the Claims begins on page 2 of this document.

Remarks/Arguments begin on page 14 of this document.

-1-                                              3702837_1.DOC

RECEIVED
CENTRAL FAX CENTER

APR 2 7 2007

Attorney Docket No. 52802.0036                          Application No. 11/269,480

<u>Listing of the Claims:</u>

**This listing of claims will replace all prior versions, and listings of claims in the application:**

1-12.   (Canceled)

13.     (Previously Presented)   A hunting arrow system, comprising:

a reduced diameter FRP hunting arrow shaft comprising

      an inside diameter of approximately 0.204 inches;

      a spine of approximately 0.500 inches or less;

      an outside diameter of no more than approximately 0.275 inches;

an internal fit component coupled to the reduced diameter FRP hunting arrow shaft.

14.     (Previously Presented)   A hunting arrow system according to claim 13 wherein the outside diameter is approximately 0.275 inches.

15.     (Previously Presented)   A hunting arrow system according to claim 13 wherein the inside diameter of about 0.204 inches is receptive of standard hunting points.

-2-                                                      3702837_1.DOC

Attorney Docket No. 52802.0036                              Application No. 11/269,480

16.   (Previously Presented)    A hunting arrow system according to claim 13, wherein the internal fit component comprises an insert disposed completely within the reduced diameter FRP hunting arrow shaft, the hunting arrow system further comprising a point coupled to the insert.

17.   (Previously Presented)    A hunting arrow system according to claim 16 wherein the reduced diameter FRP hunting arrow shaft comprises a first end and a first end wall, the point comprises a shoulder, and the shoulder directly bears against the first end wall.

18.   (Currently Amended)   An arrow, comprising:
    a hollow shaft having an inside diameter sized to accept standard hunting points, an outside diameter of no more than approximately 0.275 inches, and a spine of approximately 0.500 inches or less;
    an internal fit component coupled to the hollow shaft.

19.   (Previously Presented)    An arrow according to claim 18, wherein the internal fit component is an insert embedded completely within the shaft and the arrow further comprises a hunting point coupled to the insert.

20.   (Original)    An arrow according to claim 19 wherein the shaft comprises a first end and a first end wall, the hunting point comprises a shoulder, and the shoulder directly bears against the first end wall.

-3-                                          3702837_1.DOC

Attorney Docket No. 52802.0036                    Application No. 11/269,480

21.    (Previously Presented)   An arrow system, comprising:

a reduced diameter FRP hunting arrow shaft, comprising:

an inside diameter of approximately 0.204 inches;

a spine of approximately 0.500 inches or less;

an outside diameter no more than approximately 0.275 inches;

an internal fit component coupled to the reduced diameter FRP hunting arrow shaft.

22.    (Previously Presented)    An arrow system according to claim 21, wherein the internal fit component is an insert disposed completely within the shaft and a point coupled to the insert.

23.    (Original)   An arrow system according to claim 22 wherein the shaft comprises a first end and a first end wall, the point comprises a shoulder, and the shoulder directly bears against the first end wall.

24.    (Original)   An arrow system according to claim 21 wherein the outside diameter ranges between approximately 0.258 and 0.275 inches.

-4-                                     3702837_1.DOC

Attorney Docket No. 52802.0036                          Application No. 11/269,480

25.    (Previously Presented)   An arrow system, comprising:

a reduced diameter FRP hunting arrow shaft, comprising:

       an inside diameter of approximately 0.200 inches;

       a spine of approximately 0.500 inches or less;

       an outside diameter of no more than approximately 0.275 inches;

    an internal fit component coupled to the reduced diameter FRP hunting arrow shaft.


26.    (Original)   An arrow system according to claim 25 wherein the outside diameter
is between approximately 0.255 and 0.271 inches.


27.    (Previously Presented)    An arrow system according to claim 25 wherein the
inside diameter of about 0.200 inches is receptive of standard half-out inserts.


28.    (Previously Presented)   An arrow system comprising:

a reduced diameter FRP hunting arrow shaft, comprising:

       an inside diameter of less than 0.200 inches;

       a spine of 0.500 inches or less;

       an outside diameter of no more than approximately 0.275 inches;

    an internal fit component coupled to the reduced diameter FRP hunting arrow shaft.


29.    (Original)   An arrow system according to claim 28 wherein the inside diameter
is approximately 0.187 inches.

-5-                          3702837_1.DOC

Attorney Docket No. 52802.0036                    Application No. 11/269,480

    30.    (Original)    An arrow system according to claim 28 wherein the spine ranges between 0.300 inches and 0.500 inches and the outside diameter ranges between 0.248 and 0.266 inches.

    31.    (Previously Presented)    An arrow system according to claim 28, wherein the internal fit component comprises an insert disposed completely within the shaft, and wherein the arrow system further comprises a point coupled to the insert.

    32.    (Original)    An arrow system according to claim 31 wherein the shaft comprises a first end and a first end wall, the point comprises a shoulder, and the shoulder directly bears against the first end wall.

    33-73. (Canceled)

    74.    (Previously Presented)    The hunting arrow system of claim 13 wherein the internal fit component is a half-out insert.

-6-                                      3702837_1.DOC

Attorney Docket No. 52802.0036                    Application No. 11/269,480

75.    (Previously Presented)   An arrow, comprising:

a hunting arrow shaft having a spine and an outside diameter,

an internal fit component inserted into and secured to a front end of the hunting arrow

shaft;

wherein upon supplying the spine and the outside diameter to the following equation,

spine (in inches) = -160/15 * the outside diameter (in inches) + b,

b is no more than 52/15.

76.    (Previously Presented)    The arrow of claim 75 wherein b is no more than
51.5/15.

77.    (Previously Presented)    The arrow of claim 75 wherein b is no more than
50.4/15.

78.    (Previously Presented)    The arrow of claim 75 wherein b is no more than
49.6/15.

79.    (Previously Presented)    The arrow of claim 75 wherein b is no more than
49.1/15.

80.    (Previously Presented)    The arrow of claim 75 wherein the spine is no more than
approximately 0.520 inches.

-7-                              3702837_1.DOC

Attorney Docket No. 52802.0036                         Application No. 11/269,480

81.    (Previously Presented)    The arrow of claim 75 wherein the spine is no more than approximately 0.500 inches.

82.    (Previously Presented)    The arrow of claim 75 wherein the spine is no more than approximately 0.440 inches.

83.    (Previously Presented)    The arrow of claim 75 wherein the outside diameter is no more than approximately 0.280 inches.

84.    (Previously Presented)    The arrow of claim 75 wherein the outside diameter is no more than approximately 0.275 inches.

85.    (Previously Presented)    The arrow of claim 75 wherein the outside diameter is approximately 0.245 inches to 0.280 inches.

86.    (Previously Presented)    The arrow of claim 75 wherein the outside diameter is approximately 0.265 inches.

87.    (Previously Presented)    The arrow of claim 75 wherein the outside diameter is approximately 0.271 inches.

                                                                    3702837_1.DOC

Attorney Docket No. 52802.0036                    Application No. 11/269,480

88.    (Previously Presented)    The arrow of claim 75 wherein the spine is no more than approximately 0.500 inches and the outside diameter is approximately 0.245 inches to 0.280 inches.

89.    (Previously Presented)    The arrow of claim 88 wherein the outside diameter is approximately 0.260 inches to 0.275 inches.

90.    (Previously Presented)    The arrow of claim 89 wherein the spine is no more than approximately 0.440 inches.

91.    (Previously Presented)    The arrow of claim 75 wherein at least a portion of the hunting arrow shaft has an inside diameter of approximately 0.204 inches.

92.    (Previously Presented)    The arrow of claim 75 wherein at least a portion of the hunting arrow shaft has an inside diameter of approximately 0.200 inches.

93.    (Previously Presented)    The arrow of claim 75 wherein the hunting arrow shaft is an FRP hunting arrow shaft.

3702837_1.DOC

Attorney Docket No. 52802.0036                          ·Application No. 11/269,480

94.    (Previously Presented)    The arrow of claim 75 wherein the hunting arrow shaft includes a first end and a first end wall, the arrow further comprising a point including a shoulder, wherein the point is coupled to the first end of the hunting arrow shaft so that the shoulder contacts the first end wall.

95.    (Previously Presented)    The arrow of claim 75 wherein the internal fit component is an insert which is disposed completely within the hunting arrow shaft.

96.    (Previously Presented)    The arrow of claim 75 wherein the internal fit component comprises an insert positioned so that part of the insert is disposed outside of the hunting arrow shaft.

97.    (Previously Presented)    The arrow of claim 96 wherein the insert comprises a half-out insert.

98.    (Previously Presented)    The arrow of claim 75 where the spine is no more than 0.500 inches and the outside diameter is approximately 0.245 inches to 0.280 inches, and wherein the internal fit component is an insert positioned so that part of the insert is disposed outside of the hunting arrow shaft.

99.    (Previously Presented)    The arrow of claim 98 wherein the insert comprises a half-out insert.

-10-                                    3702837_1.DOC

Attorney Docket No. 52802.0036                    Application No. 11/269,480

100.    (Previously Presented)    The arrow of claim 75 where the spine is no more than 0.440 inches and the outside diameter is approximately 0.260 inches to 0.275 inches, and wherein the internal fit component comprises an insert positioned so that part of the insert is disposed outside of the hunting arrow shaft.

101.    (Previously Presented)    The arrow of claim 100 wherein the insert comprises a half-out insert.

102.    (Previously Presented)    An arrow comprising:

a hunting arrow shaft having a spine and an outside diameter; and

an internal fit component coupled to the hunting arrow shaft;

wherein upon supplying the spine and the outside diameter to the following equation,

spine (in inches) = -160/15 * the outside diameter (in inches) + b;

b is no more than 52/15.

103.    (Previously Presented)    The arrow of claim 102 wherein b is no more than 49.6/15.

104.    (Previously Presented)    The arrow of claim 102 wherein the spine is no more than approximately 0.500 inches.

-11-                                    3702837_1.DOC

Attorney Docket No. 52802.0036                    Application No. 11/269,480

105.    (Previously Presented)    The arrow of claim 102 wherein the spine is no more than approximately 0.440 inches.

106.    (Previously Presented)    The arrow of claim 102 wherein the outside diameter is no more than approximately 0.280 inches.

107.    (Previously Presented)    The arrow of claim 102 wherein the spine is no more than approximately 0.500 inches and the outside diameter is approximately 0.260 inches to 0.275 inches.

108.    (Previously Presented)    The arrow of claim 102 wherein at least a portion of the hunting arrow shaft has an inside diameter of approximately 0.204 inches.

109.    (Previously Presented)    The arrow of claim 102 wherein at least a portion of the hunting arrow shaft has an inside diameter of approximately 0.200 inches.

110.    (Previously Presented)    The arrow of claim 102 wherein the internal fit component is a half-out insert.

111.    (Previously Presented)    The arrow of claim 102 wherein the internal fit component comprises an insert which is disposed completely within the hunting arrow shaft.

3702837_1.DOC

Attorney Docket No. 52802.0036                    Application No. 11/269,480

112. (Previously Presented)    The arrow of claim 102 wherein the internal fit component comprises an insert configured to receive a nock.

113. (Previously Presented)   A hunting arrow system comprising:

a hunting arrow shaft having a spine and an outside diameter,

an internal fit component coupled to the hunting arrow shaft;

wherein the spine and the outside diameter intersect at a point on a plot of spine versus outside diameter that is below and to the left of a straight line that includes a first point having a spine of 0.320 inches and an outside diameter of 0.295 inches, and a second point having a spine of 0.480 inches and an outside diameter of 0.280 inches.

114. (Previously Presented)    The hunting arrow system of claim 113 wherein the internal fit component comprises an insert which is disposed completely within the hunting arrow shaft.

115. (Previously Presented)    The hunting arrow system of claim 113 wherein the internal fit component comprises a half-out insert.

116. (Previously Presented)    The hunting arrow system of claim 113 wherein the internal fit component comprises an insert configured to receive a nock.

-13-                              3702837_1.DOC

RECEIVED
CENTRAL FAX CENTER

APR 27 2007

Attorney Docket No. 52802.0036                    Application No. 11/269,480

## REMARKS

This responds to the Office Action dated 29 January 2007, and follows the in-person interview between Examiner John Ricci and the undersigned attorney, L. Grant Foster. Claims 13-32 and 74-116 remain pending in the application.

### Interview Summary

During the recent in-person interview conducted at the U.S. Patent and Trademark Office on 5 April 2007, the Examiner and the undersigned attorney discussed the claims pending in the application. We discussed the background of the invention, including small-diameter hunting arrow shafts that use "outserts," such as those shown in FIG. 2. The term "outserts" as it suggests, refers to an arrow component that is inserted or installed over the outside diameter of the arrow shaft. Outserts are used on small-diameter hunting arrow shafts because they allow standard archery components (e.g., points with standard shank diameters) to be installed and utilized in connection with the small-diameter hunting arrow shaft. Outserts are, however, objectionable to most archers because of the structure that extends radially beyond the diameter of the shaft. Generally, archers prefer a smooth outer surface of the shaft without any projections (other than fletching). This smooth diameter preference correlates with the general understanding that an arrow will have better aerodynamic efficiency with no radially protruding structures, except for perhaps fletching and broadhead blades, extending beyond the diameter of the arrow shaft.

In addition, outsert nocks frequently result in mechanical interference with many types of arrow rests when launching the arrow. Most arrow rests hold the arrow in a particular position when the archery bow is drawn and the arrow is released. With many arrow rests, the arrow

-14-                                3702837_1.DOC

Attorney Docket No. 52802.0036                    Application No. 11/269,480

continues to contact the arrow rest as the arrow passes the location of the arrow rest. Contact between the nock outsert and the arrow rest can result in unpredictable disturbances during launching of the arrow, and therefore will affect the accuracy of the shot.

Another disadvantage of outserts (in particular, outserts for attaching arrow points) relates to their relative difficulty in extracting the arrow shaft from a target. The increased diameter of the outsert, as compared to the shaft, creates resistance and makes extracting the arrow from various targets difficult. In addition, given the additional resistance created by the outsert, the outsert can be separated from the arrow shaft upon removing the arrow from the target.

The claimed invention overcomes the problems associated with outserts. Each independent claim now recites "internal fit components" (e.g., non-outsert arrow components, such as nocks, points, inserts), which are arrow components that do not extend beyond the outside diameter of the small shafts, but not including fletching or broadhead blades. The "internal fit component" limitation, in combination with the claimed diameter and spine limitations, renders the claims allowable over the prior art of record. The penetration benefits of the claimed small diameter and spine characteristics of a hunting arrow shaft are explained in association with FIGS. 8, 9, and 10. The testing of prior art hunting arrow shafts in comparison to various embodiments according to the present invention are shown in FIG. 12.

In discussing the benefits of the claimed invention, Applicant's representative and the Examiner discussed the Wu and Simo prior art patents and their lack of any teaching or suggestion of the claimed invention.

To conclude the in-person interview, the Examiner summarized as follows: "Combination of reduced diameter shaft and internal fit component results in significantly

-15-                                        3702837_1.DOC

Holland & Hart LLP   4/27/2007 4:43:09 PM   PAGE   18/018   Fax Server

RECEIVED
CENTRAL FAX CENTER

**APR 2 7 2007**

Attorney Docket No. 52802.0036                     Application No. 11/269,480

improved penetration, not suggested by prior art.  Affidavit of 8/24/06 should be adequate to
explain advantages."  The Examiner also checked the box that an agreement with respect to the
claims was reached.

### CONCLUSION

In view of the foregoing, Applicant respectfully submits that the application should be in
condition for allowance.  Applicant requests the Examiner to telephone the undersigned attorney
to expedite the handling of this matter if their remain any unresolved matters in connection with
the present application.

Respectfully submitted,

Date: 27 APRIL 2007

L. Grant Foster
Registration No. 33,236

-16-                                                     3702837_1.DOC

Dated: September 26, 2019

Respectfully submitted,

 _/s/ David S. Eagle_____
David S. Eagle (DE Bar No. 3387)
deagle@klehr.com
Sean M. Brennecke (DE Bar No. 4686)
sbrennecke@klehr.com
KLEHR HARRISON HARVEY
BRANZBURG LLP
919 N. Market Street, Suite 1000
Wilmington, Delaware 19801
(302) 552-5508

Craig S. Krummen (*pro hac vice*)
krummenc@gtlaw.com
Tiffany A. Blofield (pro hac vice)
blofieldt@gtlaw.com
GREENBERG TRAURIG, LLC
90 South 7th Street, Suite 3500
Minneapolis, Minnesota 55402
(612) 259-9719

*Attorneys for Defendant*

/s/ Alessandra Glorioso_____
Eric Lopez Schnabel (DE Bar No. 3672)
schnabel.eric@dorsey.com
Alessandra Glorioso (DE Bar No. 5757)
glorioso.alessandra@dorsey.com
DORSEY &WHITNEY LLP
300 Delaware Ave., Suite 1010
Wilmington, DE 19801
Phone: (302) 425-7164
Fax: (302) 261-7352

Brett L. Foster (*pro hac vice*)
foster.brett@dorsey.com
Mark A. Miller (*pro hac vice*)
miller.mark@dorsey.com
Elliot J. Hales (*pro hac vice*)
hales.elliot@dorsey.com
DORSEY & WHITNEY LLP
111 South Main Street, Suite 2100
Salt Lake City, UT 84111-2176
(801) 933-4068

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the above document has been submitted through the Court's CM/ECF system on September 26, 2019 and accordingly served to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

By: */s/ Alessandra Glorioso*
Alessandra Glorioso (DE Bar No. 5757)